# Exhibit "B"



RE: CERTIFIED COPY OF THE POLICY


TO: WHOM IT MAY CONCERN

I am authorized by Citizens/Hanover Insurance Company to certify the attached copy as a true and correct copy of the company's record on the policy.


Policy Number:

Policy Issued To:


Date Span:


Any questions can be initiated in the Process Support Department by contacting Lorna Karaj at 1-508-855-2067.


Sincerely,

Amanda Bockelman


Commercial Lines


440 Lincoln Street ▪ Worcester, MA 01653   Phone | 508 - 853 - 7200   Fax | 508 - 853 - 6332
The Hanover Insurance Company   |   Citizens Insurance Company of America

w w w . H a n o v e r . c o m



ZBY H215124 02

**Citizens Insurance Company of America (A Stock Company)**
**808 North Highlander Way,  Howell, MI 48843-1070**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ZBY H215124 02 | 03/31/2022 | 03/31/2023 | Citizens Insurance Company of America | 4108693 |

| Named Insured and Address : | Agent : |
|---|---|
| BELFI BROS & CO., INC.<br>4310 JOSEPHINE STREET<br>PO BOX 9582<br>PHILADELPHIA PA 19124 | BROWN & BROWN OF<br>PENNSYLVANIA, LP<br>125 E ELM ST STE 210<br>CONSHOHOCKEN PA 19428 |

**Branch** :  Piscataway Branch Office
**Policy Period** :  **From**    03/31/2022    **To**  03/31/2023
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
**Business Description** :  Marble, Tile, Granite Contractor
**Legal Entity** :  Corporation

In Consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,973.00 |
| **Commercial General Liability Coverage** | $45,971.00 |
| **Commercial Inland Marine Coverage** | $3,161.00 |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharges Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **\*\* Total** | $58,105.00 |

\*\*INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____   By _____

10 Pay - 20% Down



BELFI BROS & CO., INC.                    ZBY H215124 02

                                          BROWN & BROWN OF


Group Number  ZBF



BELFI BROS & CO., INC.                          ZBY H215124 02

BROWN & BROWN OF

# Locations of All Premises You Own, Rent or Occupy

**Location:** 1                                    **Location:** 2

4310-4318 Josephine Street                  4322 Josephine Street
Philadelphia PA                             Philadelphia PA
19124                                       19124

**Location:** 3

1927 Church Street
Philadelphia PA
19124

# Forms Applicable to all Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| 221-0163 | 04/90 | Change Endorsement Form |
| 221-0163 | 10/03 | Change Endorsement Form |
| 401-1337 | 02/16 | Trade Or Economic Sanctions Endorsement |
| * 401-1374 | 12/20 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| 401-1377 | 06/20 | Company Address Listing |
| 401-1504 | 01/20 | Cap On Losses From Certified Acts Of Terrorism |
| 401-1505 | 01/20 | Exclusion - Punitive Damages Related To A Certified Act Of Terrorism |
| IL 00 03 | 09/08 | Calculation of Premium |
| IL 00 17 | 11/98 | Common Policy Conditions |
| IL 00 21 | 09/08 | Nuclear Energy Liability Exclusion Endorsement |
| IL 00 22 | 05/87 | Effective Time Changes - Replacement of 12 Noon |
| IL 01 20 | 10/13 | Pennsylvania Changes - Defense Costs |
| IL 01 66 | 07/02 | Pennsylvania Changes - Actual Cash Value |
| IL 01 72 | 07/02 | Pennsylvania Changes |
| IL 02 46 | 07/02 | Pennsylvania Changes - Cancellation And Nonrenewal |
| IL 09 10 | 07/02 | Pennsylvania Notice |
| IL 09 35 | 07/02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 | 01/15 | Cap On Losses From Certified Acts of Terrorism |
| SIG 11 00 | 11/17 | Signature Page |



BELFI BROS & CO., INC.                          ZBY H215124 02

                                                BROWN & BROWN OF

# Commercial Property Coverage Part Declaration

                          **Total Property Premium**        $8,973.00

Coverages Provided:
Insurance at the Described Premises applies only for the coverage shown below:

Blanket Building and Contents For Premises
Location 1   -      Building 1
Location 2   -      Building 1

Blanket Business Income For Premises
Location 1   -      Building 1
Location 2   -      Building 1

| **Coverage:** | **Cause of Loss:** | **Premiums:** |
|---|---|---|
| Blanket Building and Contents | Special | $5,811.00 |
| **Limit of Insurance:** | $2,494,150 | |
| Replacement Cost | | |
| **Coinsurance:** | 100% | |
| Agreed Value | Agreed Expiration 03/31/2023 | |

| **Coverage:** | **Cause of Loss:** | **Premiums:** |
|---|---|---|
| Blanket Business Income including Extra Expense | Special | $1,430.00 |
| **Limit of Insurance:** | $1,100,000 | |
| **Coinsurance:** | 100% | |
| Extended Period of Indemnity | 60 Days Included | |
| Agreed Value | Agreed Expiration 03/31/2023 | |

**Blanket**   **LOC**   **BLDG**   **APPLICABLE DEDUCTIBLE**



BELFI BROS & CO., INC.                          ZBY H215124 02

                                            BROWN & BROWN OF

### Commercial Property Coverage Part Declaration

| | | | |
|---|---|---|---|
| **ALL** | **ALL** | **Windstorm/HailDeductible** | $5,000.00 |
| | | **Theft Deductible** | $5,000.00 |
| | | **Other Deductible:** | $5,000.00 |
| | | **Windstorm/Hail  %  Deductible** | None |

**Additional Premium for Property Minimum :**                              N/A

| Miscellaneous/Optional Property Coverages: | PREMIUM |
|---|---|
| Data Breach | $50.00 |
| Boiler / Machinery / Equipment Breakdown | $713.00 |
| (Equipment Breakdown Sublimit : $100,000) | |
| Emergency Event Management Coverage | $36.00 |
| Terrorism Premium | $411.00 |
| Gold Property Broadening Endorsement | $522.00 |



BELFI BROS & CO., INC.                         ZBY H215124 02

**BROWN & BROWN OF**

## Forms Applicable to Property Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| 411-0610 | 04/14 | Emergency Event Management |
| 411-0669 | 01/15 | Data Breach Coverage Form |
| 411-0679 | 04/10 | Associates And Family Members Additional Coverage Endorsement |
| 411-0681 | 12/09 | Identity Theft Resolution Services |
| 411-0793 | 04/14 | Gold Property Broadening Endorsement |
| 451-0038 | 11/16 | Equipment Breakdown Coverage (Including Electronic Circuitry Impairment) |
| * 451-0039 | 11/16 | Commercial Property Coverage Part Equipment Breakdown Coverage Schedule |
| CP 00 10 | 10/12 | Building and Personal Property  Coverage Form |
| CP 00 30 | 10/12 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 | 07/88 | Commercial Property Conditions |
| CP 01 40 | 07/06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 10 30 | 10/12 | Cause of Loss - Special Form |



BELFI BROS & CO., INC.                        ZBY H215124 02

**BROWN & BROWN OF**

# Commercial General Liability Coverage Part Declaration

Audit Frequency:                        Annual
**Limits of Insurance:**
**General Aggregate Limit**                                              $2,000,000
**Products-Completed Operations Aggregate Limit**             $2,000,000
**Each Occurrence Limit**                                                $1,000,000
**Personal and Advertising Injury Limit**                           $1,000,000
**Damage to Premises Rented to You Limit**                         $100,000
**Medical Expense Limit, Any One Person**                            $10,000
**General Liability Deductible:**
**Total Advance Commercial General Liability Premium**       $45,971.00

**THIS POLICY CONTAINS AGGREGATE LIMITS; REFER TO SECTION III - LIMITS OF INSURANCE FOR DETAILS**

### Forms Applicable to General Liability Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| 421-0022 | 12/90 | Asbestos Liability Exclusion |
| 421-0308 | 10/03 | Change Endorsement Form |
| 421-2915 | 06/15 | Commercial General Liability Broadening Endorsement |
| 421-2918 | 06/15 | Commercial General Liability Enhancement Endorsement - Contractors |
| CG 00 01 | 04/13 | Commercial General Liability Coverage Form - Occurrence |
| CG 04 35 | 12/07 | Employee Benefits Liability Coverage |
| CG 20 07 | 04/13 | Additional Insured - Engineers, Architects, Or Surveyors |
| * CG 20 10 | 04/13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 10 | 04/13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 10 | 04/13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 10 | 04/13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 37 | 04/13 | Additional Insured - Owners, Lessees or Contractors - Completed Operations |
| CG 20 37 | 04/13 | Additional Insured - Owners, Lessees or Contractors - Completed Operations |
| CG 20 37 | 04/13 | Additional Insured - Owners, Lessees or Contractors - Completed Operations |
| CG 20 37 | 04/13 | Additional Insured - Owners, Lessees or Contractors - Completed Operations |
| CG 20 38 | 04/13 | Additional Insured - Owners, Lessees or Contractors - Automatic Status For Other Parties When Required in Written Construction Agreement |



BELFI BROS & CO., INC.                          ZBY H215124 02

BROWN & BROWN OF

**Forms Applicable to General Liability Coverage Parts:**

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| CG 21 06 | 05/14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 | 12/07 | Employment - Related Practices Exclusion |
| CG 21 49 | 09/99 | Total Pollution Exclusion Endorsement |
| CG 21 54 | 01/96 | Exclusion - Designated Operations Covered by a Consolidated (Wrap - Up ) Insurance Program |
| CG 21 67 | 12/04 | Fungi or Bacteria Exclusion |
| CG 21 70 | 01/15 | Cap On Losses From Certified Acts of Terrorism |
| CG 21 76 | 01/15 | Exclusion of Punitive Damages Related To A Certified Act Of Terrorism |
| CG 21 86 | 12/04 | Exclusion - Exterior Insulation and Finishing Systems |
| CG 21 96 | 03/05 | Silica or Silica-Related Dust Exclusion |
| CG 22 34 | 04/13 | Exclusion - Construction Management Errors and Omissions |
| CG 22 79 | 04/13 | Exclusion - Contractors - Professional Liability |
| CG 24 04 | 05/09 | Waiver of Transfer of Rights of Recovery Against Others to Us |



BELFI BROS & CO., INC.                    ZBY H215124 02

BROWN & BROWN OF

## Commercial General Liability Classification Schedule Declaration

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|-----|-----|------|-------|---------|----------------------|-------|--------|-----------------|
| 1 | PA | 501 | 99746 | 334 | $2,821,000  Payroll | 1,000 | 11.375 | $32,089.00 |
| 1 | PA | 501 | 99746 | 336 | $2,821,000  Payroll | 1,000 | 3.202 | $9,033.00 |

Tile, Stone, Marble, Mosaic or Terrazzo Work  interior construction

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|-----|-----|------|-------|---------|---------------|-------|--------|-----------------|
| 2 | PA | 501 | 97447 | 334 | $0  Payroll | 1,000 | 14.879 | $0.00 |
| 2 | PA | 501 | 97447 | 336 | $0  Payroll | 1,000 | 3.358 | $0.00 |

Masonry

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER 1000 of Total | RATE | ADVANCE PREMIUM |
|-----|-----|------|-------|---------|---------------|-------------------|--------|-----------------|
| 3 | PA | 501 | 46622 | 334 | 2000  Area | Area | 86.118 | $172.00 |

Products – Completed Operations are Included in the General Aggregate Limit

Parking private

| **Miscellaneous/Optional General Liability Coverages** | **Advance Premium** |
|--------------------------------------------------------|---------------------|
| Employee Benefits Coverage | $294.00 |
| Owners Lessees Or Cont CG2037 | $100.00 |
| Owners Lessees Or Cont CG2037 | $125.00 |
| Owners Lessees Or Contr CG2010 | $50.00 |
| Owners Lessees Or Contr CG2010 | $125.00 |
| Owners Lessees Or Contr CG2010 | $175.00 |
| Owners Lessees Or Cont CG2037 | $175.00 |
| Owners Lessees Or Cont CG2037 | $150.00 |
| Owners Lessees Or Cont CG2037 | $125.00 |
| Owners Lessees Or Contr CG2010 | $125.00 |
| Owners Lessees Or Contr CG2037 | $125.00 |
| Owners Lessees Or Contr CG2010 | $125.00 |
| Owners Lessees Or Contr CG2010 | $125.00 |
| Owners Lessees Or Cont CG2037 | $125.00 |
| Waiver of Subrogation - form CG2404 Structure Tone LLC | $50.00 |
| Owners Lessees Or Cont CG2037 | $150.00 |
| Terrorism Premium | $55.00 |
| CGL Enhancement - Contractors | $2,478.00 |

**Additional Premium for Coverage Minimum:**          N/A



BELFI BROS & CO., INC.                          ZBY H215124 02

BROWN & BROWN OF

## Commercial General Liability Classification Schedule Declaration

**Total Advance General Liability Premium**                          $45,971.00

**Subline**     334              **Premises and Operations**

**Subline**     336              **Products and/or Completed Operations**



BELFI BROS & CO., INC.                    ZBY H215124 02

**BROWN & BROWN OF**

## General Liability of Additional Interest

**Location:** 1

Owners Lessees Or Contr CG2010
IMC Construction Inc
C/O Construction Risk Partners
1250 Route 28  Suite 201
Branchburg NJ 08876

**Location:** 1

Owners Lessees Or Contr CG2010
L.F. Driscoll Co., LLC
c/o CertFocus
PO Box 140528
Kansas City MO 64114

**Location:** 1

Owners Lessees Or Contr CG2010
L.F. DRISCOLL CO, LLC, C/O
CERTFOCUS SWARTHMORE COLLEGE
PO BOX 140528
KANSAS CITY MO 64114

**Location:** 1

Owners Lessees Or Contr CG2010
CBCC Acquisitons, LLC
see CG2010 for complete Name
735 Chesterbrook Boulevard
Chesterbrook PA 19087

**Location:** 1

Owners Lessees Or Contr CG2037
L.F. Driscoll Co., LLC
See form 221-0163
c/o CertFocus
Kansas City MO 64114

**Location:** 1

Owners Lessees Or Contr CG2037
L.F. Driscoll Company LLC
See change endt #221-0163
PO Box 140528
Kansas City MO 64114

**Location:** 1

Owners Lessees Or Contr CG2037
L.F. Driscoll Co., LLC
c/o CertFocus
PO Box 140528
Kansas City MO 64114

**Location:** 1

Owners Lessees Or Contr CG2037
L.F. DRISCOLL CO, LLC, C/O
CERTFOCUS SWARTHMORE COLLEGE
PO BOX 140528
KANSAS CITY MO 64114

**Location:** 1

Owners Lessees Or Contr CG2010
L.F. Driscoll Co., LLC
See form 221-0163
c/o CertFocus
Kansas City MO 64114

**Location:** 1

Owners Lessees Or Contr CG2037
CBCC Acquisitions LLC
See CG 20 37
735 Chesterbrook Boulevard
Chesterbrook PA 19087



BELFI BROS & CO., INC.                                    ZBY H215124 02

BROWN & BROWN OF

## General Liability of Additional Interest

**Location:** 1

Engineers Arch Or Surv CG2007

Gensler
2005 Market St #1550
Philadelphia PA 19103


**Location:** 1

Owners Lessees Or Contr CG2010

James G. Davis Construction
See Form 221-0163
1075 Broad Ripple Ave Ste 13
Indianapolis IN 46220


**Location:** 1

Owners Lessees Or Contr CG2010

L.F. Driscoll Company LLC
See change endt #221-0163
PO Box 140528
Kansas City MO 64114

**Location:** 1

Owners Lessees Or Contr CG2037

Turner Construction Company
See Form 221-0163
200 Franklin Square Dr 4th FL
Somerset NJ 08873


**Location:** 1

Owners Lessees Or Contr CG2037

James G. Davis Construction
See Form 221-0163
1075 Broad Ripple Ave Ste 13
Indianapolis IN 46220


**Location:** 1

Owners Lessees Or Contr CG2037

IMC Construction Inc
C/O Construction Risk Partners
1250 Route 28  Suite 201
Branchburg NJ 08876



BELFI BROS & CO., INC.                    ZBY H215124 02

BROWN & BROWN OF

## Inland Marine Declaration

**Total Inland Marine Premium**          $3,161.00

Coverages Provided:
Insurance at the Described Premises applies only for the coverage shown below:

| **LOC** | **BLDG** | **Type of Coverage** | | **Premium** |
|---------|----------|---------------------|---|-------------|
| 1 | 1 | Installation Floater Non-Reporting | | $1,112.00 |
| | | Limit | $1,000,000.00 | |
| | | Deductible | $5,000.00 | |
| | | Coinsurance | See Form | |
| | | Schedule | See Form | |
| | | Reporting Form | Non-Reporting | |

**Additional Premium for Inland Marine Minimum:**                    N/A

**Miscellaneous/Optional Inland Marine Coverages:**               **PREMIUM**

| | |
|---|---|
| Contractors' Equipment Coverage | $1,925.00 |
| Terrorism Premium | $124.00 |



BELFI BROS & CO., INC.                    ZBY H215124 02

**BROWN & BROWN OF**

## Forms Applicable to Inland Marine Coverage Parts:

*Asterisk denotes new or changed form

| | Form Number | Edition Date | Description |
|---|---|---|---|
| | CL 01 24 | 10/06 | Amendatory Endorsement - Pennsylvania |
| | CL 06 00 | 01/15 | Certified Terrorism Loss |
| | CL 07 00 | 10/06 | Virus OR Bacteria Exclusion |
| | CL 16 40 | 06/06 | Conditional Terrorism Exclusion |
| | IM 20 2 | 07/05 | Deductible Waiver for Lojack Brand Protection System |
| | IM 20 77 | 09/08 | Amendatory Endorsement - Pennsylvania |
| | IM 70 00 | 04/04 | Contractors' Equipment Coverage |
| * | IM 70 05 | 04/04 | Schedule of Coverages - Contractors Equipment Coverage |
| * | IM 70 31 | 04/04 | Equipment Schedule - Contractors' Equipment - Valuation Basis |
| | IM 71 00 | 08/10 | Installation Floater Coverage |
| | IM 71 05 | 08/10 | Schedule of Coverages - Installation Floater coverage |

ZBX U215124 02 4108693



**Customer Notice of Privacy Policy and Producer Compensation Practices Disclosures**
**Privacy Policy Disclosure**

*Collection of Information*

We collect personal information so that we may offer quality products and services. This information may include, but is not limited to, name, address, Social Security number, and consumer reports from consumer reporting agencies in connection with your application for insurance or any renewal of insurance. For example, we may access driving records, insurance scores or health information. Our information sources will differ depending on your state and/or the product or service we are providing to you. This information may be collected directly from you and/or from affiliated companies, non-affiliated third parties, consumer reporting agencies, medical providers and third parties such as the Medical Information Bureau.

We, and the third parties we partner with, may track some of the web pages you visit through cookies, pixel tagging or other technologies. We currently do not process or comply with any web browser's "do not track" signals or similar mechanisms that request us to take steps to disable online tracking. For additional information regarding online privacy, please see our online privacy statement, located at www.hanover.com.

*Disclosure of Information*

We may disclose non-public, personal information you provide, as required to conduct our business and as permitted or required by law. We may share information with our insurance company affiliates or with third parties that assist us in processing and servicing your account. We also may share your information with regulatory or law enforcement agencies, reinsurers and others, as permitted or required by law.

Our insurance companies may share information with their affiliates, but will not share information with non-affiliated third parties who would use the information to market products or services to you.

Our standards for disclosure apply to all of our current and former customers.

*Safeguards to Protect Your Personal Information*

We recognize the need to prevent unauthorized access to the information we collect, including information held in an electronic format on our computer systems. We maintain physical, electronic and procedural safeguards intended to protect the confidentiality and integrity of all non-public, personal information, including but not limited to social security numbers, driver's license numbers and other personally identifiable information.

*Internal Access to Information*

Access to personal, non-public information is limited to those people who need the information to provide our customers with products or services. These people are expected to protect this information from inappropriate access, disclosure and modification.

*Consumer Reports*

In some cases, we may obtain a consumer report in connection with an application for insurance. Depending on the type of policy, a consumer report may include information about you or your business, such as:

- character, general reputation, personal characteristics, mode of living;
- credit history, driving record (including records of any operators who will be insured under the policy); and/or
- an appraisal of your dwelling or place of business that may include photos and comments on its general condition.

*Access to Information*

Upon written request, we will inform you if we have ordered an investigative consumer report. You have the right to make a written request within a reasonable period for information concerning the nature and scope of the report and to be interviewed as part of its preparation. You may obtain a copy of the report from the reporting agency and, under certain circumstances, you may be entitled to a copy at no cost.

You also may review certain information we have about you or your business in our files. To review information we maintain in our files about you or your business, please write to us, providing your complete name, address and policy number(s), and indicating specifically what you would like to see. If you request actual copies of your file, there may be a nominal charge.

We will tell you to whom we have disclosed the information within the two years prior to your request. If there is not a record indicating that the information was provided to another party, we will tell you to whom such information is normally disclosed.

ZBX U215124 02 4108693



There is information that we cannot share with you.  This may include information collected in order to evaluate a claim under an insurance policy, when the possibility of a lawsuit exists.  It may also include medical information that we would have to forward to a licensed medical doctor of your choosing so that it may be properly explained.

### *Correction of Information*

If after reviewing your file you believe information is incorrect, please write to the consumer reporting agency or to us, whichever is applicable, explaining your position.  The information in question will be investigated.  If appropriate, corrections will be made to your file and the parties to whom the incorrect information was disclosed, if any, will be notified.  However, if the investigation substantiates the information in the file, you will be notified of the reasons why the file will not be changed.  If you are not satisfied with the evaluation, you have the right to place a statement in the file explaining why you believe the information is incorrect.  We also will send a copy of your statement to the parties, if any, to whom we previously disclosed the information and include it in any future disclosures.

### *Our Commitment to Privacy*

In the insurance and financial services business, lasting relationships are built upon mutual respect and trust. With that in mind, we will periodically review and revise our privacy policy and procedures to ensure that we remain compliant with all state and federal requirements.  If any provision of our privacy policy is found to be non-compliant, then that provision will be modified to reflect the appropriate state or federal requirement.  If any modifications are made, all remaining provisions of this privacy policy will remain in effect.  For more detailed information about our customer privacy policy (including any applicable state-specific policies) and our online privacy statement, visit our Web site, located at www.hanover.com.

### *Further Information*

If you have questions about our customer privacy policy (including any applicable state-specific policies) or our online privacy statement, or if you would like to request information we have on file, please write to us at our Privacy Office, N435, The Hanover Insurance Group, Inc., 440 Lincoln Street, Worcester, MA 01653.  Please provide your complete name, address and policy number(s).  A copy of our Producer Compensation Disclosure is also available upon written request addressed to the attention of the Corporate Secretary, N435, The Hanover Insurance Group, 440 Lincoln Street, Worcester, MA 01653.

### Producer Compensation Disclosure

Our products are sold through independent agents and brokers, often referred to as "Producers." We may pay Producers a fixed commission for placing and renewing business with our company.  We may also pay additional commission and other forms of compensation and incentives to Producers who place and maintain their business with us.   Details of our Producer compensation practices may be found at www.hanover.com.

This notice is being provided on behalf of the following Hanover Companies: The Hanover Insurance Group, Inc. - Allmerica Financial Alliance Insurance Company - Allmerica Financial Benefit Insurance Company  - Allmerica Plus Insurance Agency, Inc. -  Citizens Insurance Company of America - Citizens Insurance Company of Illinois - Citizens Insurance Company of the Midwest - Citizens Insurance Company of Ohio - Citizens Management, Inc. - AIX  Ins. Services of California, Inc.- Campania Insurance Agency Co. Inc.- Campmed Casualty & Indemnity Co. Inc. - Chaucer Syndicates Limited- Educators Insurance Agency, Inc.- Hanover Specialty Insurance Brokers, Inc. - The Hanover American Insurance Company - The Hanover Insurance Company - The Hanover New Jersey Insurance Company - The Hanover National Insurance Company - Hanover Lloyd's Insurance Company - Massachusetts Bay Insurance Company - Opus Investment Management, Inc. -  Professionals Direct Insurance Services, Inc. -Professional Underwriters Agency, Inc.- Verlan Fire Insurance Company - Nova Casualty Company - AIX Specialty Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.

Effective 10/21/2021 Add Forms CG2010 and CG2037 should read as follows-
L.F. Driscoll Company, LLC: The Trustees of Princeton University, its officers, employees and agents as well as any and all listed in written contract
c/o Certfocus
PO Box 140528
Kansas City, Mo 64114

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective        03/31/2022                              this endorsement forms a part of Policy No. ZBY H215124 02

Issued to

By    Citizens Insurance Company Of America

Date of Issue                        Countersigned by

                                                 Authorized Representative of the Company

                                                 _____

221-0163 (4-90)



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.

It is hereby understood and agreed that Endorsement #2 effective 03/31/2021 adding Forms CG2010 & CG2037 shall read as follows in their entirety:
L.F. Driscoll Co., LLC c/o CertFocus, The Trustees of the Hospital of the University of Pennsylvania as well as any and all listed in written contract.
For any and all work as per written contract and executed prior to loss.

It is hereby understood and agreed that Endorsement #5 adding forms CG2010, CG2037, CG2404 shall read as follows in their entirety:
CBCC Acquisitions, LLC [Property Owner ("CBCC Owner")] CBCC-Lee Road Acquisitions, LLC [Property Owner ("CBCC-Lee Road Owner")]; CBCC Parent, LLC [CBCC Owner's parent ("CBCC Parent")]; CBCC-Lee Road Parent, LLC [CBCC-Lee Road Owner's parent ("CBCC-Lee Road Parent")]; CBCC Managing Member, LLC [CBCC Owner's Managing Member]; CBCC-Lee Road Managing Member, LLC [CBCC-Lee Road Owner's Managing Member]; CBCC Investors, LLC [CBCC & CBCC-Lee Road Parent's Managing Member]; RP CBCC Member, LLC [indirect parent of CBCC & CBCC-Lee Road Owners]; RPO Property Management, LLC [Owner's Property Manager]; Rubenstein Properties Fund III, L.P. (the "Fund") [indirect parent of Owner]; Rubenstein Partners, L.P. (fund manager of the Fund]; PNC Bank, National Association [Owner's mortgagee]; Each lender secured by the Property; Each entity controlled by, under the control of, under common control with and/or majority owned by, any of the foregoing; BNP Paribas; BNP Paribas RCC Inc.; BNP Paribas North America, Inc.; Gardiner & Theobald Ind.; J.T. Magen & Company Inc.

It is hereby understood and agreed that Endorsement #8 adding Form CG2037 shall read as follows in its entirety:
Turner Construction Company and all other parties as required by written agreement

It is hereby understood and agreed that Endorsement #9 adding Forms CG2037 and CG2010 shall read as follows in its entirety:
James G. Davis Construction Corporation; Four Penn Center Owner, LLC; Stream Realty Partners-DC, L.P.; JP Morgan Chase Bank, N.A.; AthenianRazak LLC; South Eastern Transportation Authority (SEPTA). Location & description of completed operations 19279 - EPA Philadelphia (Region 3 HQ) - 19279-020.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective       03/31/2022                                    this endorsement forms a part of Policy No. ZBY H215124 02

Issued to

By    Citizens Insurance Company Of America

Date of Issue                          Countersigned by

Authorized Representative of the Company

_____

221-0163 (10-03)

ZBX H215124 02 4108693

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance, including, but not limited to, the payment of claims.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

ZBY H215124 02 4108693

THIS NOTICE IS PROVIDED IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS NOTICE DOES NOT GRANT COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF COVERAGE UNDER THE POLICY. IF THERE IS A CONFLICT BETWEEN THIS NOTICE AND THE POLICY, THE PROVISIONS OF THE POLICY SHALL APPLY.

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

| SCHEDULE | |
|---|---|
| **DISCLOSURE OF PREMIUM:** | |
| Total Terrorism Premium | **$ 590** |
| Fire Following Premium | **$ 0** |
| Other than Fire Following Premium | **$ 590** |

**Disclosure of Terrorism Coverage Available**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from "acts of terrorism" defined in Section 102(1) of the Act as follows:

> Any act or acts that are certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The premium charged for this coverage is provided in the **SCHEDULE** above and does not include any charges for the portion of loss that may be covered by the Federal Government as described below. This premium has been added to your policy and unless this form is signed and returned to us to reject terrorism coverage, coverage for Certified Acts of Terrorism is provided by your policy.

Your policy may contain other exclusions which could affect your coverage, such as an exclusion for Nuclear Events or Pollution. **Please read your policy carefully**.

**Note for Commercial Property or Commercial Inland Marine Policyholders in Standard Fire States:**

In Standard Fire states, terrorism exclusions make an exception for (and therefore provide coverage for) fire losses resulting from an act of terrorism. Any policyholder with a location that we insure in a Standard Fire State that rejects our offer of terrorism coverage in this form will still have coverage with us for fire losses resulting from an act of terrorism.

**Explanation of Premium**

If a dollar amount is shown for Fire Following Premium in the SCHEDULE above that means we insure a location of yours in a Standard Fire State. Fire Following Premium is shown in the **SCHEDULE** above regardless of whether a policyholder with a location that we insure in a Standard Fire State accepts or rejects terrorism coverage with us. Fire Following Premium represents the charge for the coverage we provide for fire losses resulting from acts of terrorism. Fire Following Premium does not include Other Than Fire Following Premium. All Other Than Fire Following Premium is shown in the Other Than Fire Following Premium field in the **SCHEDULE** above.

If a dollar amount is shown for Other Than Fire Following Premium in the **SCHEDULE** above that means you have accepted terrorism coverage with us. Other Than Fire Following Premium represents the charge for terrorism coverage. Other Than Fire Following Premium does not include Fire Following Premium. If applicable, all Fire Following Premium is shown in the Fire Following Premium field in the **SCHEDULE** above.

The dollar amount shown for Total Terrorism Premium in the **SCHEDULE** above represents the sum of premium for Fire Following Premium and Other Than Fire Following Premium.

**Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 80% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**Cap on Insurer Participation in Payment of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**Rejection of Terrorism Insurance Coverage\***

        I decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.

| | |
|---|---|
| | **Citizens Insurance Company Of America** |
| Applicant/Policyholder Signature | Insurance Company |
| | **ZBY H215124 02** |
| Print Name | Quote or Policy Number |
| Date | |

\*If this policy is a renewal and:

**a.** You have previously submitted a signed Rejection, you are not required to submit an additional Rejection at this time; or

**b.** You have previously accepted coverage and now wish to reject, you are required to complete and sign the Rejection of Terrorism Insurance Coverage above.

# IMPORTANT INFORMATION ABOUT YOUR INSURANCE COMPANY

The Home Office address for the Insurance Company shown on the policy Declarations page is:

**Allmerica Financial Alliance Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**The Hanover American Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Allmerica Financial Benefit Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**The Hanover Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Campmed Casualty & Indemnity Company, Inc.**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**The Hanover Casualty Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Citizens Insurance Company of America**
(*A Stock Company*)
808 North Highlander Way
Howell, MI 48843-1070

**Massachusetts Bay Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Citizens Insurance Company of Illinois**
(*A Stock Company*)
333 West Pierce Road, Suite 300
Itasca, IL 60143-3114

**The Hanover New Jersey Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Citizens Insurance Company of the Midwest**
(*A Stock Company*)
9229 Delegates Row, Suite 100
Indianapolis, IN 46240-3824

**Verlan Fire Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Citizens Insurance Company of Ohio**
(*A Stock Company*)
4400 Easton Commons Way, Suite 125
Columbus, OH 43219-6223

**Nova Casualty Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

ZBX H215124 02 4108693

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

CONDOMINIUM, CO OP AND ASSOCIATION DIRECTORS AND OFFICERS LIABILITY
CYBER LIABILITY COVERAGE PART
DATA BREACH COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
EMPLOYMENT PRACTICES LIABILITY
RELIGIOUS INSTITUTIONS DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE PART
SCHOOL AND EDUCATORS LEGAL LIABILITY COVERAGE PART

**A.** The following definition is added:

**"Certified act of terrorism"** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism under the federal Terrorism Risk Insurance ACT, as amended (TRIA). The criteria contained in TRIA for a "certified act of terrorism" requires that the act must result in insured losses in excess of $5,000,000 in the aggregate, attributable to all types of insurance subject to TRIA. The criteria also requires that the act must be a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following Cap on Losses from Certified Acts of Terrorism is added:

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100,000,000,000 in a calendar year (January 1 through December 31) and we have met, or will meet, our insurer deductible under TRIA, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100,000,000,000, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy, such as losses excluded by the War exclusion.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

CONDOMINIUM, CO OP AND ASSOCIATION DIRECTORS AND OFFICERS LIABILITY
CYBER LIABILITY COVERAGE PART
DATA BREACH COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
EMPLOYMENT PRACTICES LIABILITY
RELIGIOUS INSTITUTIONS DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE PART
SCHOOL AND EDUCATORS LEGAL LIABILITY COVERAGE PART

**A.** The following exclusion is added:

**Punitive Damages Related to a Certified Act of Terrorism**

Damages arising, directly or indirectly, out of a "certified act of terrorism" which are awarded as punitive damages.

**B.** The following definition is added:

**"Certified act of terrorism"** means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" requires that the act must result in insured losses in excess of $5,000,000 in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act. The criteria also requires that the act must be a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

ZBX H215124 02 4108693

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was com-
puted based on rates in effect at the time the policy
was issued. On each renewal, continuation, or anni-
versary of the effective date of this policy, we will
compute the premium in accordance with our rates
and rules then in effect.

ZBY U215124 02 4108693

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

ZBX H215124 02 4108693

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

---

**IL 00 21 09 08**                    © ISO Properties, Inc., 2007                    **Page 1 of 2**          ☐

ZBX H215124 02 4108693

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)**  Any "nuclear reactor";

   **(b)**  Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)**  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)**  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

    © ISO Properties, Inc., 2007    **IL 00 21 09 08**    □

ZBY H215124 02 4108693

**GU 369
(5-87)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**EFFECTIVE TIME CHANGES - REPLACEMENT OF 12 NOON**

This endorsement modifies the COMMON POLICY DECLARATIONS.

To the extent that coverage in this policy replaces coverage in other policies terminating noon standard time on the inception date of this policy, coverage under this policy shall not become effective until such other coverage has terminated.

Copyright, Insurance Services Office, Inc., 1987
Copyright, ISO Commercial Risk Services, Inc., 1987

IL 00 22 05 87

ZBX J215124 02 4108693

IL 01 20 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDER'S ERRORS AND OMISSIONS
COVERAGE FORM
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

  **1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Electronic Data Liability, Employment-related Practices Liability, Farm, Liquor Liability, Medical Professional Liability, Owners And Contractors Protective Liability, Pollution Liability, Product Withdrawal, Products/Completed Operations Liability, Railroad Protective Liability and Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

  **2.** Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

  **3.** Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

  **4.** Section **A.** Coverage under the Legal Liability Coverage Form; and

  **5.** Coverage **C** – Mortgageholder's Liability under the Mortgageholder's Errors And Omissions Coverage Form.

  Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

  The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

© Insurance Services Office, Inc., 2013

ZBY H215124 02 4108693

IL 01 66 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

© ISO Properties, Inc.,  2001

ZBYU215124 02 4108693

IL 01 72 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
FARM COVERAGE PART

**A.** For insurance provided under the:

Boiler and Machinery Coverage Part
Capital Assets Program (Output Policy) Coverage Part
Commercial Inland Marine Coverage Part
Commercial Crime Coverage Part
Commercial Property Coverage Part

The **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY** Common Policy Condition is replaced by the following:

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

If you die, this Coverage Part will remain in effect as provided in **1.** or **2.** below, whichever is later:

1. For 180 days after your death regardless of the policy period shown in the Declarations, unless the insured property is sold prior to that date; or

2. Until the end of the policy period shown in the Declarations, unless the insured property is sold prior to that date.

Coverage during the period of time after your death is subject to all provisions of this policy including payment of any premium due for the policy period shown in the Declarations and any extension of that period.

**B.** For insurance provided under the:

Capital Assets Program (Output Policy) Coverage Part

Commercial Inland Marine Coverage Part
Commercial Property Coverage Part
Farm Coverage Part

The following is added to the **LOSS PAYMENT** Loss Condition and supersedes any provision to the contrary:

**NOTICE OF ACCEPTANCE OR DENIAL OF CLAIM**

1. Except as provided in **3.** below, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

    **a.** Accept your claim;

    **b.** Deny your claim; or

    **c.** Need more time to determine whether your claim should be accepted or denied.

    If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

    If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason why more time is required.

  © ISO Properties, Inc., 2001   ☐

ZBYJ215124 02 4108693

**2.** If we have not completed our investigation, we will notify you again in writing, within 30 days after the date of the initial notice as provided in **1.c.** above, and thereafter every 45 days. The written notice will state why more time is needed to investigate your claim and when you may expect us to reach a decision on your claim.

**3.** The notice procedures in **1.** and **2.** above do not apply if we have a reasonable basis, supported by specific information, to suspect that an insured has fraudulently caused or contributed to the loss by arson or other illegal activity. Under such circumstances, we will notify you of the disposition of your claim within a period of time reasonable to allow full investigation of the claim, after we receive a properly executed proof of loss.

© ISO Properties, Inc.,  2001

**IL 01 72 07 02**   □

ZBXJ215124 02 4108693

IL 02 46 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2. Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

IL 02 46 07 02                © ISO Properties, Inc.,  2001                Page 1 of 2   ☐

ZBY U215124 02 4108693

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

**7.** If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

**B.** The following are added and supersede any provisions to the contrary:

**1. Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

**2. Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

  © ISO Properties, Inc., 2001  **IL 02 46 07 02**  □

ZBYJ215124 02 4108693

IL 09 10 07 02

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

**1.** Surveys;

**2.** Consultation or advice; or

**3.** Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

**1.** If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

**2.** To consultation services required to be performed under a written service contract not related to a policy of insurance; or

**3.** If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

---

**Instruction to Policy Writers**

Attach the Pennsylvania Notice to all new and renewal certificates insuring risks located in Pennsylvania.

---

© ISO Properties, Inc., 2001

ZBX U215124 02 4108693

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

ZBXH215124 02 4108693

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

ZBX H215124 02 4108693

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

**In Witness Whereof,** this company has caused this policy to be signed by its President and Secretary and countersigned on the declarations page, where required, by a duly authorized agent of the company.

John C. Roche
President

Charles Frederick Cronin
Secretary

ZBY H215124 02 4108693

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMERGENCY EVENT MANAGEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED
CAUSES OF LOSS – SPECIAL FORM

Other words and phrases that appear in quotation marks have special meaning. Refer to **H. Definitions**.

The Building And Personal Property Coverage Form, Business Income (and Extra Expense) Coverage Form, Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained, and the Causes Of Loss – Special Form are amended by the addition of the Scheduled Coverages listed below. Unless otherwise noted, each Limit of Insurance shown in the Schedule is the most we will pay for the total applicable covered loss or damage resulting from a "covered emergency" regardless of the number of "covered locations" involved. The provisions of the Building and Personal Property Coverage Form, Business Income (and Extra Expense) Coverage Form, Business Income (and Extra Expense) Coverage Form Actual Loss Sustained, and the Causes of Loss – Special Form apply to the Scheduled Coverages unless specifically amended by this endorsement. If any loss or damage covered under this endorsement is also covered under any other provisions of this policy, or if more than one coverage under this endorsement applies to a specific type of loss or damage sustained, you may choose only one of the applicable coverages to apply to that loss. The most we will pay in such case is the Limit of Insurance applicable to the coverage you chose.

## Schedule of Coverages

| Coverage | Limit of Insurance |
|---|---|
| **A.** Emergency Event Communication Expense | 10,000 |
| **B.** Emergency Event Business Income and Extra Expense | 10,000 |
| **C.** Post Emergency Event Expense - Per Person Limit | 10,000 |
|                      - Aggregate Limit | 10,000 |

| Coverage | Waiting Period |
|---|---|
| Emergency Event Communication Expense | None |
| Emergency Event Business Income | Follows the waiting period in the **BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM** or **BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED** |
| Emergency Event Extra Expense | None |
| Post Emergency Event Expense | None |

**A. "Emergency Event Communication Expense"**

For the purpose of coverage under this endorsement only, the following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of the Building and Personal Property Coverage Form CP 00 10:

**"Emergency Event Communication Expense"**

We will pay necessary "emergency event communication expense" incurred by you resulting from a "covered emergency" at a "covered

location" for the sixty (60) consecutive days after a "covered emergency".

This Additional Coverage does not apply to:

**(1)** Any costs related to communications, advice or strategy development, that address continuing publicity or image concerns for periods occurring beyond the sixty (60) consecutive day period after a "covered emergency", or

**(2)** Communication-related expense dealing with mitigating negative publicity or restoring your

enterprise's image at any location other than the "covered location" at which the "covered emergency" occurred.

**B. Emergency Event Business Income and Extra Expense – Optional Coverage**

For the purpose of coverage under this endorsement only, when the Business Income (and Extra Expense) Coverage Form CP 00 30, or the Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581 is made a part of this policy, the following replaces all provisions of the Business Income (and Extra Expense) Coverage Form CP 00 30 or the Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581.

**1. "Emergency Event Business Income" and Extended "Emergency Event Business Income" Coverage**

**a. "Emergency Event Business Income"**

Subject to the Waiting Period shown in the Schedule of this endorsement, we will pay the actual loss of "emergency event business income" you sustain due to the necessary "suspension" of your "operations" during the "emergency event period of restoration". The "suspension" must be caused by or result from a "covered emergency" at your "covered location".

**b. Extended "Emergency Event Business Income"**

If the necessary "suspension" of your "operations" caused by or resulting from a "covered emergency" produces an "emergency event business income" loss payable under this endorsement, we will also pay the actual loss of "emergency event business income" you incur during the period that:

**(1)** Begins on the date "operations" are resumed, or the date the "covered location" can be re-occupied by a tenant; and

**(2)** Ends on the earlier of:

**(a)** The date you could reasonably restore your "operations" to a level which would generate the business income that would have existed had no "covered emergency" occurred; or

**(b)** The date you could reasonably have the "covered location" re-occupied by a tenant to a level that would generate the rental income which would have existed

if the "covered emergency" had not occurred; or

**(c)** Thirty (30) consecutive days after the date determined in **b. (1)** above.

**c. Additional Conditions and Limitations – "Emergency Event Business Income" and Extended "Emergency Event Business Income"**

**(1)** When alternative locations, whether or not owned by you, could have been used to mitigate any "Emergency Event Business Income" loss or Extended "Emergency Event Business Income" loss but were not, we will not pay more than what the calculable loss would have been had these other locations been used to mitigate the loss.

**(2)** In the event that your coverage for loss of "Emergency Event Business Income" ends because it extends beyond the sixty (60) consecutive days provided after the "covered emergency", your coverage for Extended "Emergency Event Business Income" loss will commence only when and if you actually resume "operations" (or tenancy is re-established). When "operations" do not resume upon expiration of the sixty (60) consecutive day period, an interruption in your coverage for Business Income will occur between:

**(a)** The end of your "Emergency Event Business Income" coverage; and

**(b)** The start of your Extended "Emergency Event Business Income" coverage.

**(3)** "Emergency Event Business Income" and Extended "Emergency Event Business Income" do not apply to loss of Business Income or loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the "covered emergency" in the area where the "covered locations" are located.

**d. Loss Determination - Business Income and Extended Business Income**

The amount of "emergency event business income" loss will be determined based on:

**(1)** The Net Income of the business at the "covered location" before the "covered emergency" occurred;

**(2)** The likely Net Income of the business at the "covered location" if no "covered emergency" occurred, but not including:

  **(a)** Net Income earned due to increased sales or similar activity at other "covered locations" caused by the disruption of "operations" at the "covered location" where the "covered emergency" occurred; or

  **(b)** Net Income that would have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the "covered emergency" on customers or other businesses; or

  **(c)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the "covered emergency"; and

**(3)** Other relevant sources of information, including but not limited to:

  **(a)** Your financial records and account procedures;

  **(b)** Bills, invoices and other vouchers; and

  **(c)** Deeds, liens or contracts.

**2.** **"Emergency Event Extra Expense"**

For the purpose of coverage under this endorsement only, when the Business Income (and Extra Expense) Coverage Form CP 00 30 or the Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581 is a part of this policy, the following applies:

**a.** We will pay reasonable and necessary "emergency event extra expense" caused by or resulting from a "covered emergency" at the "covered location" during the "emergency event period of restoration" to:

**(1)** Avoid or minimize the "suspension" of your business and to continue "operations" at the "covered location" or at temporary or replacement location(s). This includes but is not limited to temporary additional security, relocation expenses and additional costs to equip and operate the temporary or replacement location; or

**(2)** Minimize the "suspension" of business if you cannot continue your "operations".

**b.** This coverage ends the earlier of:

**(1)** The date your "operations" are restored to a similar condition that would have existed had the "covered emergency" not occurred; or

**(2)** Sixty (60) consecutive days after the "covered emergency" event occurs.

**c.** "Emergency Event Extra Expense" does not include:

**(1)** ransom, extortion or other type of funds paid directly or indirectly to actual or alleged perpetrators causing, or threatening to cause, a "covered emergency"; or

**(2)** any reward funds.

**3.** **Resumption of Operations** – We will reduce the amount of:

**a.** "Emergency event business income" to the extent you can resume your "operations", in whole or in part, at the affected "covered location" or elsewhere; and

**b.** "Emergency event extra expense" loss to the extent you can return "operations" to normal and discontinue such "emergency event extra expense".

If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**C.** **"Post Emergency Event Expense"**

**1.** We will pay an "invitee's" "post emergency event expense" for sixty (60) consecutive days after the "covered emergency", subject to the Post Emergency Event – Per Person Limit of Insurance shown in the Schedule above.

**2.** Coverage is extended only to those "invitees" present at the affected "covered location" when the "covered emergency" occurred and whose treatment or expense arises directly from the trauma suffered from the "covered emergency".

**3.** The aggregate limit shown in the Schedule above is the most we will pay for the sum of all "post emergency event expense" in any policy period.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

## D. Exclusions

1. **Deleted Exclusions - Emergency Event Management Coverage Endorsement**

   For the purpose of coverage under this endorsement only, the following exclusions under the Causes of Loss – Special Form CP 10 30 are deleted:

   a. **B.1.h. "Fungus", Wet Rot, Dry Rot and Bacteria;**

   b. **B.2.h. Dishonest or Criminal Acts;**

   c. **B.3.b. Acts or Decisions;** and

   d. **B.3.c. (1) – (4) Faulty, Inadequate or Defective actions, activities or materials.**

2. **Additional Exclusions - Emergency Event Management Coverage Endorsement**

   a. For the purpose of coverage under this endorsement only, the following exclusions are added to **B. Exclusions, Paragraph 1.,** Causes of Loss – Special Form CP 10 30:

   We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

   **(1)** Windstorm or hail;

   **(2)** Dishonest or criminal act by you, any of your partners, directors, officers or trustees whether:

   **(a)** Acting alone or in collusion with each other or with any other party; or

   **(b)** Whether or not occurring in the course and scope of employment, during the hours of employment or during your normal hours of operation.

   b. For the purpose of coverage under this endorsement only, the following exclusions are added to **B. Exclusions** of Causes of Loss – Special Form CP 10 30:

   We will not pay for:

   **(1)** Any legal fees or costs, including but not limited to defense costs related to a claim or suit by a third party for bodily injury or property damage;

   **(2)** The cost to decontaminate, clean, repair, remediate, maintain or replace Covered Property;

   **(3)** Costs or expenses incurred by any person(s) who directly or indirectly instigated, threatened, funded,

perpetrated, participated, supported or was otherwise involved in the activities leading to the "covered emergency"; or

   **(4)** Any cost or expense reimbursable by a state or federal agency, or under workers compensation or similar laws.

**E.** For the purpose of coverage under this endorsement only, **D. Deductible**, of the Building and Personal Property Coverage Form CP 00 10 does not apply.

## F. Loss Conditions

1. For the purpose of coverage under this endorsement only, **E. Loss Conditions,** Paragraph **3. Duties in The Event Of Loss Or Damage** of the Building and Personal Property Coverage Form CP 00 10 and **C. Loss Conditions,** Paragraph **2. Duties in the Event of Loss** of the Business Income (and Extra Expense) Coverage Form CP 00 30 or Business Income (and Extra Expense) – Actual Loss Sustained 411-0581 are replaced by the following:

   **Duties In The Event Of Loss**

   a. In the event of a "covered emergency" you must:

   **(1)** Notify law enforcement if a law may have been broken.

   **(2)** Give us notice of any "covered emergency" or event that is likely to lead to a "covered emergency" within forty-eight (48) hours of the time you, or any of your partners, directors, officers, trustees or employees with management or supervisory authority, first become aware of it.

   Such notice must include, but is not limited to:

   **(a)** Specifics as to when, where and how the "covered emergency" occurred or is occurring;

   **(b)** The name, address and any other pertinent information pertaining to any injured persons including the cause, nature, location and extent of their injuries;

   **(c)** The name, address and any other pertinent information pertaining to:

   **(i)** witnesses to the event, its origins or injuries to any person;

   **(ii)** emergency responders; and

   **(iii)** potential or known perpetrators;

**(d)** Response activities undertaken by you or others to address the consequences of the "covered emergency"; and

**(e)** The nature and location of any physical damage to the "covered location" arising out of the "covered emergency" and the current repair status of such damage.

**(3)** Take all reasonable steps to protect your "invitees" and the Covered Property at the "covered location" from further injury or damage, and keep a record of your expenses necessary to do so for consideration in the settlement of the claim. These actions do not guarantee such expenses will be covered nor will they increase the Limit of Insurance. In addition, we will not pay for any subsequent injury, loss or damage resulting from other than a "covered emergency". Also, if feasible, preserve and set damaged property aside and in the best possible order for examination.

**(4)** As often as may be reasonably required, permit us to inspect the property proving the injury, loss or damage, and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(5)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(6)** Cooperate with us in the investigation or settlement of the claim.

**(7)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records.

In the event of an examination, an insured's answers must be signed.

**2.** For the purpose of coverage under this endorsement only, **E. Loss Conditions,** Paragraph **4. Loss Payment,** of the Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this endorsement and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**G. Additional Conditions**

For the purpose of coverage under this endorsement only:

**1. F. Additional Conditions**, Paragraph **1. Coinsurance** of the Building and Personal Property Coverage Form CP 00 10 does not apply.

**2. D. Additional Condition, COINSURANCE** of the Business Income (and Extra Expense) Coverage Form CP 00 30 does not apply.

**3.** The following Additional Condition is added:

**Other Insurance**

If there is other insurance covering the same loss, we will pay only the amount of the covered loss in excess of the amount due from the other insurance, whether collectible or not. If the other insurance covers the same loss but includes a deductible, we will pay the deductible. Other insurance includes but is not limited to the insurance coverage or non-insurance services provided by an employer's Employee Assistance Plan or similar mental health service. Regardless of other insurance, we will not pay more than the applicable Limit of Insurance shown in the Schedule of this endorsement.

**H. Definitions**

For the purpose of coverage under this endorsement only, the following Definitions are added.

**1.** "Contaminated" or "contamination" means unfit for use by the introduction of unwholesome or undesirable elements.

**2.** "Covered Emergency" means the following:

**a. Violent Acts**

**(1)** A violent act at your "covered location", committed with malicious intent by one or more individuals against a person(s) or entity(s), which results in physical injury or death to

such targeted person(s) or bystanders.

This does not include violent acts committed by you, or any of your partners, directors, officers or trustees.

**(2)** An attempt or threat of a violent act to be committed at your "covered location", made with malicious intent by one or more individuals against a person(s) or entity(s), which is likely to result in physical injury or death to such targeted person(s) or bystander(s).

**(a)** This does not include an attempt or threat of a violent act made by you, or any of your partners, directors, officers or trustees.

**(b)** For coverage to apply, such attempts or threats must be credible, plausible and reported to law enforcement.

**(3)** A violent act at your "covered location", committed with malicious intent by one or more individuals against any person(s) or entity(s), which results in direct physical loss or damage to your premises or the property of others at the "covered location".

This does not include a violent act committed by you, or any of your partners, directors, officers or trustees.

**(4)** An attempt or threat of a violent act to be committed on your "covered location", made with malicious intent by one or more individuals against any person(s) or entity(s), which is likely to result in direct physical loss or damage to your premises or the property of others at the "covered location".

**(a)** This does not include an attempt or threat of a violent act made by you, or any of your partners, directors, officers or trustees.

**(b)** For coverage to apply, such attempts or threats must be credible, plausible and reported to law enforcement.

**b. Premises Contamination**

**(1)** Necessary closure of all or part of your "covered location" due to any sudden and accidental

"contamination" or impairment of the "covered location" which results in clear, visible, identifiable, internal or external symptoms of bodily injury, illness, or death of any person(s).

**(2)** This includes a "covered location" "contaminated" by "covered illness", but does not include "contamination" of the "covered location", in whole or part, by other "pollutants", "fungi" or bacteria except as provided under "covered illness".

**(3)** Confirmation of both the existence of the "covered illness", and "covered location" that the "covered illness" has "contaminated" must be confirmed by a qualified expert or experts and reliable laboratory testing.

**c. Contaminated Food or Beverage**

**(1)** Necessary closure of all or part of your "covered location" by order of the governing Board of Health because of discovery or suspicion that "contaminated" food or beverage has been served to patrons at your "covered location"; or

**(2)** Necessary announcement by you or any governmental body warning the public of a health hazard at your "covered location" because "contaminated" food or beverage has been served to your patrons.

**d. Specified Felonies**

The following felonies, whether committed, attempted, or threatened on your "covered premises":

**(1) Child abduction or kidnapping.** The wrongful and illegal seizure of a child under age sixteen (16) at your "covered location" by someone other than the child's biological, adoptive or foster parents or guardians.

**(2)** Stalking and abduction of one or more of your employees or customers by other than a relative;

**(3)** Sexual assault; or

**(4)** Felonious use of a firearm, other weapon or device designed to cause significant harm or damage;

**e. Other Emergency Incidents**

Any one of the following events occurring at your "covered location" and not arising out of a "covered emergency":

**(1)** Explosion;

Includes copyrighted material of Insurance Services Office, Inc. with its permission

**(2)** Fire;

**(3)** Construction accident;

**(4)** Equipment failure; or

**(5)** Workplace accident;

which results in injury or damage to person(s) or property, and adverse regional or national news media coverage of your business or "operations".

**3.** "Covered Location" means:

**a.** That part of a premises you occupy which is listed as a covered location on the Declarations, including the area within 1,000 feet of that premises.

**b.** If you have more than one "covered location" under section **a)**, the term "covered location" means only the location at which the "covered emergency" occurred.

**c.** If you occupy only part of the site at a "covered location", this phrase is further defined as:

**(1)** The portion of the building which you rent, lease or occupy; and

**(2)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**4.** "Covered Illness" means only the following:

**a.** bacterial microorganisms transmitted through human contact with food;

**b.** hepatitis virus;

**c.** legionnaire's disease; and

**d.** noroviruses;

as defined by the United States Center for Disease Control.

"Covered Illness" does not include any other type of illness, bacteria, virus or disease.

**5.** "Emergency event business income" means:

**a.** Net income (net profit or loss before income taxes) – including "rental value" - that would have been earned or incurred before the "covered emergency" at the "covered location"; and

**b.** Continuing normal operating expenses incurred, including payroll, at the "covered location".

**6.** "Emergency event communication expense" means:

**a.** Reasonable extra expense you incur, within the sixty (60) consecutive day period after the "covered emergency", due

to the use of your staff for necessary communication to your employees, shareholders, customers, government authorities, news media and other members of the public, when such expense is directly related to the "covered emergency"; and

**b.** Reasonable fees and costs you incur, within the sixty (60) consecutive day period after the "covered emergency", due to the use of professional crisis management organizations necessary to assist or advise you on communications strategies to:

**(1)** Mitigate negative publicity; or

**(2)** Restore the image of your enterprise to pre-event levels following a "covered emergency".

**7.** "Emergency Event Extra Expense" means:

**a.** All necessary expenses related to the "covered emergency" that exceed the normal operating expenses that would have been incurred by "operations" during the "emergency event period of restoration" if no "covered emergency" had occurred. We will deduct from the total of such expenses:

**(1)** The salvage value of any property bought for temporary use during the "emergency event period of restoration", once "operations" are resumed; and

**(2)** Any Extra Expense that is paid for by other insurance, except for insurance that is written, subject to the same plan, terms, conditions and provisions as this insurance;

**b.** Necessary expenses that reduce the "emergency event business income" loss that otherwise would have not been incurred.

**8.** "Emergency event period of restoration" means the period of time that:

**a.** Begins:

**(1)** For **Business Income** - After the Waiting Period shown in the schedule of this endorsement following the date of the "covered emergency"; and

**(2)** For **Extra Expense** – On the date of the "covered emergency"; and

**b.** Ends:

**Business Income and Extra Expense** –

On the shorter of:

(1) The date when, using reasonable speed, the "operations" at your "covered location" should be resumed or the "covered location" can be re-occupied by a tenant; or

(2) Sixty (60) consecutive days after the "covered emergency" occurred.

9. "Fungi" means any type or form of fungus, including but not limited to fungus, mildew, mold or resulting spores and byproducts, including mycotoxins, or allergens. However, "fungi" does not include "fungi" on food for human consumption.

10. "Invitee" means your employees, customers and others with legitimate business on your Covered Property.

11. "Operations" means:

a. Your business activities occurring at the "covered location"; and

b. Rental of your "covered location" for "rental value".

12. "Post emergency event expenses" means any of the following reasonable and necessary expenses incurred by an "invitee" at the affected "covered location" when the "covered emergency" occurred:

a. Medical treatment expenses;

b. Psychological counseling or other mental health treatment expenses;

c. Travel costs to and from a local provider of such medical or mental health treatment services; or

d. Funeral and burial expenses for those on site "invitees" who died as a result of the "covered emergency".

13. "Rental value" means Business Income that consists of:

a. Net income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the "covered location" as furnished and equipped by you, including fair rental value of any portion of the scheduled premises which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with that scheduled location, including:

(1) Payroll; and

(2) The amount of charges which are legal obligation of the tenant(s) but would otherwise by your obligations.

14. "Suspension" means

a. The slowdown or cessation of your business activities; or

b. The part or all of the "covered location" that is rendered un-rentable due to the "covered emergency".

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DATA BREACH COVERAGE FORM

Various provisions in this Coverage Form restrict coverage. Read the entire Coverage Form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "we", "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations. Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION F – DEFINITIONS.**

| SCHEDULE | |
|---|---|
| Data Breach Coverage Aggregate Limit of Insurance | $ 10,000 |
| Data Breach Expense Coverages Aggregate Sublimit of Insurance | $ 10,000 |
| Additional Expense Coverages Aggregate Sublimit of Insurance | $ 10,000 |
| Data Breach Coverage Deductible | $ 1,000 |
| Cyber Business Interruption Waiting Period Deductible | 24 Hours |
| Premium: | $ 50 |

## SECTION A – COVERAGES

We will provide Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages as described below if you have a "data breach" that:

**a.** Is discovered during the "policy period" of this Data Breach Coverage Form; and

**b.** Is reported to us within 30 days of your discovery of the "data breach".

**1. Data Breach Services, Data Breach Expense Coverages, Additional Expense Coverages**

**a. Data Breach Services**

**(1) Consulting Services**

If you contact our Designated Service Provider, they will provide Consulting Services to assist you with:

**(a)** Notification requirements pursuant to "breach notice laws";

**(b)** Drafting your notification letters; and

**(c)** Media interface and press release drafting.

**(2) Help Line**

Provide a toll-free telephone line for "potentially-identified persons" with questions about the "data breach".

**(3) Fraud Alert**

A "potentially-identified person" who contacts our Designated Service Provider can place a Fraud Alert on his or her credit file(s) with the main credit bureaus warning potential credit grantors to check with the "potentially-identified person" before extending credit in his or her name or on his or her behalf.

**(4) Identity Restoration Case Management**

An "identified person" who contacts our Designated Service Provider will be assisted by an identity restoration professional to help to correct his or her credit and other records and to restore control over his or her personal identity.

These Data Breach Services will be provided by our Designated Service Provider, as described in Paragraphs **15.** and **16.** of **Section E. Conditions,** for a period of one year from the date the Data Breach Services are initiated.

Data Breach Services are only available if the jurisdiction or country where the "potentially-identified person" resides maintains "breach notice law" and, in the case of Fraud Alert, an operative credit monitoring service.

**b. Data Breach Expense Coverages**

We will pay your reasonable and necessary expenses incurred for the following Covered Expenses up to the limits of insurance described in **Section C – Limits of Insurance:**

**(1) Notification to Potentially-Identified Persons** – expenses to provide

notification of the "data breach" to "potentially-identified persons":

**(a)** As required by applicable "breach notice law"; or

**(b)** If reasonably necessary to maintain your business.

Covered expenses include the printing, postage and handling of notification letters or other means of disclosing the breach to "potentially-identified persons".

**(2) Forensic Analysis –** expenses to assess:

**(a)** The severity of the "data breach";

**(b)** The nature and extent of the "data breach";

Forensic Analysis expenses do not include the cost of restoration.

**(3) Proactive Monitoring Services Expense Coverage –** Expenses for "proactive monitoring services" provided to "potentially–identified persons" in jurisdictions or countries with operative credit monitoring services as provided through our Designated Service Provider.

Under this coverage we will only pay for expenses that you incur through our Designated Service Provider.

Services provided for Covered Expenses provided in **b.(1)**, **b.(2)** and **b.(3)** above must be approved by us as described in **SECTION E – CONDITIONS,** Paragraph **15. Service Providers.**

**(4) Breach Restoration Expenses**

We will pay "Breach Restoration Expenses" directly resulting from a "data breach" which is first discovered during the "policy period" and which results in the damage, deletion or destruction of "data" owned by you or for which you are legally liable.

**(5) Cyber Business Interruption and Extra Expense**

We will pay actual loss of "business income" and additional "extra expense" incurred by you during the "period of restoration" directly resulting from a "data breach" which is first discovered during the "policy period" and which results in an actual impairment or denial of service of

"business operations" during the "policy period".

**c. Additional Expense Coverages**

We will pay your reasonable and necessary expenses incurred for the following Additional Expense Coverages. These expenses are subject to the limits of insurance described in **Section C – Limits of Insurance.**

**(1) Legal Services –** expenses incurred within the first six months following the discovery and reporting of a "data breach" as provided in this Section for approved outside professional legal counsel review and recommendations as to how you should respond to it, including final legal review of the proposed breach notification letter(s). However, we will not pay for expenses for legal counsel to review any third party liability litigation or notification of potential litigation.

**(2) Public Relations –** expenses incurred within the first six months following the discovery and reporting of a "data breach" as provided in this Section for approved outside public relations firm or crisis management firm recommendations for restoring the confidence of your customers and investors in the security of your company and its systems.

**(3) Third Party "Data Breach" –** expenses for notification to "potentially-identified persons" with whom you have a direct relationship when a "data breach" is sustained by a third party to whom you have sent "private personal data" to be under that third party's care, custody and control. This includes a "data breach" that occurs while transmitting or transporting the data to that third party. Covered expenses for this Additional Covered Expense are limited to the printing, postage and handling of notification letters to "potentially-identified persons".

Service providers for Additional Expense Coverage provided in paragraphs **c.(1)**, **c.(2)** and **c.(3)** must be approved by us as described in **SECTION E – CONDITIONS,** Paragraph **15. Service Providers.**

**(4) Data Breach Ransom Coverage –** monies extorted from and paid by you because or a threat or connected

series of threats to commit an intentional attack on your computer systems that if so committed, would result in a "data breach". This Data Breach Ransom Coverage is subject to the following conditions:

**(a)** You must receive approval from us prior to the payment of any monies;

**(b)** Any monies paid must only be to terminate or end the threat;

**(c)** The threat must be one which, if carried out, would have led to a "data breach" that would have been covered under this Coverage Form had the monies not been paid;

**(d)** The threat must have been made during the coverage period of this Data Breach Coverage Form;

**(e)** The applicable Federal, state and/or local law enforcement authority was notified of the threat prior to any payment you make for which you are seeking reimbursement under this Additional Expense Coverage;

**(f)** The threat must not have been committed by any of your employees or former employees, vendors or independent contractors hired by you;

**(g)** You must make every reasonable effort not to divulge the existence of this Data Breach Ransom Coverage; and

**(h)** You agree to keep confidential any amounts paid under this Data Breach Ransom Coverage except for any disclosure we approve in advance of that disclosure.

**(5) Data Breach Reward Coverage –** monies you pay for information leading to the arrest and conviction of any individual(s) who committed an illegal act(s) related to a "data breach" covered under this Coverage Form.

However, we will not pay for information that was provided by:

**(a)** You;

**(b)** Your internal or external auditors;

**(c)** Any vendor or independent contractor hired by you;

**(d)** Any individual or firm hired by you to investigate the illegal act described above; or

**(e)** Any individual(s) with supervisory or management responsibility of any of the individual(s) described above.

**(6) Data Breach Investigations**

We will pay "defense expenses" directly resulting from a "regulatory investigation" regarding a "data breach" first discovered by you during the "policy period".

**(7) Data Breach Theft**

We will pay for loss resulting directly from your transfer, payment, or delivery of funds due to the fraudulent input of "data" directly into your "system" or through a "network" into your "system". Loss must first be discovered by you during the "policy period".

## SECTION B – EXCLUSIONS

**1.** The following exclusions apply to Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages.

This insurance does not apply to:

**a. Costs to Research or Correct Deficiencies**

Any costs to research any deficiency, except as specifically provided under **SECTION A – COVERAGES**, Paragraph **1.b.(2) Forensic Analysis**, or any costs to correct any deficiency.

This includes, but is not limited to, any deficiency in your systems, procedures or physical security that may have contributed to a "data breach".

**b. Criminal Investigation or Proceedings**

Any costs arising out of criminal investigations or proceedings.

**c. Fines, Penalties or Assessments**

Any "fines, penalties, fees or assessments". This includes but is not limited to fees or surcharges from financial institutions.

**d. Defense or Legal Liability**

Any fees, costs, settlements, judgments, or liability of any kind arising in the course of, or as a result of a claim for damages, lawsuit, administrative proceedings, or governmental investigation against or involving you, except as provided under **SECTION A – COVERAGES**, Paragraph **1.c.(6) Data Breach Investigations**.

**e. Other Economic Costs**

Any other costs or expenses not expressly provided for under Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages provided in Paragraphs **1.a.** through **1.c.** Costs or expenses that we do not cover include but are not limited to expense to reissue credit or debit cards.

**f. Consequential Loss**

Any costs, or any other loss, caused by or resulting from delay, loss of use, loss of existing or prospective markets or any other consequential loss. This exclusion does not apply to **SECTION A – COVERAGES,** Paragraph **1.b.(5) Cyber Business Interruption and Extra Expense**.

**g. Contractually Assumed Liability**

Legal obligations arising by reason of assumption of liability in a contract or agreement.

**h. Victim Expenses or Losses**

Costs or losses incurred by a victim of "data breach" or fraud activity except as provided for under Data Breach Services, Data Breach Expense Coverages and Additional Expenses Coverages provided in Paragraphs **1.a.** through **1.c.**

**i. Alternative Travel Arrangements or Fees**

Payment of alternative travel arrangements or additional fees.

**j. Psychological Counseling**

Psychological counseling for victims of a "data breach" or fraud activity.

**k. Legal Advice or Services**

Legal advice or other legal services, except as provided by the Legal Services Additional Expense Coverage, Paragraph **1.c.(1).**

**l. Information Recapture**

Any costs or losses for the recapture of lost, stolen or destroyed information.

**m. Dishonesty**

Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of law by you, any of your partners, directors or trustees:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

**n. Governmental Action**

Seizure or destruction of property by order of governmental authority. Such loss or damage

is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**o. Intentional or Willful Complicity**

Your intentional or willful complicity in a "data breach".

**p. Prior Discovery**

Any "data breach" discovered prior to the inception of this Data Breach Coverage Form.

**q Threats, Extortion or Blackmail**

Any threat, extortion or blackmail including but not limited to, ransom payments and private security assistance except as provided in the Data Breach Ransom Coverage Additional Expense Coverage under Paragraph **1.(c)(4).**

**r Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

**s. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.** The following exclusions apply to Breach Restoration Expenses, Cyber Business Interruption and Extra Expense, Data Breach Investigations, and Data Breach Theft only.

This insurance does not apply to:

**a. Investigations**

Costs, fees or expenses incurred or paid by you in establishing the existence of, or amount of loss, damage or expense.

**b. Non-monetary Relief**

Costs of compliance with any order for, grant of or agreement to provide non-monetary relief, including injunctive relief.

**c. Potential Income**

Potential income including interest and dividends not realized by you; however, this Exclusion shall not apply to loss of "business income" as provided under **SECTION A –**

COVERAGES, Paragraph **1.b.(5) Cyber Business Interruption and Extra Expense.**

**d. Return of Payments**

Return of fees, charges, commissions or other compensation paid to you.

**e. System Changes**

Costs or "expenses" incurred to replace, upgrade, update, improve, or maintain a "system".

**f. Uniform Commercial Code**

Loss, damage, costs or "expenses" you agree to incur or incur on behalf of another natural person or entity when you are not obligated to incur such loss, costs or "expenses" under the Uniform Commercial Code or any other law, statute, rule or code anywhere in the world, including the rules or codes of any clearing or similar entity. This Exclusion does not apply to **SECTION A – COVERAGES**, Paragraph **1.b.(5) Cyber Business Interruption and Extra Expense.**

## SECTION C – LIMITS OF INSURANCE

**1.** The most we will pay for all Data Breach Expense Coverages and Additional Expense Coverages combined is the Data Breach Coverage Aggregate Limit of Insurance shown in the **SCHEDULE** of this Data Breach Coverage Form. The Data Breach Coverage Aggregate Limit of Insurance is an annual aggregate limit and is the most we will pay for the total of the covered losses and expenses for all "data breach" events discovered by you during the current "policy period" regardless of the number of "data breach" events.

**2.** The Data Breach Expense Coverages Aggregate Sublimit of Insurance shown in the **SCHEDULE** of this Data Breach Coverage Form is the most we will pay under all Data Breach Expense Coverages combined for the total of all covered losses and expenses arising out of all "data breach" events during the "policy period" regardless of the number of "data breach" events. The Data Breach Expense Coverage Aggregate Sublimit of Insurance is part of, and not in addition to, the Data Breach Coverage Aggregate Limit of Insurance

**3.** The Additional Expense Coverages Aggregate Sublimit of Insurance shown in the **SCHEDULE** of this Data Breach Coverage Form is the most we will pay under all Additional Expense Coverages combined for the total of all covered losses and expenses for all "data breach" events during the "policy period" regardless of the number of "data breach" events. The Additional Expense Coverages Aggregate Sublimit of Insurance is part of, and not in addition to, the Data Breach Coverage Aggregate Limit of Insurance.

**4.** Regardless of the number of years this Data Breach Coverage Form remains in force or the number of premiums paid, no limits of insurance cumulate from this "policy period" to subsequent "policy periods".

**5. Discovery Policy Period Limits Apply**

A "data breach" may be first discovered by you in one "policy period", but cause covered loss or expenses in one or more subsequent "policy periods". If so, all covered loss or expenses for the "data breach" will be limited to the Data Breach Coverage Aggregate Limit of Insurance, the Data Breach Expense Coverages Aggregate Sublimit of Insurance and the Additional Expense Coverages Aggregate Sublimit of Insurance described respectively in Paragraphs **1., 2.** and **3.** above that are applicable to the "policy period" when the "data breach was first discovered by you.

**6. Time Limits**

**a.** You must report a "data breach", to us on or within 30 days of your discovery of the "data breach".

**b.** You have up to one year from the date of reporting a "data breach", to initiate the services afforded to you.

**c.** A "potentially-identified person" has up to one year from the date he or she receives notification of a "data breach" to initiate the services afforded to him or her.

**d.** Once initiated, the services afforded to a "potentially-identified person" will continue for one year.

**e.** Data Breach Services under **Section A – Coverages,** Paragraph **1.a.** will be provided by our Designated Service Provider for a period one year from the date the Data Breach Services are initiated.

## SECTION D – DEDUCTIBLE

The Data Breach Expense Coverages and Additional Expense Coverages provided under this Coverage Form are subject to the Data Breach Coverage Deductible shown in the **SCHEDULE** of this Coverage Form. The Data Breach Coverage Deductible applies to covered loss and expense arising out of each "data breach". Our obligation to make payments under Data Breach Expense Coverages and Additional Expense Coverages applies only to that part of covered loss and expense arising out of a single "data breach" event which is in excess of the Data Breach Coverage Deductible.

The Data Breach Coverage Deductible does not apply to **SECTION A –COVERAGES,** paragraph **1.b.(6) Cyber Business Interruption and Extra Expense**. Losses payable under Cyber Business Interruption and Extra Expense are subject to the Cyber Business

Interruption Waiting Period Deductible shown on the **SCHEDULE** of this Coverage Form.

## SECTION E – CONDITIONS

1. **Duties in the Event of a Data Breach.**

   You must see that the following are done in the event of a "data breach":

   **a.** Notify the police if a law may have been broken.

   **b.** Give us prompt notice of the "data breach". As stated in **SECTION A – COVERAGES**, paragraph **b.**, you must report the "data breach" to us within 30 days of the date you first discover it.

   **c.** As soon as possible, give us, and/or our Designated Service Provider, a description of how, when and where the "data breach" occurred, including all of the following information as it becomes known to you:

   **(1)** The method of "data breach";

   **(2)** The approximate date and time of the "data breach";

   **(3)** The approximate number of "potentially-identified persons" compromised as a result of the "data breach";

   **(4)** A detailed description of the type and nature of the information that was compromised;

   **(5)** Whether or not the information was encrypted, and, if so, the level of encryption;

   **(6)** Whether or not law enforcement has been notified;

   **(7)** If available, the states in which the "potentially-identified persons" are domiciled;

   **(8)** If available, who received the "private personal data" as a result of the "data breach"; and any other access, information or documentation we reasonably require to investigate or adjust your claim.

   **d.** Take all reasonable steps to protect "private personal data" remaining in your care, custody or control.

   **e.** Preserve all evidence of the "data breach".

   **f.** Permit us to inspect the property and records proving the "data breach".

   **g.** If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

   **h.** Send us a signed, sworn statement containing the information we request to investigate the claim. You must do this within 30 days after our request. We will supply you with the necessary forms.

   **i.** Cooperate with us in the investigation or settlement of the claim.

2. **Concealment, Misrepresentation or Fraud**

   This coverage is void in any case of fraud by you as it relates to this Data Breach Coverage Form. It is also void if you intentionally conceal or misrepresent a material fact concerning this Coverage Form or a claim under this Coverage Form.

3. **Control of Property**

   Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

   The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

4. **Two or More Coverage Parts, Forms, Endorsements or Policies Issued By Us**

   It is our stated intent that the various coverage parts, forms, endorsements or policies issued to you by us or any company affiliated with us do not provide any duplication or overlap of coverage for the same loss, damage, expense or "data breach". If this coverage form and any other coverage part, form, endorsement or policy issued to you by us or any company affiliated with us apply to the same loss, damage, expense, or "data breach"; the maximum Limit of Insurance under all such coverage parts, forms, endorsements or policies combined shall not exceed the highest applicable Limit of Insurance under any one coverage part, form, endorsement or policy.

   If two or more of the coverages provided under this coverage form apply to the same loss, damage, expense or "data breach"; we will not pay more than the actual amount of the loss, damage or expense.

5. **Legal Action Against Us**

   No one may bring a legal action against us under this insurance unless:

   **a.** There has been full compliance with all of the terms of this insurance; and

   **b.** The action is brought within two years after the date of the "data breach" is first discovered by you.

6. **Liberalization**

   If we adopt any revision that would broaden the coverage under this Data Breach Coverage Form

without additional premium within 45 days prior to or during the "policy period", the broadened coverage will immediately apply to this coverage form.

**7. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**8. Other Insurance**

**a.** If you may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Data Breach Coverage Form, we will pay only our share of the covered loss, damage or expense. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same "data breach", other than that described in **a.** above, we will pay only for the amount for Data Breach Services, Data Breach Expense Coverages, and Additional Expense Coverages in excess of the amount due from that other insurance. We will not pay more than the applicable Limit of Insurance shown in the **SCHEDULE**.

**9. Policy Period, Coverage Territory**

Under this Endorsement:

**a  Policy Period**

This policy applies only to "data breaches" that are first discovered by you during the "policy period".

**b. Coverage Territory**

Coverage applies anywhere in the world, provided that no trade or economic sanction, embargo, insurance or other laws or regulations prohibit the "insurer" from covering the loss. The "data breach" must involve "private personal data" that was within your care, custody or control.

Data Breach Services are only available in jurisdictions or countries that maintain "breach notice law" and, in the case of Fraud Alert, an operative credit monitoring service.

**10. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you

may waive your rights against another party in writing:

**a.** Prior to a loss.

**b.** After a loss only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**c.** Your tenant.

This will not restrict your insurance.

**11. Cancellation**

With regard to the cancellation of this policy, the provisions outlined in the Common Policy Conditions, Businessowners Coverage Part, Technology Professional Advantage, the Technology Professional Advantage Plus, whichever are included in the policy, shall apply and will automatically include the non-renewal or cancellation of this coverage form. You agree that no further notice regarding termination of this Coverage Form will be required.

**12. Due Diligence**

You agree to use due diligence to prevent and mitigate loss covered under this Coverage Form. This includes, but is not limited to, complying with reasonable and industry-accepted protocols for providing and maintaining the following:

**a.** Physical security for your premises, computer systems and hard copy files;

**b.** "Computer" and Internet security;

**c.** Periodic backups of computer data;

**d.** Protection, including but not limited to, encryption of data, for transactions such as processing credit card, debit card and check payments; and

**e.** Disposal of files containing "personal private data", including but not limited to shredding hard copy files and destroying physical media used to store "data".

**13. No Legal Advice Provided**

We are not your legal advisor and do not provide legal counsel to you. None of the services we provide under this Coverage Form constitute legal advice to you by us. Our determination of what is or is not covered under this Coverage Form does not represent legal advice or counsel from us about what you should or should not do.

**14. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "potentially-identified persons". We assume no responsibility under this Coverage

Form for any services promised to "potentially-identified persons" without our prior agreement. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "potentially-identified persons" to be notified, including contact information.

**b.** Information about the "data breach" that may appropriately be communicated with "potentially-identified persons".

### 15. Service Providers

**a.** We will only provide Data Breach Services through our Designated Service Provider(s). Any such services that are provided by any other individual or entity will not be covered by this Coverage Form.

**b.** We will only pay Data Breach Expense Coverages and Additional Expense Coverages (except for Data Breach Ransom Coverage and Data Breach Reward Coverage) that are provided by service providers approved by us prior to the start of any of these services. If we suggest a service provider(s) but you prefer to use an alternative service provider(s), our coverage is subject to the following limitations:

**(1)** Such alternate service provider(s) must be approved by us; and

**(2)** Our payment for services provided by any alternative service provider(s) will not exceed the amount that we would have paid using the service provider we had suggested.

**c.** You will have a direct relationship with any service provider, including our Designated Service Provider, paid for in whole or in part under this Coverage Form. All service providers work for you.

### 16. Data Breach Services

The following conditions apply with respect to any data breach services provided to you or to any "potentially-identified person" or "identified person" by our designees or any service firm paid for under this Data Breach Coverage Form:

**a.** The effectiveness of data breach services depends on your cooperation and assistance.

**b.** All data breach services may not be available or applicable to all "potentially identified persons" or "identified persons". For example, "potentially identified persons" who are minors or foreign nationals may not have credit records that can be provided or monitored.

**c.** We do not warrant or guarantee that the data breach services paid for in whole or in part by this Coverage Form will  end or eliminate all

problems associated with a covered "data breach".

**d.** We are not liable for any act or omission by any Designated Service Provider who is not our employee nor the employee of a third party provider of the data breach services described in this Coverage Form. We cannot be held responsible for failure to provide or for the delay in providing services when such failure or delay is caused by conditions beyond our control

**e.** Data Breach Services are only available in jurisdictions or countries that maintain "breach notice law" and, in the case of Fraud Alert, an operative credit monitoring service.

### 17. Cooperation

You agree to cooperate with and provide full disclosure of the circumstances surrounding a "data breach" to applicable federal or state regulators, law enforcement personnel, to us, and to our Designated Service Provider(s).

If you fail to cooperate, we will not be obliged under this contract for any services and expenses that cannot be provided due to your failure to cooperate.

### 18. Appraisal

If we and you disagree on the amount of net income, operating expense or loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of the net income, operating expense and loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

## SECTION F – DEFINITIONS

### 1. Account Takeover

"Account takeover" means the takeover by a third party of one or more existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit in the name of an "identified person".

### 2. Breach Notice Law

"Breach Notice Law" means any federal, state, local or foreign privacy legislation, regulation and

their functional equivalent that requires an entity to provide notice to affected natural persons or data protection authorities regarding any actual or potential unauthorized access to "private personal data".

### 3. Breach Restoration Expenses

"Breach Restoration Expenses" means the reasonable cost of the blank "media" and the reasonable cost of labor for the actual transcription or copying of "data" or "media" in order to reproduce such "data" or replace such "media" from "data" and/or media of comparable kind or quality.

### 4. Business Income

"Business Income" means your:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if there had been no impairment or denial of "business operations" due to a covered "data breach" and

**b.** Continuing normal operating expenses incurred, including payroll.

"Business income" does not include interest or investment income.

### 5. Business Operations

"Business Operations" means your usual and regular business activities.

### 6. Computer

"Computer" means a device or group of hardware devices on which software, applications, script, code and "computer" programs containing "data" can be operated and viewed.

### 7. Cyber Attack

"Cyber Attack" means the transmission of fraudulent or unauthorized "data" that is intended to and successfully modifies, alters, damages, destroys, deletes, records, transmits, or consumes information within a "system" without authorization, including "data" that is self-replicating or self-propagating, and which causes the disruption of the normal operation of a "system".

### 8. Data

"Data" means a representation of information, knowledge, facts, concepts or instructions which are being processed or have been processed in a "computer".

### 9. Data Breach

"Data breach" means:

**a.** The loss, theft, accidental release or accidental publication of "private personal data" entrusted to you as respects one or more "potentially-identified persons" if such loss, theft, accidental release or accidental

publication has or could reasonably result in the fraudulent use of such information;

**b.** Failure to protect "private personal data" including a "Cyber Attack" on your "system" or the actions of a "rogue employee" which directly results in the unauthorized disclosure of "private personal data";

**c.** The theft or negligent loss of hardware, "media", "system output", "data" or other documents owned or controlled by you, or on your behalf, on which "private personal data" is stored or recorded;

**d.** The failure or violation of the security of your "system" including the impairment or denial of access to your "system", including a "Cyber Attack" or unauthorized acts or omissions by a "rogue employee" which damages or harms your "system" or the "system" of a third party for whom you provide "services" for a fee;

**e.** The theft or loss of hardware or "media" controlled by you, or on your behalf, on which "data" is stored;

**f.** Disposal or abandonment of "private personal data" without appropriate safeguards such as shredding or destruction, subject to the following provisions:

**(1)** Your failure to use appropriate safeguards must be accidental and not intentional, reckless or deliberate and not in violation of your Due Diligence obligations under Paragraph **2. Additional Conditions**, Paragraph **a.**;

**(2)** Such disposal or abandonment must take place during the time period for which this Data Breach Coverage Form is effective; or

**g.** The failure to disclose an event described in **a.** thru **f.** above which violates any "breach notice law".

All incidents of "data breach" that are discovered at the same time or arise from the same cause or from a series of similar causes would be considered one "data breach". All theft of "private personal data" caused by any person or in which that person is involved, whether the result of a single act or series of related acts, is considered a single incident of "data breach".

### 10. Defense Expenses

"Defense Expenses" means the reasonable and necessary legal fees and expenses including attorney fees and expert fees incurred by us or by you (other than regular or overtime wages, salaries, fees or benefits of you or your employees) in the investigation, defense, settlement and appeal of a claim, including but not

limited to cost of consultants and witnesses, premiums for appeal, injunction, attachment or supersedes bonds regarding such claim.

**11. Electronic Data**

"Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**12. Expense**

"Expense" means "Business Income", "Extra Expense", "Breach Restoration Expenses", and loss payable under the Data Breach Theft coverage incurred by you.

**13. Extra Expense**

"Extra Expense" means the reasonable and necessary expenses you incur during the "period of restoration" in an attempt to continue "business operations" that have been interrupted due to a "data breach" and that are over and above the expenses such you would have incurred if no loss had occurred. "Extra Expense" does not include any costs of updating, upgrading or remediation of your "system" that are not otherwise covered under this Coverage Part.

**14. Fines, Penalties or Assessments**

"Fines, penalties or assessments" means any fines, assessments, surcharges, attorneys' fees, court costs or other penalties which you shall be required to pay as a result of a "data breach" or pursuant to any contract, law, regulation or order.

**15. Identified Person**

"Identified person" means a "potentially-identified person" who is or appears to be a victim of "identity theft" or "account takeover" that may reasonably have arisen from a covered "data breach".

**16. Identity Theft**

"Identity theft" means the fraudulent use of "private personal data". This includes the fraudulent use of such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

"Identity theft" does not include the use of a valid credit card, credit account or bank account. However, "identity theft" does include the fraudulent alteration of account profile information, such as the address to which statements are sent.

**17. Media**

"Media" means electronic applications, software, scripts and programs on which "data" is stored so that it can be collected, read, retrieved or processed by a "computer". "Media" does not mean paper, or other tangible property, money, debt, equity, instruments, accounts, bonds, bills, records, abstracts, deeds or manuscripts

**18. Network**

"Network" means any services provided by or through the facilities of any electronic or "computer" communication system, allowing the input, output, examination, visualization or transfer of "data" or programs from one "computer" to your "computer". "Network" incudes any shared networks, Internet access facilities, or other similar facilities for such systems, in which you participate.

**19. Period of Restoration**

"Period of Restoration" means:

**a.** The period of time that begins:

**(1)** For "Extra Expenses", immediately after the actual or potential impairment or denial of "business operations" occurs; and

**(2)** For the loss of "Business Income", after 24 hours or the number of hours shown as the Cyber Business Interruption Waiting Period Deductible in the **SCHEDULE** on this Coverage Forms, whichever is greater, immediately following the time the actual impairment or denial of "business operations" first occurs.

**b.** The "Period of Restoration" ends on the earlier of the following:

**(1)** The date "business operations" are restored, with due diligence and dispatch, to the condition that would have existed had there been no impairment or denial; or

**(2)** Sixty (60) days after the date the actual impairment or denial of "business operations" first occurs;

The expiration date of this Policy or Coverage Part will not cut short the "period of restoration".

**20. Policy Period**

"Policy Period" means the period of time from the inception date shown the Declarations to the earlier of the expiration date shown in the

Declarations or the effective date of termination of the Policy or Data Breach Coverage Form.

**21. Potentially-Identified Person**

"Potentially-identified person" means any person who is your current, former or prospective customer, employee, client, member, or patient and whose "private personal data" is lost, stolen, accidentally released or accidentally published by a "data breach" covered under this Coverage Form.

"Potentially-identified person" does not include any business or organization. Only an individual person may be a "potentially-identified person".

A "potentially-identified person" may reside anywhere in the world.

**22. Private Personal Data**

"Private Personal Data" means a natural person's first name or first initial and last name in combination with:

**a.** Non-public personally identifiable information, as defined in applicable federal, state, local or foreign legislation or regulations including, social security number, driver's license number or other personal identification number (including an employee identification number or student identification number);

**b.** Financial account number (including a bank account number, retirement account number or healthcare spending account number);

**c.** Credit, debit or payment card numbers;

**d.** Information related to employment by you;

**e.** Individually identifiable information considered nonpublic personal information pursuant to Title V of the Gramm-Leach Bliley Act of 1999, as amended; or

**f.** Individually identifiable information considered protected health information pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), as amended;

which is intended to be accessible only by natural persons or entities you have specifically authorized to have such access.

"Private personal data" does not mean or include information that is otherwise available to the public, such as names and addresses with no correlated Social Security numbers or account numbers.

**23. Proactive Monitoring Services**

"Proactive monitoring services" means the following services if you offer to provide them to "potentially-identified persons" who contact our Designated Service Provider:

**a.** A credit report;

**b.** credit monitoring; and or

**c.** fraud/public records monitoring service or services.

**24. Regulatory Investigation**

"Regulatory Investigation" means a formal request for information, civil investigative demand or civil proceeding, including requests for information related thereto, brought by or on behalf of a state Attorney General, the Federal Trade Commission, the Federal Communications Commission or any other federal, state, local or foreign governmental agency.

**25. Rogue Employee**

"Rogue Employee" means a permanent employee of yours, other than an "executive", who has gained unauthorized access or has exceeded authorized access to a "system" or "private personal data" owned or controlled by you or an entity that is authorized by you to hold, process or store "private personal data" for your exclusive benefit.

**26. Services**

"Services" means "computer" time, data processing, storage functions or other uses of your "system".

**27. System**

"System" means a "computer", "media" and all input, output, processing storage and communication devices controlled, supervised or accessed by operating software that is proprietary to, or licensed to, the owner of the "computer".

**28. System Output**

"System Output" means a tangible substance on which "private personal data" is printed from a "System".

ZBX U215124 02 4108693

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ASSOCIATES AND FAMILY MEMBERS ADDITIONAL COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

DATA BREACH COVERAGE FORM

The following Additional Coverage is added to **SECTION A – COVERAGES** of the Data Breach Coverage Form:

**A. ASSOCIATES AND FAMILY MEMBERS ADDITIONAL COVERAGE**

As described in Paragraphs **1.** and **2.** below, we will extend certain **Data Breach Covered Services** to your "associates" and to their "family members" following loss of their "private personal data" under the circumstances described below.  This Additional Coverage does not apply to a "data breach" involving information owned or controlled by you.

**1.** An "associate" or "family member" whose "private personal data" is lost or stolen by circumstances such as the loss of a credit card, debit card, ATM card, checkbook, driver's license, or passport; or the loss of a wallet, purse, or briefcase containing any of the foregoing, may contact our Designated Service Provider for the Fraud Alert service described in **Section A – Coverages,** paragraph **1.a.(3)** of the Data Breach Coverage Form.

**2.** An "associate" or "family member" who, as a result of loss or theft of "private personal data" described in Paragraph **1.** above, becomes a victim of "identity theft" or "account takeover", may contact our Designated Service Provider for the Identity Restoration Case Management services described in **Section A – Coverages**, paragraph **1.a.(4)** of the Data Breach Coverage Form.

We will provide these services for a period of one year following the date we are notified of the initial loss of "private personal data".

**B. DEFINITIONS**

Under **Section F – Definitions**, Paragraph

.

**1. Account Takeover** is replaced with the following:

**1. Account Takeover**

"Account takeover", as respects "associates" or "family members", means the takeover by a third party of one or more existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit in the name of an "associate" or "family member".

"Account takeover", as respects "associates" or "family members", includes the unauthorized takeover of one or more of the "associate's" existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit by a "family member".

Under **Section F – Definitions**, the following Definitions are added:

**1.** "Associate" means an employee of the business insured under this policy.

**2.** "Family Member" means:

**a.** an "associate's" spouse, or Registered Domestic Partner, or the legal equivalent thereof; or

**b.** a relative under 23 years of age who is a dependent of the "associate.

ZBX U215124 02 4108693

## IDENTITY THEFT RESOLUTION SERVICES
### (POWERED BY IDENTITY THEFT 911)

Are you or your resident family members at risk for identity theft?  Do you need expert assistance with an identity-related concern?  IDENTITY THEFT RESOLUTION SERVICES from Identity Theft 911 give you one-on-one assistance in the following situations:

### Access Phone Number: 800-628-0250

If you or a resident family member suffer the loss or theft of private personal data, contact Identity Theft 911 for proactive guidance that can include Fraud Alert service.  If you wish, a fraud specialist can assist and place a free fraud alert on your credit file to reduce the risk of fraudulent accounts opened in your name.   This service also includes additional preventative measures and one-on-one assistance, depending on the risk.

If you or a resident family member suffer the loss or theft of private passenger data, contact Identity Theft 911 for Identity Restoration Case Management services.  A fraud specialist will guide you through the process of restoring your identity and handle all of the work, including completed documentation and notification assistance.   Victims also receive one year of credit monitoring, as well as free fraud monitoring of over 1,000 public databases.

**Learn How to Protect Your Identity**

We recommend that you regularly visit The Hanover Insurance Group and Identity Theft 911 comprehensive resource and knowledge library –    www.hanover-identitytheft911.com    – for the latest media alerts, identity theft tips, in-depth newsletters and much more.

Keep this access information handy in case you ever need help with an identity-related problem.

### Access Phone Number: 800-628-0250

The Hanover Insurance Group makes no guarantee of results and assumes no liability in connection with either the information or assistance provided by Identity Theft 911.  Any and all external Websites or sources referred to herein are for informational purposes only.

2BY H215124 02 4108693

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GOLD PROPERTY BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED

The following is added to **C. Limits Of Insurance** of Building and Personal Property Coverage Form CP 00 10:

The limits applicable to the Coverages included in this endorsement may either be in addition to or included within the applicable Limits of Insurance. For application of the limits, refer to each coverage within this endorsement.

Refer to **SECTION V – DEFINITIONS** of this endorsement for additional words or phrases which appear in quotation marks as they have special meanings.

**I.   COVERAGES**

**A.  Scheduled Coverages**

The coverages in this endorsement amend the coverage provided under the Building and Personal Property Coverage Form, Causes of Loss – Special Form, Business Income (and Extra Expense) Coverage Form and Business Income (and Extra Expense) Coverage - Actual Loss Sustained through new coverages and substitute coverage grants. These coverages are subject to the provisions applicable to this policy, except where amended within this endorsement. If any of the property covered by this endorsement is also covered under any other provisions of the policy of which this endorsement is made a part, or if more than one coverage under this endorsement applies, in the event of loss or damage, you may choose only one of these coverages to apply to that loss. The most we will pay in this case is the limit of insurance applying to the coverage you select. Coverages included in this endorsement apply either separately to each described premises or on an "occurrence" basis. Refer to each coverage within this endorsement for application of coverage.

|  |  | Limits of Insurance | Amended Limits of Insurance | Page |
|---|---|---|---|---|
| **1.** | Additional Covered Property | Included | N/A | 3 |
| **2.** | Brands & Labels | Included | N/A | 4 |
| **3.** | Broadened Building Coverage | Included | N/A | 4 |
| **4.** | Broadened Business Personal Property | Included | N/A | 4 |
| **5.** | Building Limit - Inflation Guard | Included | N/A | 5 |
| **6.** | Business Income & Extra Expense from Dependent Properties | $150,000 | $ | 5 |
| **7.** | Catastrophe Allowance | $50,000 | N/A | 5 |
| **8.** | Computer and Funds Transfer Fraud | $15,000 | $ | 6 |
| **9.** | Consequential Loss to Stock | Included | N/A | 6 |
| **10.** | Contract Penalties | $50,000 | $ | 6 |
| **11.** | Debris Removal | $250,000 | $ | 6 |
| **12.** | Denial of Access to Premises | Included | N/A | 7 |
| **13.** | E-Commerce | $10,000 | $ | 7 |
| **14.** | Electronic Data Processing Equipment | Included | N/A | 8 |
| **15.** | Employee Theft including ERISA Compliance | $100,000 | $ | 8 |
| **16.** | Employee Tools and Work Clothing | $25,000 | $ | 10 |
| **17.** | Expediting Expense | $50,000 | $ | 11 |
| **18.** | Extended Business Income | 180 Days | N/A | 11 |

| 19. | Extended Coverage on Property – within 2000 feet | Included | N/A | 11 |
|---|---|---|---|---|
| 20. | Extra Expense | $300,000 | $ | 11 |
| 21. | Fire Protection Equipment Recharge | Included | N/A | 12 |
| 22. | Food Contamination including | $25,000 | $ | 12 |
| | Additional Advertising Expense | $3,000 | $ | 12 |
| 23. | Forgery or Alteration | $30,000 | $ | 12 |
| 24. | Foundations & Underground Pipes | Included | N/A | 13 |
| 25. | International Air Shipments | $50,000 | $ | 13 |
| 26. | Inventory & Loss Appraisal | $250,000 | $ | 14 |
| 27. | Key Replacement & Lock Repair | $20,000 | $ | 14 |
| 28. | Lease Cancellation | $50,000 | $ | 14 |
| 29. | Leasehold Interest – Tenants | $150,000 | $ | 15 |
| 30. | Marring & Scratching | Included | N/A | 15 |
| 31. | Money & Securities | $25,000 | $ | 15 |
| 32. | Money Orders & Counterfeit Money | $25,000 | $ | 16 |
| 33. | Newly Acquired or Constructed Property – Building | $2,000,000 | $ | 16 |
| | Newly Acquired – Business Personal Property | $1,000,000 | $ | 16 |
| 34. | Newly Acquired Locations – Business Income & Extra Expense | $250,000 | $ | 17 |
| 35. | Non-Owned Detached Trailers | $25,000 | $ | 17 |
| 36. | Ordinance or Law | $500,000 | $ | 17 |
| 37. | Pollutant Clean-Up and Removal | $100,000 | $ | 20 |
| 38. | Preservation of Property | 90 Days | N/A | 20 |
| 39. | Preservation of Property – Expense | $50,000 | $ | 20 |
| 40. | Property in Transit | $100,000 | $ | 21 |
| 41. | Property Off Premises | $150,000 | $ | 21 |
| 42. | Prototypes | Included | N/A | 21 |
| 43. | Rewards – Arson, Theft, Vandalism | $75,000 | $ | 22 |
| 44. | Sales Representative Samples | $25,000 | $ | 22 |
| 45. | Seasonal Increase – Business Personal Property | Included | N/A | 22 |
| 46. | Sewer Backup | Included | N/A | 23 |
| 47. | Soft Costs | $25,000 | $ | 23 |
| 48. | Temporary Relocation of Property | $100,000 | $ | 23 |
| 49. | Tenant Glass | $15,000 | $ | 23 |
| 50. | Tenant Relocation | $50,000 | $ | 24 |
| 51. | Theft Damage to Building | Included | N/A | 24 |
| 52. | Transit Business Income & Extra Expense | $75,000 | $ | 25 |
| 53. | Undamaged Tenants Improvements and Betterments | $50,000 | $ | 25 |
| 54. | Underground Water Seepage | $50,000 | N/A | 25 |
| 55. | Unintentional Property Reporting Errors | $500,000 | N/A | 26 |
| 56. | Unnamed Locations | $150,000 | $ | 26 |
| 57. | Utility Services – Direct Damage | $100,000 | $ | 27 |
| | Utility Services – Business Income | $100,000 | $ | 27 |
| 58. | Voluntary Parting | $50,000 | $ | 27 |
| 59. | Water Damage, Other Liquids, Powder or Molten Material Damage | $50,000 | $ | 28 |

| | | | |
|---|---|---|---|
| **60.** | Windblown Debris | $10,000 | $ 28 |
| **61.** | Worldwide Property Off-Premises | $75,000 | $ 28 |

**B.** **Coverages Included within the Blanket Limit of Insurance:**

**Blanket Limit of Insurance** $500,000

The Blanket Limit of Insurance shown above applies to all Coverages shown in **Section III. B.** of this Endorsement. At the time of loss, you may elect to apportion this Blanket Limit of Insurance to one or any combination of the Coverages shown, but under no circumstances will the aggregate apportionment be permitted to exceed the Blanket Limit of Insurance shown above. The Blanket Limit of Insurance applies per "occurrence".

| | | Amended Limits of Insurance | Page |
|---|---|---|---|
| **1.** | Accounts Receivable | $ | 28 |
| **2.** | Deferred Payments | $ | 29 |
| **3.** | Fine Arts | $ | 29 |
| **4.** | Fire Department Service Charge | $ | 30 |
| **5.** | Movement of Property | $ | 30 |
| **6.** | Outdoor Property | $ | 30 |
| **7.** | Personal Effects & Property of Others | $ | 31 |
| **8.** | Research and Development Documentation | $ | 31 |
| **9.** | Valuable Papers and Records (Other Than Electronic Data) | $ | 32 |

## II.   DEDUCTIBLE

We will not pay for covered loss or damage in any one "occurrence" unless the amount of loss or damage exceeds the deductible amount shown in the Declarations of this Policy. We will then pay the amount of loss or damage in excess of the Deductible, up to the Limit of Insurance for all applicable coverages listed under **SECTION I – COVERAGES.** No deductible applies to coverages where specifically designated.

## III.   COVERED PROPERTY

### A. Scheduled Coverages

**1.** **Additional Covered Property**

   **a.** The following is added to **A. Coverage**, Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

   **Additional Covered Property**

   **(1)** You may extend the insurance that applies to your Business Personal Property to also include "theft" or attempted "theft" of your patterns, dies, molds and forms.

   **b.** **C. Limitations**, Paragraph **3.** of Causes of Loss – Special Form CP 10 30 is replaced by the following:

   **3.** The special limit shown for each category **a.** through **e.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one "occurrence" of "theft", regardless of the types or number of articles that are lost or damaged in that "occurrence". The special limits

are:

   **a.** $10,000 for furs, fur garments and garments trimmed in fur.

   **b.** $10,000 for jewelry, watches, watch movements, jewels and pearls. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $35,000 for precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals.

   **d.** $5,000 for patterns, dies, molds and forms owned by others. This special limit does not apply to those patterns, dies, molds and forms owned by you or for which you are responsible under written contract existing before loss.

   **e.** $1,000 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income coverage or to Extra Expense coverage.

All other provisions of **C. Limitations** of Causes of Loss – Special Form CP 10 30 remain unchanged.

**2. Brands & Labels**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Brands & Labels**

**(1)** If Covered Property that has a brand or label is damaged by a Covered Cause of Loss and we elect to take all or any part of the damaged property at an agreed or appraised value, you may extend the insurance that applies to Your Business Personal Property to:

**(a)** Pay expenses you incur to:

**(i)** Remove the brand or label and then re-label the damaged property to comply with any applicable law; or

**(ii)** Label or stamp the damaged property as Salvage, if doing so will not physically damage the property.

**(b)** Cover any reduction in the salvage value of the damaged property as a result of the removal of the brand or label.

**(2)** Payment under this Extension is included within the Limit of Insurance applicable to your Business Personal Property.

**3. Broadened Building Coverage**

**a.** The following is added to **A. Coverage,** Paragraph **1. Covered Property,** subparagraph **a. Building** of Building and Personal Property Coverage Form CP 00 10**:**

**(6)** Foundations of machinery, tanks and their component parts including all connections which are below:

**(a)** The lowest basement floor; or

**(b)** The surface of the ground, if there is no basement.

**(7)** Your personal property in apartments or rooms furnished by you as landlord;

**(8)** The following property if it is located on or within 2000 feet of a covered building or structure:

**(a)** Exterior lighting fixtures or poles;

**(b)** Yard fixtures;

**(c)** Fences; and

**(d)** Retaining Walls whether or not attached to the building

**(9)** Signs, whether or not they are attached to covered buildings or structures;

**(10)** Building glass, including skylights, glass doors and windows, and their encasement frames, alarm tape, lettering and ornamentation;

**(11)** Your new buildings while being built on or within 2000 feet of the described premises; and

**(12)** Driveways, patios and walks.

**b.** Under **C. Limits of Insurance** of Building and Personal Property Coverage Form CP 00 10, the $2,500 limitation on outdoor signs is deleted.

**4. Broadened Business Personal Property**

**a.** The following is added to **A. Coverage,** Paragraph **1. Covered Property,** subparagraph **b. Your Business Personal Property** of Building and Personal Property Coverage Form CP 00 10:

**(8)** Property of others that is in your care, custody or control;

**(9)** "Scientific & professional equipment";

**(10)** Building glass you have a contractual responsibility to insure;

**(11)** "Installation, tools & equipment property"; and

**(12)** Patterns, molds & dies.

**b.** **A. Coverage,** Paragraph **1. Covered Property,** subparagraph **c. Personal Property of Others** of Building and Personal Property Coverage Form CP 00 10, is deleted.

**5. Building Limit – Inflation Guard**

The following is added to **C. Limits of**

Insurance of Building and Personal Property Coverage Form CP 00 10:

**Building Limit – Inflation Guard**

We will pay either the actual cash value or the replacement cost value, based on the valuation method shown in the Declarations, of the damaged portion of the building at the time of loss, but not more than 115% of the Limit of Insurance for Building if:

**a.** The amount of any loss covered by this policy exceeds the Limit of Insurance for Building stated in the Declarations for the damaged Building; and

**b.** The actual repair or replacement is completed within one year of the date of loss.

**6. Business Income & Extra Expense from Dependent Properties**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Business Income & Extra Expense from Dependent Properties**

**(1)** We will pay the actual loss of business income you sustain due to the necessary "suspension" of your "operations" during the "dependent property period of restoration". The "suspension" must be caused by direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.

**(2)** We will pay the actual and necessary Extra Expense you incur due to direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.

**(3)** Under this Additional Coverage, the definition of Extra Expense is replaced with the following:

Extra Expense means necessary expenses you incur during the "dependent property period of restoration" that you would not have incurred if there had been no direct physical loss or damage to the premises of any "dependent property" caused by or resulting from a Covered Cause of Loss:

**(a)** To avoid or minimize the "suspension" of business and to continue "operations"; or

**(b)** To minimize the "suspension" of business if you cannot continue "operations".

**(4)** For Business Income coverage under this Additional Coverage, the Coverage Territory for "dependent property" is expanded to all parts of the world.

**(5)** We will reduce the amount of your:

**(a)** Business income loss, other than extra expense, to the extent you can resume "operations" in whole or in part by using any other available:

**(i)** Source of materials; or

**(ii)** Outlet for your products

**(b)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such extra expense.

**(6)** The most we will pay under this Additional Coverage is $150,000 per "occurrence" regardless of the number of "dependent properties" that are involved, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(7)** The amount payable under this Additional Coverage is additional insurance.

**7. Catastrophe Allowance**

The following is added to **A. Coverage, Paragraph 5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Catastrophe Allowance**

**(1)** This Coverage Extension applies when the direct physical loss or damage to Covered Property is the result of an insured event for which Property Claims Service has publicly designated a catastrophe number to the event.

**(2)** You may extend the insurance provided under this Coverage Form if the limits provided under **C. Limits of Insurance** of Building and Personal Property Coverage Form CP 00 10 are insufficient to compensate you for covered loss or damage you incur as a result of the insured Catastrophe event.

**(3)** This Coverage Extension may not be applied to the deductible amount of this policy or any other policy. It also may not be used to cover any loss or damage that would not be covered under this policy.

**(4)** The most we will pay under this Extension in any one "occurrence" is $50,000.

The most we will pay under this Extension during each separate 12 month period of this policy is $50,000.

**8. Computer and Funds Transfer Fraud**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Computer and Funds Transfer Fraud**

**(1)** We will pay for loss of and damage to "money", "securities" and "other property" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described "banking premises":

**(a)** To a person (other than a messenger) outside those banking premises; or

**(b)** To a place outside those premises.

**(2)** The most we will pay for loss of "money" and "securities" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" and "securities" from your "transfer account" is $15,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, regardless of the number of "fraudulent instructions" involved.

**9. Consequential Loss to Stock**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Consequential Loss to Stock**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the reduction in value of the remaining parts of "stock" in process of manufacture that are physically undamaged but are unmarketable as a complete product because of direct physical loss or damage from a Covered Cause of Loss to other parts of covered "stock" in process of manufacture at an insured location.

**(2)** Should it be determined that such "stock" retains only a salvage value, we retain the option of paying the full value of the "stock" as agreed within this policy, and taking the damaged property for salvage purposes.

**(3)** Payment under this Coverage Extension is included within the applicable Limit of Insurance.

**10. Contract Penalties**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Contract Penalties**

**(1)** We will pay for contractual penalties you are required to pay due to your failure to provide your product or service according to contract terms because of direct physical loss or damage by a Covered Cause of Loss to Covered Property.

**(2)** The most we will pay for all penalties in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** The amount payable under this Additional Coverage is additional insurance.

**11. Debris Removal**

**a. A. Coverage** Paragraph **4. Additional Coverages,** subparagraph **a.(4)** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**(4) Debris Removal**

We will pay up to an additional $250,000 for debris removal expense, for each location, in any one "occurrence" of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage

exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

If **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $250,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**b. A. Coverage** Paragraph **4. Additional Coverages,** subparagraph **a.(5)** of Building and Personal Property Form CP 00 10 is deleted:

**12. Denial of Access to Premises**

The following is added to **A. Coverage, Paragraph 5. Additional Coverages** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581:

**Denial of Access to Premises**

**(1)** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur when ingress to or egress from the described premises is prevented, due to direct physical loss of or damage to property that is away from but within 2000 feet of the described premises, caused by or resulting from any Covered Cause of Loss covered under this policy.

**(2)** The coverage for Business Income will begin 72 hours after the loss or damage to the premises that causes the denial of access and will apply for a period of up to 30 consecutive days after coverage begins.

**(3)** The coverage for Extra Expense will begin immediately after the loss or damage to the premises that causes the denial of access and will end:

**(a)** 30 consecutive days after coverage begins; or

**(b)** When your Business Income coverage ends;

whichever is earlier.

**13. E-Commerce**

**a. Electronic Vandalism – Direct Damage**

**(1) A. Coverage,** Paragraph **2. Property Not Covered,** subparagraph **n.** of Building and Personal Property Coverage Form CP 00 10 is deleted.

**(2) A. Coverage,** Paragraph **4. Additional Coverages,** subparagraph **f.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**f. Electronic Vandalism – Direct Damage**

We cover direct physical loss or damage to covered "computer equipment" at the described premises caused by "electronic vandalism".

**b. Electronic Vandalism - Interruption of Computer Operations**

**(1) A. Coverage,** Paragraph **4. Additional Limitation – Interruption of Computer Operations** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage – Actual Loss Sustained 411-0581 is deleted.

**(2) A. Coverage,** Paragraph **5. Additional Coverages,** subparagraph **d.** of Business Income (and Extra Expense) Coverage Form CP 00 30, and Business Income (and Extra Expense) Coverage – Actual Loss Sustained 411-0581 is replaced by the following:

**d. Electronic Vandalism – Interruption of Computer Operations**

You may extend the insurance that applies to Business Income & Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer

2BY H215124 02 4108693

operations at the described premises due to "electronic vandalism" originating anywhere in the world.

We will only pay for loss of Business Income or Extra Expense that occurs during the "period of restoration".

**c.** The most we will pay for all loss or damage from both Electronic Vandalism – Direct Damage and Electronic Vandalism – Interruption of Computer Operations in any one "occurrence" is $10,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**d.** The amount payable under this Additional Coverage is additional insurance.

**e. Special E-Commerce Exclusions**

We do not cover:

**(1)** Loss of proprietary use of any "electronic data" or "proprietary programs" that have been copied, scanned, or altered;

**(2)** Loss of or reduction in economic or market value of any "electronic data" or "proprietary programs" that have been copied, scanned, or altered; and

**(3)** Theft from your "electronic data" or "proprietary programs" of confidential information through the observation of the "electronic data" or "proprietary programs" by accessing covered "computer equipment" without any alteration or other physical loss or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets.

**14. Electronic Data Processing Equipment**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Electronic Data Processing Equipment**

**(1)** We will pay for direct physical loss or damage to the following Covered Property which is your property or property in your care, custody or control:

**(a)** "Computer equipment"; and

**(b)** Programming documentation and instruction manuals.

**(2)** We will also cover the necessary extra expenses you incur to avoid or minimize the suspension of business and to continue "operations" because of direct physical loss or damage to covered property.

**(3)** The following Exclusions do not apply to this Additional Coverage:

**(a)** Earth Movement; and

**(b)** Water.

**(4)** We will not pay for any loss to the following property:

**(a)** Property you rent, loan or lease to others while it is away from the described premises; or

**(b)** Property you hold for sale, distribute or manufacture.

**(5)** Payment under this Additional Coverage is included within the Limit of Insurance applicable to your Business Personal Property.

**(6) Special Electronic Data Processing Equipment Exclusions**

We do not cover:

**(a)** Any extra expense caused by an error or omission in programming or incorrect instructions to "hardware";

**(b)** Direct physical loss to covered property caused by:

**(i)** "Electrical disturbance";

**(ii)** "Power supply disturbance;"

**(iii)** "Computer virus"; or

**(iv)** "Computer hacking".

**15. Employee Theft including ERISA Compliance**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Employee Theft including ERISA Compliance**

**(1)** We will pay for loss or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", clergy, or any non-compensated person whether identified or not, acting alone

Includes copyrighted materials of Insurance Services Offices, Inc. with its permission

or in collusion with other persons.

For the purposes of this Additional Coverage, "theft" shall also include "forgery".

**(2)** This Additional Coverage terminates as to any "employee" as soon as:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

"Discovered" the "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

**(3)** Under this Additional Coverage, "occurrence" means:

**(a)** An individual act;

**(b)** The combined total of all separate acts whether or not related; or

**(c)** A series of acts whether or not related;

Committed by an "employee" acting alone or in collusion with other persons, during the policy period, before such policy period or both.

**(4)** We will pay only for loss you sustain through acts committed or events occurring anytime which is "discovered" by you:

**(a)** During the policy period; or

**(b)** No later than 1 year from the date of termination or cancellation of this insurance. However this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this Additional Coverage, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(5)** You may extend this coverage to apply to loss caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 days.

**(6)** The most we will pay for all loss resulting directly from an "occurrence" is $100,000 or the Limit of Insurance

shown in the Amended Limits Section of this Endorsement. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year.

**(7)** The amount payable under this Additional Coverage is additional insurance.

**(8) Special Employee Theft Exclusions**

We will not pay for:

**(a)** Loss resulting from "theft" or any other dishonest act committed by:

**(i)** You; or

**(ii)** Any of your partners or "members";

Whether acting alone or in collusion with other persons.

**(b)** Loss caused by an "employee" if the "employee" has also committed "theft" or any other dishonest act prior to the effective date of this policy and you or any of your partners, "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the policy period shown in the Declarations.

**(c)** Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(i)** Whether acting alone or in collusion with other persons; or

**(ii)** While performing services for you or others;

Except when covered under this Additional Coverage.

**(d)** Loss that is an indirect result of an "occurrence" covered by this Additional Coverage, including, but not limited to, loss resulting from:

**(i)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(ii)** Payment of damages of any type for which you are legally liable;

**(iii)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

**(e)** Fees, costs and expenses incurred by you which are related to any legal action.

**(f)** Loss or that part of any loss, the proof of which as to its existence or amount is dependent upon

**(i)** An inventory computation; or

**(ii)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**(g)** Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**(h)** Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

**(i)** Loss resulting from:

**(i)** The unauthorized disclosure of your confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

**(ii)** The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar no public information.

**(9) Welfare and Pension Plan ERISA Compliance**

**(a)** The "employee benefit plan" (hereafter referred to as Plan) is included as an insured under this Additional Coverage.

**(b)** If any Plan is insured jointly with any other entity under this Additional Coverage, you or the Plan Administrator must select a Limit of Insurance for this Additional Coverage that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

**(c)** With respect to loss sustained or "discovered" by any such Plan, Paragraph **(1)** above is replaced with the following:

We will pay for loss of or damage to "funds" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(d)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(e)** If two or more Plans are insured under this Additional Coverage, any payment we make for loss:

**(i)** Sustained by two or more Plans; or

**(ii)** Of commingled "funds" or "other property" of two or more Plans;

Resulting from an "occurrence", will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total Limit of Insurance of all Plans sustaining loss.

**(f)** The Deductible does not apply to this Additional Coverage.

**16. Employee Tools and Work Clothing**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Business and Personal Property Coverage Form CP 00 10:

**Employee Tools and Work Clothing**

**(1)** We will pay for direct physical loss of or damage to tools and work clothing of your "employees" damaged by a Covered Cause of Loss while such tools and work clothing are located at an insured location, your job sites or while "in transit" to and from your job

sites, while in your vehicle.

**(2)** The most we will pay for loss or damage under this Additional Coverage is $25,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, but not more than $500 for any one tool or item of clothing. The amount payable under this Additional Coverage is additional insurance.

**(3)** The Coinsurance condition does not apply to this Additional Coverage.

## 17. Expediting Expense

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Expediting Expense**

**(1)** When a Covered Cause of Loss occurs to Covered Property, we will pay for the reasonable and necessary additional expenses you incur to:

**(a)** Make temporary repairs;

**(b)** Expedite permanent repair or replacement of damaged property; or

**(c)** Provide training on replacement machines or equipment.

**(2)** The most we will pay for loss under this Additional Coverage in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** The amount payable under this Additional Coverage is additional insurance.

## 18. Extended Business Income

**A. Coverage,** Paragraph **5. Additional Coverages,** subparagraphs **c.(1)(b)** and **(2)(b)** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage form – Actual Loss Sustained 411-0581 are replaced by the following:

**(1)(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 180 consecutive days after the date determined in **(1)(a)** above.

**(2)(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would general the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 180 consecutive days after the date determined in **(2)(a)** above.

## 19. Extended Coverage on Property – within 2000 feet

Under the Building and Personal Property Coverage Form CP 00 10, Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581 all provisions that limit the location of property to "within 100 feet" of a described premise are replaced with "within 2000 feet" of a described premise.

## 20. Extra Expense

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Extra Expense**

**(1)** When a Covered Cause of Loss occurs to Covered Property at a location described in the declarations, we will pay for the reasonable and necessary extra expense you incur to continue as nearly as possible your normal business operations following the covered loss or damage.

**(2)** The most we will pay for loss under this Additional Coverage in any one "occurrence" is $300,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** The amount payable under this Additional Coverage is additional insurance.

**(4)** No deductible applies to this coverage.

## 21. Fire Protection Equipment Recharge

The following is added to **A. Coverage,** Paragraph **4**. **Additional Coverages** of Building and Personal Property Coverage

Form CP 00 10:

**Fire Protection Equipment Recharge**

**(1)** We will pay expenses you incur to recharge or refill your fire protection equipment due to the leakage or discharge:

**(a)** To prevent or control loss;

**(b)** Accidentally; or

**(c)** As a result of malfunction of the equipment.

**(2)** The Deductible does not apply to this Additional Coverage. Payment under this Additional Coverage is included within the applicable Limit of Insurance.

**22. Food Contamination**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Food Contamination**

**(1)** If your business at the described premises is ordered closed by the Board of Health or any other governmental authority as a result of the discovery of "food contamination", we will pay:

**(a)** Your expense to clean your equipment as required by the Board of Health or any other governmental authority;

**(b)** Your cost to replace the food which is, or is suspected to be contaminated;

**(c)** Your expense to provide necessary medical tests or vaccinations for your infected "employees". However, we will not pay for any expense that is otherwise covered under a Workers' Compensation Policy;

**(d)** The loss of Business Income you sustain due to the necessary "suspension" of your "operations". The coverage for Business Income will begin 24 hours after you receive notice of closing from the Board of Health or any other governmental authority; and

**(e)** Additional Advertising expenses you incur to restore your reputation.

**(2)** The most we will pay for all loss under

Paragraphs **(1)(a)** through **(1)(d)**, including Business Income is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

The most we will pay for all loss under Paragraph **(1)(e)** is $3,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3) Special Food Contamination Exclusion**

We will not pay any fines or penalties levied against you by the Board of Health or any other governmental authority as a result of the discovery of food contamination at the described premises.

**23. Forgery or Alteration**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Forgery or Alteration**

**(1)** We will pay for loss resulting directly from "forgery" or alteration of checks, credit cards, debit cards, charge cards, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(a)** Made or drawn by or drawn upon you; or

**(b)** Made or drawn by one acting as your agent;

or that are purported to have been made or drawn.

**(2)** If you are sued for refusing to pay any instrument covered in paragraph **(1)** above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense.

**(3)** Under this Additional Coverage, any loss:

**(a)** Caused by any one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one "occurrence" regardless of the number of checks, credit cards, debit cards, charge cards, drafts, promissory notes, or

similar written promises, orders or directions involved.

**(4) Special "Forgery" or Alteration Exclusion**

This Additional Coverage does not apply to:

Loss arising from any credit, debit or charge card if you have not complied fully with the provisions, conditions or other terms under which the card was issued.

**(5)** The most we will pay for loss, including legal expenses, resulting directly from an "occurrence" under this Additional Coverage is $30,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, but not more than $1,000 for any loss arising from any credit, debit or charge card forgery or "Alteration". Regardless of the number of years this policy remains in force or the number or premiums paid, no Limit of Insurance cumulates from year to year. The Deductible does not apply to this Additional Coverage.

**(6)** The amount payable under this Additional Coverage is additional insurance.

**24. Foundations & Underground Pipes**

**a.** The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Foundations & Underground Pipes**

**(1)** You may extend the insurance that applies to Building to apply to loss or damage to:

**(a)** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(i)** The lowest basement floor; or

**(ii)** The surface of the ground, if there is no basement;

**(b)** Underground pipes, flues and drains; and

**(c)** The cost of excavating, grading, backfilling or filling

when such loss or damage is caused by a Covered Cause of Loss.

**(2)** The most we will pay for loss under this Coverage Extension is the applicable building Limit of Insurance.

**(3)** Payment under this Addition Coverage is included within the applicable Limit of Insurance.

**b. A. Coverage,** Paragraph **2. Property Not Covered,** subparagraphs **f., g.,** and **m.** of Building and Personal Property Coverage Form CP 00 10, do not apply to this coverage.

**25. International Air Shipments**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**International Air Shipments**

**(1)** You may extend the insurance that applies to your Business Personal Property and Personal Property of Others that we ship to apply to that property; while being shipped by air:

**(a)** Anywhere within the Coverage Territory to or from a location outside of the coverage territory; or

**(b)** Between locations outside of the coverage territory;

**(2)** This coverage extension only applies to the shipment of your property which originates and terminates at a location specified in the air waybill.

**(3)** The most we will pay for loss or damage under this Extension in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(4) Special International Air Shipments Exclusion**

This Extension does not apply to:

Business Personal Property if there is other insurance in force covering the same loss.

**26. Inventory & Loss Appraisal**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Inventory and Loss Appraisal**

**(1)** We will pay all reasonable expenses you incur at our request to assist us in:

ZBY R215124 02 4108693

**(a)** The investigation of a claim;

**(b)** The determination of the amount of loss, such as taking inventory; or

**(c)** The cost of preparing specific loss documents and other supporting exhibits.

**(2)** Expenses you incur include costs charged to you by others, including property managers, acting on your behalf to assist us with item **(1)** above.

**(3)** The Deductible does not apply to this Extension.

**(4)** Regardless of the number of described premises involved, the most we will pay under this Extension for loss or damage in any one "occurrence" is $250,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5) Special Inventory and Loss Appraisal Exclusions**

We will not pay for expenses:

**(a)** Incurred to perform your duties in the event of loss under **E. Loss Conditions** of Building and Personal Property Coverage Form CP 00 10;

**(b)** To prove that loss or damage is covered;

**(c)** Billed by and payable to independent or public adjusters, attorneys or any of their affiliated or associated entities;

**(d)** To prepare claims not covered by this policy; or

**(e)** Incurred under any Appraisal provisions within the policy.

## 27.  Key Replacement & Lock Repair

The following is added to **A. Coverage, Paragraph 5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Key Replacement & Lock Repair**

**(1)** You may extend the insurance provided under this Coverage Form to cover the reasonable and necessary expense you incur due to a covered "theft" for:

**(a)** Replacement of keys if they are stolen;

**(b)** Lock repair; or

**(c)** Rekeying, replacing or reprogramming undamaged locks to accept new keys or entry codes when the building security has been compromised.

**(2)** The most we will pay under this Extension is $20,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement. The Deductible does not apply to this Extension.

## 28.  Lease Cancellation

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Lease Cancellation**

**(1)** We will pay the actual loss of business income you sustain due to the cancellation of a lease by your tenants in a Covered Building due to untenantability that is caused by direct physical loss or damage to that building from a Covered Cause of Loss.

This Additional Coverage only applies if at the time of loss the building was occupied and business was being conducted by the tenant canceling the lease or their sub-lessee; or a lease was signed but the building was not yet occupied by the tenant.

**(2)** We will pay for loss of business income that you sustain after tenantability is restored and until the earlier of:

**(a)** The date you lease the premises to another tenant; or

**(b)** 12 months immediately following the "period of restoration".

**(3)** The amount payable under this Additional Coverage is additional insurance.

**(4)** Regardless of the number of tenants canceling a lease at the described premises, the most we will pay under this Additional Coverage is $50,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5) Special Lease Cancellation Exclusions**

We will not pay for:

**(a)** Lease cancelled after the "period

ZBY R215124 02 4108693

of restoration";

**(b)** Lease cancelled, suspended or allowed to lapse by you;

**(c)** Return of pre-paid rent or security and other deposits made by tenants; or

**(d)** Lease cancelled at the normal expiration date.

### 29. Leasehold Interest – Tenants

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages**, of Building and Personal Property Coverage Form CP 00 10:

**Leasehold Interest – Tenants**

**(1)** We will pay for the loss of prepaid rent you sustain due to the cancellation of your written lease. The cancellation must result from direct physical loss or damage to property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**(2)** This Additional Coverage only applies if at the time of loss you were occupying and conducting business at the described premises.

**(3)** The amount payable under this Additional Coverage is additional insurance.

**(4)** The most we will pay for loss in any one "occurrence" is the lesser of:

**(a)** The unused pro-rata portion of prepaid rent based on the period of time remaining in your lease, which you have paid at the described premises where your lease was cancelled; or

**(b)** $150,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5) Special Leasehold Interest Exclusion**

We will not pay for:

**(a)** Lease cancelled, suspended or allowed to lapse by you; or

**(b)** Lease cancelled at the normal expiration date.

### 30. Marring & Scratching

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Marring & Scratching**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to damage caused directly by sudden and accidental marring and scratching of:

**(a)** Your "stock";

**(b)** Your printing plates; or

**(c)** Property of others that is in your care, custody or control.

**(2)** This Extension does not apply to:

**(a)** Property at other than the described premises; or

**(b)** Property in transit.

**(3)** Payment under this Extension is included within Limit of Insurance applicable to your Business Personal Property.

### 31. Money & Securities

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Money & Securities**

**(1)** We will pay for loss of "money" and "securities" while:

**(a)** Inside the described premises;

**(b)** At a "banking premises";

**(c)** Temporarily within your living quarters or the living quarters of any other member, volunteer; or

**(d)** "employee" having use and custody of the property; or

**(e)** "In transit" between **(1)(a)**, **(1)(b)**, or **(1)(c)**

that results directly from:

**(f)** "theft"; or

**(g)** Disappearance or destruction.

**(2)** Under this Additional Coverage, all loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one "occurrence".

**(3)** You must keep records of all "money" and "securities" so we can verify the amount of any one loss or damage.

**(4)** The amount payable under this

Additional Coverage is additional insurance.

**(5)** The most we will pay for loss in any one "occurrence" is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(6) Special Money & Securities Exclusions**

We will not pay for loss:

**(a)** Resulting from accounting or arithmetic errors or omissions;

**(b)** Resulting from giving or surrendering of property in any exchange or purchase; or

**(c)** Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(d)** Loss or damage to "money" and "securities" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described "banking premises":

**(i)** To a person (other than a messenger) outside those premises; or

**(ii)** To a place outside those premises.

**32. Money Orders & Counterfeit Money**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Money Orders & Counterfeit Money**

**(1)** We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(a)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(b)** "Counterfeit money" that is acquired during the regular course of business.

**(2)** The most we will pay for loss in any one "occurrence" is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** The amount payable under this Additional Coverage is additional insurance.

**33. Newly Acquired or Constructed Property**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **a.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**a. Newly Acquired or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $2,000,000 at each building or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(2) Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

The most we will pay for loss or damage under this

Extension is $1,000,000 at each building or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3)** This insurance may not be used to increase your Business Personal Property Limit. It does not apply to personal property you acquire as part of your usual customary business dealings whether or not such acquisition was related to anticipated seasonal demands. Under the terms of this policy, such property is not considered newly acquired, but falls within the provisions for Business Personal Property**.**

**(4) Period of Coverage**

With respect to insurance provided under this Coverage Extension for newly Acquired or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**34. Newly Acquired Locations – Business Income & Extra Expense**

**A. Coverage,** Paragraph **6. Coverage**

**Extension** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581, **Newly Acquired Locations** is replaced by the following:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $250,000 at each location or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**35. Non-Owned Detached Trailers**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **f. Non-Owned Detached Trailers,** item **(3)** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**(3)** The most we will pay for loss or damage under this Extension is $25,000, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**36. Ordinance or Law**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Ordinance or Law**

**(1)** This Additional Coverage applies only to buildings which are insured on a Replacement Cost basis.

**(2) Application of Coverage**

This Additional Coverage applies only if both **(a)** and **(b)** below are satisfied and are then subject to the

qualifications set forth in **(c).**

**(a)** The Ordinance or Law:

    **(i)** Regulates the construction or repair of a building or structure, or establishes zoning or land use requirements at the described premises;

    **(ii)** Requires the demolition of undamaged parts of a covered building or structure that is damaged or destroyed by a Covered Cause of Loss; and

    **(iii)** Is in force at the time of loss.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this coverage.

**(b) (i)** The building sustains direct physical damage that is covered under this Policy and such damage results in enforcement of or compliance with the ordinance or law; or

    **(ii)** The building sustains both direct physical damage that is covered under this Policy and direct physical damage that is not covered under this Policy, and the building damage in its entirety results in enforcement of or compliance with the ordinance or law.

    **(iii)** But if the building sustains both direct physical damage that is covered under this Policy and direct physical damage that is not covered under this Policy, and the damage that is not covered is the subject of the ordinance or law, then there is no coverage under this Additional Coverage.

**(c)** In the situation described in **(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of coverages for Coverage for Loss to Undamaged portion of the Building, Demolition Cost Coverage or Increased Cost of Construction Coverage. Instead, we will only pay the proportion that covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in enforcement of the ordinance or law, then we will pay the full amount of the loss otherwise payable under the terms of Coverage for Loss or Damage to the Undamaged Portion of the Building, Demolition Cost Coverage or Increased Cost of Construction Coverage.

**(3)** We will not pay under this Additional Coverage for the costs associated with the enforcement of any ordinance or law which requires an insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(4) Coverage**

    **(a) Loss to Undamaged Portion of the Building**

    With respect to the building that has sustained covered direct physical damage; we will pay for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building. Coverage for Loss to the Undamaged Portion of the Building is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage does not increase the Limit of Insurance.

    **(b) Demolition Cost**

    With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of the undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

    The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

ZBY H215124 02 4108693

**(c) Increased Cost of Construction**

With respect to the building that has sustained covered direct physical damage; we will pay the increased cost to:

**(i)** Repair or reconstruct damaged portions of that buildings; and/or

**(ii)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

When the increased cost is a consequence of enforcement of or compliance with the minimum requirements of the ordinance or law.

However:

This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(5) Loss Payment**

**(a)** The following loss payment provisions are subject to the apportionment procedure set forth in Section **m.2.(c)** of this Additional Coverage.

**(b)** When there is a loss in value of an undamaged portion of the building to which Coverage for Loss to the Undamaged Portion of the building applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**(i)** If the property is repaired or replaced on the same premises, we will not pay more than the lesser of:

**1)** The amount you actually spend to repair, rebuild or reconstruct the building,

but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(ii)** If the property is not repaired or replaced, we will not pay more than the lesser of:

**1)** The actual cash value of the building; or

**2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(c)** The most we will pay for the total of all covered losses for Demolition Cost and Increased Cost of Construction is the Limit of Insurance shown below. Subject to this combined Limit of Insurance, the following loss payment provisions apply:

**(i)** For Demolition Cost, we will not pay for more than the amount you actually spend to demolish and clear the site of the described premises.

**(ii)** For Increased Cost of Construction:

**1)** We will not pay for the increased cost of construction:

**a)** Until the property is actually repaired or replaced, at the same or another premises; and

**b)** Unless the repairs or replacement are made as soon as possible after the loss or damage, not to exceed two years.

**2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will

pay for the increased cost of construction is the increased cost of construction at the same premises.

**(iii)** The most we will pay for loss under Demolition Cost and Increased Cost of Construction for each building is $500,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(iv)** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1)** You were required to comply with before the loss, even if the building was undamaged; and

**2)** You failed to comply with

**37. Pollutant Clean-Up and Removal**

**A. Coverage,** Paragraph **4. Additional Coverages,** subparagraph **d.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**d. Pollutant Clean-Up and Removal**

**(1)** We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

**(2)** This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants".

**(3)** But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

**(4)** The most we will pay under this Additional Coverage for each described premises is $100,000, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, for the sum of all covered expenses arising out

of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**(5)** This Additional Coverage is an additional amount of insurance.

**38 Preservation of Property**

**A. Coverage,** Paragraph **4. Additional Coverage,** subparagraph **b.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved.

**39. Preservation of Property – Expense**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Preservation of Property – Expense**

**(1)** If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay your expenses to move or store the Covered Property.

**(2)** This coverage applies for 90 days after the property is first moved, but does not extend past the date on which this policy expires.

**(3)** The most we will pay under this Additional Coverage is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(4)** Additional Coverage The amount payable under this is additional insurance.

**40. Property in Transit**

**F. Additional Coverage Extensions,** Paragraph **1.** of Causes of Loss – Special Form CP 10 30 is replaced by the following:

**1. Property in Transit**

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage, caused by a Covered Cause of Loss, to your property or property of others that is in your care, custody or control while "in transit".

**b.** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage, caused by a Covered Cause of Loss, to outgoing shipments that have been rejected, while in due course of transit back to you or while awaiting return shipment to you.

**c.** This Extension applies to the property while:

   **(1)** In a vehicle owned, leased or operated by you; or

   **(2)** In the custody of a common carrier or contract carrier.

**d.** The following Exclusions do not apply to this Extension:

   **(1)** Earth Movement; and

   **(2)** Water.

**e.** The most we will pay for loss or damage under this Extension is $100,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**f.** This Coverage Extension is additional insurance.

**g. Special Property in Transit Exclusions**

   This Extension does not apply to:

   **(1)** Shipments that belong to others that you are transporting for a fee;

   **(2)** Salesperson's samples; or

   **(3)** Loss to "perishable stock" resulting from a breakdown of refrigeration equipment on any vehicle owned, leased or operated by you or while in the custody of a common or contract carrier.

**41. Property Off Premises**

   **A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **d.** of Building and Personal Property Coverage Form CP 00 10, is replaced by the following:

   **d. Property Off Premises**

   **(1)** You may extend the insurance that applies to Business Personal Property while:

   **(a)** Temporarily at a location you do not own, lease or operate; or

   **(b)** At any fair, trade show or exhibition.

   **(2)** The most we will pay for loss or damage under this Extension is $150,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

   **(3) Special Property Off Premises Exclusion**

   This extension does not apply to property:

   **(a)** In or on a vehicle; or

   **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**42. Prototypes**

   The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

   **Prototypes**

   **(1)** You may extend the insurance that applies to your Business Personal Property to apply to direct physical loss or damage, caused by a Covered Cause of Loss, to "prototypes" related to your "research and development operations" that:

   **(a)** You own; or

   **(b)** Are owned by others and in your care, custody or control;

   while at a described premises.

   **(2)** We will not pay for loss or damage to "prototypes" until you actually replicate such property. Repairs or replication must be made as soon as reasonably possible after the loss or damage, but in no event later than two years after the loss or damage unless we grant an extension in writing prior to the expiration of the two year period.

**(3)** Payment under this Extension is included within your Business Personal Property Limit of Insurance.

### 43. Rewards – Arson, Theft, Vandalism

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages,** of Building and Personal Property Coverage Form CP 00 10:

**Rewards – Arson, Theft, Vandalism**

**(1)** We will reimburse you for payment of any reward offered on your behalf and for information that leads to the arrest and conviction of the person or persons responsible for:

**(a)** Arson;

**(b)** "Theft"; or

**(c)** Vandalism

to Covered Property.

**(2)** The arrest or conviction must involve a covered loss caused by arson, "theft" or vandalism.

**(3)** The most we will pay under this Additional Coverage is $75,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement. The amount we pay is not increased by the number of persons involved in providing the information.

**(4)** The amount payable under this Additional Coverage is additional insurance.

**(5)** The deductible does not apply to this Additional Coverage.

### 44. Sales Representative Samples

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Sales Representative Samples**

**(1)** We will pay for direct physical loss or damage by a Covered Cause of Loss to samples of your "stock" in trade (including containers) while:

**(a)** In the custody of your sales representative, agent or any "employee" who travels with sales samples;

**(b)** In your custody while acting as a sales representative; or

**(c)** "In transit" between the described premises and your sales

representatives.

**(2)** The following Exclusions do not apply to this Additional Coverage:

**(a)** Earth Movement; and

**(b)** Water.

**(3)** The most we will pay for any loss or damage under this Additional Coverage is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(4)** The amount payable under this Additional Coverage is additional insurance.

**(5)** We will not pay for loss to the following property:

**(a)** Property which has been sold;

**(b)** Jewelry, precious or semiprecious stones, gold, silver, platinum or other precious metals or alloys;

**(c)** Fur, fur garments or garments trimmed with fur; or

**(d)** Any property while waterborne.

**(6) Special Sales Representative Sample Exclusion**

We do not cover loss resulting from "theft" from an unattended vehicle, except when it is securely locked its windows are fully closed, and there is visible evidence that entry into the vehicle was forced.

### 45. Seasonal Increase – Business Personal Property

The following is added to **A. Coverage,** Paragraph **5 Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Seasonal Increase – Business Personal Property**

**(1)** The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations in your business.

**(2)** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lessor of:

**(a)** The 12 months immediately preceding the date the loss or damage occurs; or

**(b)** The period of time you have been in business as of the date the loss

or damage occurs

## 46. Sewer Backup

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Sewer Backup**

**(1)** We will pay for direct physical loss or damage to Covered Property at the described premises, solely caused by or resulting from water or waterborne material carried or moved by water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment. The term drain includes a roof drain and its related fixtures.

**(2)** Payment under this Additional Coverage is included within the applicable Limit of Insurance for Covered Property at the location of loss or damage.

**(3) Special Sewer Backup Exclusion**

We will not pay for:

**(a)** Loss or damage from water or other materials that back-up or overflow from any sewer or drain, sump, sump pump or related equipment when it is caused by or results from any "flood", regardless of the proximity of the back-up or overflow to the "flood" condition; or

**(b)** Failure to keep a sump pump or its related equipment in proper working condition; or

**(c)** Failure to perform routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

## 47. Soft Costs

The following is added to **A. Coverage, Paragraph 5 Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Soft Costs**

**(1)** We will pay the actual "soft cost expenses" that arise out of a delay in the construction, erection or fabrication of a Covered Building that is listed in paragraphs **A.1.a.(5)** of Building and Personal Property Coverage Form CP 00 10 and Section **III.A.3.a.(11)** of this

endorsement resulting from direct physical loss or damage to that Covered Building from a Covered Cause of Loss.

**(2)** We will only pay the necessary "soft cost expenses" that are over and above those costs that would have been incurred had there been no delay.

**(3)** The most we will pay under this Extension in any one "occurrence" is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

## 48. Temporary Relocation of Property

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Temporary Relocation of Property**

**(1)** We will pay for loss of or damage to Covered Property from a Covered Cause of Loss while it is away from the described premises, if it is being stored temporarily at a location you do not own, lease or operate while the described premises is being renovated or remodeled.

**(2)** This coverage applies for 90 days after the property is first moved, but does not extend past the date on which this policy expires.

**(3)** The most we will pay under this Additional Coverage is $100,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(4)** The amount payable under this Additional Coverage is additional insurance.

## 49. Tenant Glass

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Tenant Glass**

**(1)** If glass in a building you occupy, but do not own, is damaged, we will pay for direct physical loss of or damage to glass.

**(2)** This insurance includes replacement of lettering, artwork, ornamentation, sensors or other items permanently affixed to, or a part of a building at an

insured location.

**(3)** For coverage to apply, the glass must be in your care, custody or control and repairs must be made at your expense.

**(4)** We will also pay for necessary:

**(a)** Expenses incurred to put up temporary plates or board up openings when repair or replacement of the damaged glass is delayed;

**(b)** Repair or replacement of encasing frames; and

**(c)** Expenses incurred to remove or replace obstructions to repair or replace the damaged glass.

This does not include the cost of removing, replacing or rebuilding window displays.

**(5)** Paragraph **B. Exclusions** of Causes of Loss Special Form CP 10 30 does not apply to this Additional Coverage, except for:

**(a)** Paragraph **B.1.b. Earth Movement**;

**(b)** Paragraph **B.1.c. Governmental Action**;

**(c)** Paragraph **B.1.d. Nuclear Hazard**;

**(d)** Paragraph **B.1.f War & Military Action**; and

**(e)** Paragraph **B.1.g. Water**.

**(6)** We will not pay for loss or damage caused by or resulting from:

**(a)** Wear and tear;

**(b)** Hidden or latent defect;

**(c)** Corrosion; or

**(d)** Rust;

whatever its origin or cause.

**(7)** The most we will pay for loss or damage in an "occurrence" under this Additional Coverage is $15,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(8)** The amount payable under this Additional Coverage is additional insurance.

**50. Tenant Relocation**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Tenant Relocation**

**(1)** In the event that your tenants must temporarily vacate the covered Building at the described premises due to untenantability caused by direct physical loss or damage by a Covered Cause of Loss, we will pay the following expenses you actually incur to move those tenants out of and back into your covered Building.

**(2)** We will only pay for the following expenses:

**(a)** Packing, transporting and unpacking the tenant's Business Personal Property including the cost of insuring the move out and back and any necessary disassembly and reassembly or setup of furniture and equipment; and

**(b)** The net cost to discontinue and re-establish the tenants' utility and telephone services, after any refunds due the tenants.

**(3)** We will only pay for these expenses that you actually incur within 60 days of the date that the damaged buildings has been repaired or rebuilt.

**(4)** Regardless of the number of tenants' involved, the most we will pay in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**51. Theft Damage to Building**

The following is added to **A. Coverage, Paragraph 5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Theft Damage to Building**

**(1)** You may extend the insurance that applies to your Business Personal property to apply to direct physical loss or damage to:

**(a)** That part of the non-owned building where you are a tenant; and

**(b)** Non-owned equipment within the building used to maintain or service the building;

Caused by or resulting from "theft" or attempted "theft".

**(2)** This Extension applies only to a premise where you are a tenant and to this premises and non-owned equipment only if you have a contractual obligation to insure.

**(3)** Payment under this extension is included within the Limit of Insurance applicable to your Business Personal property.

**(4)** We will pay nothing if others pay for the repairs or replacement.

**52. Transit Business Income & Extra Expense**

The following is added to **A. Coverage,** Paragraph **5. Additional Coverages** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581:

**Transit Business Income & Extra Expense**

**(1)** We will pay the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage to Covered Property while "in transit" caused by or resulting from a Covered Cause of Loss.

**(2)** The following Exclusions do not apply to this Additional Coverage:

    **(a)** Earth Movement; and

    **(b)** Water.

**(3)** The most we will pay for loss in any one "occurrence" under this Additional Coverage is $75,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(4)** The amount payable under this Additional Coverage is additional insurance.

**53. Undamaged Tenants Improvements and Betterments**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Undamaged Tenants Improvements and Betterments**

**(1)** You may extend the insurance that applies to your Business Personal Property to apply to your use as a tenant in the undamaged portion of Improvements and Betterments due to the cancellation of your written lease:

    **(a)** Made part of the building or structure you occupy but do not own; and

    **(b)** You acquired but cannot legally remove.

**(2)** The cancellation must result from:

    **(a)** Direct physical loss or damage to a building at premises described in the Declarations caused by or resulting from any Covered Cause of Loss

**(3)** We will determine the proportionate value of Undamaged Tenants Improvements and Betterments as Follows:

    **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

    **(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(4)** The most we will pay for loss or damage under this Extension in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5)** The amount payable under this Coverage Extension is additional insurance.

**54. Underground Water Seepage**

The following is added to **A. Coverage ,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Underground Water Seepage**

**(1)** We will pay for direct physical loss or damage to Covered Property at the described premises, caused by or resulting from water under the ground surface pressing on, or flowing or seeping through:

    **(a)** Foundations, walls, floors or paved surfaces; or

**(b)** Basements, whether paved or not.

**(2)** The most we will pay for loss in any one "occurrence" under this Additional Coverage is $50,000.

**(3)** The amount payable under this Additional Coverage is additional insurance.

**55. Unintentional Property Reporting Errors**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Unintentional Property Reporting Errors**

**(1)** If "you" unintentionally failed to report or describe a location to "us", coverage provided by this policy will not be invalid. However, "you" must report such errors or omission to "us" in writing as soon as you discover them. "You" also agree to pay the additional premium that would have been earned by "us" if the location was correctly reported to "us".

**(2)** This Additional Coverage only applies to direct loss or damaged caused by a Covered Cause of Loss at the omitted location and does not include any coverage for the perils of flood or earthquake even if flood and earthquake coverage is purchased for this or another policy.

**(3)** You must provide reasonable documentation and clear and convincing evidence explaining the cause of the oversight.

**(4)** For any location you have failed to report to us, this coverage will end when any of the following first occurs:

**(a)** This policy expires; or

**(b)** You report values to us.

**(5)** The most we will pay for any loss under this Additional Coverage in any one policy period regardless of the number of occurrences or reporting errors or omissions is $500,000.

**(6)** The amount payable under this Additional Coverage is additional insurance.

**(7)** This Additional Coverage does not apply to a loss that is covered under **Newly Acquired or Constructed Property** coverage.

**56. Unnamed Locations**

The following is added to **A. Coverage, Paragraph 5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Unnamed Locations**

**(1)** You may extend the insurance that applies to your Business Personal Property to apply to direct physical loss or damage, caused by a Covered Cause of Loss, to your property or property of others that is in your care, custody or control while it is at other than a described location, but located within the Coverage Territory.

**(2) Special Unnamed Locations Exclusions**

This Extension does not apply to:

**(a)** Loss or damage caused directly or indirectly by "Flood" or Earthquake, even when these Causes of Loss are added to this policy by endorsement.

**(b)** Loss or damage covered under the following Additional Coverages or Extensions:

**(i)** Property in Transit

**(ii)** Sales Representatives Samples; or

**(iii)** Property on Exhibition.

**(c)** Any property that is covered under this Coverage Part or policy, or any other policy, whether collectible or not.

**(3)** The most we will pay for loss or damage in any one "occurrence" under this Extension of Coverage is $150,000, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, regardless of the number of unnamed locations.

**57. Utility Services**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Utility Services**

**(1)** We will pay for loss of or damage to Covered Property caused by an interruption in service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property

not on the described premises that provides the services shown below in paragraph **(3)**.

The most we will pay for loss in any one "occurrence" under this Additional Coverage is $100,000 at each described premises or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(2)** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur caused by the interruption of service at the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the services shown below in paragraph **(3)**.

We will only pay for loss you sustain after the first 24 hours following the direct physical loss or damage to the property described above.

The most we will pay for loss in any one "occurrence" under this Additional Coverage is $100,000 at each described premises or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** Services:

**(a)** Water Supply Services, meaning the following types of property supplying water to the described premises:

**(i)** Pumping stations; and

**(ii)** Water mains.

**(b)** Communication Supply Services, meaning the following types of property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**(i)** Communication transmission lines, including optic fiber transmission lines;

**(ii)** Coaxial cables; and

**(iii)** Microwave radio relays except satellites.

**(c)** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

**(i)** Utility generating plants;

**(ii)** Switching stations;

**(iii)** Substations;

**(iv)** Transformers; and

**(v)** Transmission lines.

Services under this Additional Coverage do not include overhead transmission lines that deliver utility services to you. Overhead transmission lines include, but are not limited to:

**(vi)** Overhead transmission and distribution lines;

**(vii)** Overhead transformers and similar equipment; and

**(viii)** Supporting poles and towers.

**(4)** As used in this additional coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**(5)** This coverage is not an additional amount of insurance.

**(6)** Coverage under this Additional Coverage for loss or damage to Covered Property does not apply to loss or damage to "electronic data", including destruction or corruption of "electronic data".

**(7) Special Utility Services Exclusion**

Coverage under this Additional Coverage does not include loss of "perishable goods" due to "spoilage" that results from:

**(a)** Complete or partial lack of electrical power; or

**(b)** Fluctuation of electrical current.

**58. Voluntary Parting**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Voluntary Parting**

**(1)** We will pay for loss or damage to covered property when you or your "employees" are fraudulently induced to part with Covered Property to or by:

**(a)** Persons who falsely represent themselves as the proper persons to receive the property; or

(b) Acceptance of fraudulent bills of lading or shipping receipts.

**(2)** The most we will pay under this additional coverage is $50,000 for any one "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**59. Water Damage, Other Liquids, Powder or Molten Material Damage**

**F. Additional Coverage Extensions,** Paragraph **2.** of Causes of Loss – Special Form CP 10 30 is replaced by the following:

**2. Water Damage, Other Liquids, Powder or Molten Material Damage**

**a.** If loss or damage caused by or resulting from covered water damage or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure, or, in the case of underground pipes, lawns, shrubs or paved areas, to repair damage to the system or appliance from which the water or other substance escapes.

**b.** Payment under this Additional Coverage is included within the applicable Limit of Insurance. The maximum we will pay for loss or damage to lawns, shrubs or paved areas is $50,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**THIS IS NOT FLOOD INSURANCE OR PROTECTION FROM AN INUNDATION OF SURFACE WATER, HOWEVER CAUSED.**

**60. Windblown Debris**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Windblown Debris**

**(1)** We will pay your reasonable expenses to remove the windblown debris (including trees) from the described premises, if it is carried to the described premises from the premises of others by wind, during the policy period.

**(2)** The most we will pay in any one "occurrence" in total for the removal of all windblown debris under this Extension is $10,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**61. Worldwide Property Off-Premises**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Worldwide Property Off-Premises**

**(1)** You may extend the insurance that applies to your Business Personal Property and Personal Property of Others to apply to that property while it is temporarily outside the coverage territory if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** Temporarily on display or exhibit at any fair, trade show or exhibition;

**(c)** Samples of your "stock" in trade in the custody of your sales representatives; or

**(d)** While "in transit" between the described premises and a location described in **(a), (b)** or **(c)** above.

**(2)** The most we will pay for loss or damage under this Extension is $75,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** This Extension provides an additional amount of insurance.

**B. Coverages Included within the Blanket Limit of Insurance**

**1. Accounts Receivable**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Accounts Receivable**

**(1)** We will pay for loss or damage caused by or resulting from a Covered Cause of Loss to your records of Accounts Receivable.

Accounts Receivable means:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan

required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

**(2)** The most we will pay under this Additional Coverage for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3) Special Accounts Receivable Exclusions**

We will not pay for loss or damage:

**(a)** Caused by alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or "other property".

This exclusion applies only to the extent of the wrongful giving, taking or withholding

**(b)** Caused by bookkeeping, accounting or billing errors or omissions

**(c)** That requires any audit of records or any inventory computation to prove its factual existence.

**2. Deferred Payments**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 0010:

**Deferred Payments**

**(1)** We will pay for your interest in lost or damaged Personal Property sold by you under a conditional sale or trust agreement or any installment or deferred payment plan after delivery to buyers. The loss or damage must be caused by a Covered Cause of Loss.

**(2)** When a total loss to that property occurs, deferred payments are valued on the amount shown on your books as due from the buyer.

When a partial loss to that property occurs and the buyer refuses to continue payment, forcing you to repossess, deferred payments are valued as follows:

**(a)** If the realized or appraised value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; but

**(b)** If the realized value of the repossessed property is less than the amount shown on your books as due from the buyer, we will pay the difference.

**(3)** When loss occurs and the buyer continues to pay you, there will be no loss payment.

**(4)** The most we will pay under this Additional Coverage for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**3. Fine Arts**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Fine Arts**

**(1)** We will pay for direct physical loss to "fine arts" which are your property or the property of others in your care, custody or control while on the described premises. We also cover your "fine arts" while temporarily on display or exhibit away from the described premises or while "in transit" between the described premises and a location where the "fine arts" will be temporarily on display or exhibit.

**(2)** The following Exclusions do not apply to this Additional Coverage:

**(a)** Earth Movement; and

**(b)** Water.

**(3)** The most we will pay under this Additional Coverage for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this

Endorsement.

**(4)** The amount payable under this Additional Coverage is additional insurance.

**(5)** **Special Fine Arts Exclusion**

We will not pay for any loss caused by or resulting from:

**(a)** Breakage of statuary, glassware, bric-a-brac, marble, porcelain and similar fragile property. But we will pay if the loss or damage is caused directly by a "specified cause of loss", earthquake or flood; and

**(b)** Any repairing, restoration or retouching of the "fine arts".

**4.** **Fire Department Service Charge**

**A. Coverage,** Paragraph **4. Additional Coverages,** subparagraph **c.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**c.** **Fire Department Service Charge**

**(1)** When the fire department is called to save or protect Covered Property from a Covered Loss, we will pay your actual expenses for your liability for fire department service charges at each described premises.

**(2)** This Additional Coverage applies to your liability for fire department service charges:

**(a)** Assumed by contract or agreement prior to loss; or

**(b)** Required by local ordinance.

**(3)** No deductible applies to this Additional Coverage.

**(4)** The most we will pay under this Additional Coverage for loss or damage in any one "occurrence" at each described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5)** Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

**5.** **Movement of Property**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Movement of Property**

**(1)** You may extend the insurance that applies to Covered Property to apply to direct physical loss or damage from a Covered Cause of Loss to your Business Personal Property from an insured location which has been deleted from this policy if:

**(a)** You moved Covered Property from the deleted location to a new premises; and

**(b)** A Limit of Insurance for the new premises has been added to this policy; and

**(c)** The direct physical loss or damage occurs to Covered Property at the prior insured location before the movement of property to the new premises is completed.

**(2)** Insurance under this Coverage Extension will end when any of the following first occurs:

**(a)** The movement of property to the new premises is completed; or

**(b)** 30 days after the effective date of the endorsement adding the new premises**.**

**(3)** Regardless of the number of described premises involved, the most we will pay under this Extension for loss or damage in any one "occurrence" is subject to the Blanket Coverage Limit of Insurance, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**6.** **Outdoor Property**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **e** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**e.** **Outdoor Property**

**(1)** You may extend insurance provided by this Coverage Form to apply to your radio and television antennas (including satellite dishes), trees, shrubs, plants and lawns which are "stock" or are a part of a vegetated roof, including

debris removal expense, caused by or resulting from any of the following causes of loss:

**(a)** Fire;

**(b)** Windstorm;

**(c)** Hail;

**(d)** Lightning;

**(e)** Explosion;

**(f)** Riot or Civil Commotion;

**(g)** Vandalism;

**(h)** Aircraft or Vehicles;

**(i)** Theft; or

**(j)** Falling Objects.

**(2)** Coverage under this Extension does not apply to property held for sale by you.

**(3)** We will not pay more than $1,000 for loss or damage to any one tree, shrub or plant under this Extension.

**(4)** Regardless of the number of described premises involved, the most we will pay under this Extension for loss or damage in any one "occurrence" is subject to the Blanket Coverage Limit of Insurance, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**7. Personal Effects & Property of Others**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **b.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**b. Personal Effects & Property of Others**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to:

**(a)** Personal effects owned by you, your officers, your partners or members, your managers or officers, your directors, your trustees or your employees.

**(b)** Personal property of others in your care, custody or control.

**(2)** We will not pay more than $5,000 in total for loss or damage for any one person, in any one "occurrence". Our payment for

loss or damage to personal property of others will only be for the account of the owner of the property. No deductible applies to this Extension.

**(3)** Regardless of the number of persons involved, the most we will pay under this Extension is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**8. Research and Development Documentation**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Research and Development Documentation**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage, resulting from a Covered Cause of Loss, to "research and development documentation" that you own or that is in your care, custody or control at a described premises.

**(2)** Paragraph **B. Exclusions** of Causes of Loss – Special Form CP 10 30 do not apply to this Coverage Extension, except for:

**(a)** Paragraph **B.1.c. Governmental Action**;

**(b)** Paragraph **B.1.d. Nuclear Hazard**;

**(c)** Paragraph **B.1.f. War and Military Action**;

**(d)** Paragraph **B.2.h. Dishonesty**;

**(e)** Paragraph **B.2.i. False Pretense**; and

**(f)** Paragraph **B.3.**

**(3)** This Coverage Extension does not apply to loss or damage caused by or resulting from:

**(a)** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(i)** Programming errors or faulty machine instructions; or

**(ii)** Faulty installation or

maintenance of data processing equipment or component parts.

**(b)** Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion;

**(c)** Erasure of "research and development documentation"; or

**(d)** Unauthorized instructions to transfer property to any person or place.

**(4)** Coverage provided by this Extension does not apply to "research and development documentation" which exist as "electronic data".

**(5)** We will not pay for loss or damage to "research and development documentation" until you actually replicate such documentation. Repairs or replication must be made as soon as reasonably possible after the loss or damage, but in no event later than two years after the loss or damage unless we grant an extension in writing prior to the expiration of the two-year period.

**(6)** We will not pay for loss or damage to "research and development documentation" applicable to:

**(a)** Products that are obsolete;

**(b)** Existing products you have withdrawn from the market; or

**(c)** Existing products you have not sold in the last twelve months prior to the loss.

**(7)** Regardless of the number of insured locations involved, the most we will pay under this Extension for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**9. Valuable Papers and Records (Other Than Electronic Data)**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **c.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**c. Valuable Papers and Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by a Covered Cause of Loss. This Extension includes the cost to research, replace or restore the lost information that previously existed on "valuable papers and records" for which duplicates do not exist.

**(2)** The following Exclusions do not apply to this Coverage Extension:

**(a)** Earth Movement; and

**(b)** Water.

**(3)** The most we will pay under this Extension for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

## IV. VALUATION

**A. E. Loss Conditions**, Paragraph **7. Valuation**, subparagraph **b.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering;

**(3)** Outdoor equipment or furniture; or

**(4)** Retaining walls.

**B.** The following is added to **E. Loss Conditions,**

ZBY F215124 02 4108693

Paragraph **7. Valuation** of Building and Personal Property Coverage Form CP 00 10:

**f.** "Valuable papers and records" at the cost of restoration or replacement, including the cost of data entry, re-programming, computer consultation services and the media on which the data or programs reside. To the extent that the contents of the "valuable papers and records" are not replaced or restored, the "valuable papers and records" will be valued at the cost of blank materials for reproducing the records and the labor to transcribe or copy the records when there is a duplicate.

**g.** "Money" at its face value.

**h.** "Securities" at their value at the close of business on the day the loss is discovered.

**i.** Accounts Receivable:

**(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(a)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months preceding the month in which loss or damage occurs; and

**(b)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(2)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(a)** The amount of the accounts for which there is no loss or damage;

**(b)** The amount of the accounts that you are able to re-establish or collect; an amount to allow for probable bad debts that you are normally unable to collect;

**(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**j.** Property "in transit" (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due since the shipment. If you have no invoice, actual cash value will apply.

**k.** "Hardware":

**(1)** "Hardware" that is replaced will be at the cost of replacing the "hardware" with new equipment that is functionally comparable to the "hardware" that is being replaced.

**(2)** "Hardware" that is not replaced will be at actual cash value at the time of loss.

**(3)** In no event will we pay more than the reasonable cost of restoring partially damaged "hardware" to its condition directly prior to the damage.

**l.** "Software":

**(1)** "Programs and applications" will be at the cost to reinstall the "programs and applications" from the licensed discs that were originally used to install the programs or applications.

If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

**(2)** "Proprietary programs" will be at the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

**(3)** "Electronic data" will be at the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "electronic data" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents and records.

**(4)** "Media" will be at the cost to repair or replace the "media" with material of the same kind or quality.

**m.** "Fine Arts"

We will pay the lesser of:

**(1)** The market value at the time of loss or damage;

**(2)** The reasonable cost of repair or restoration to the condition immediately before the covered loss or damage; or

**(3)** The cost of replacement with substantially identical property.

For pairs or sets, we will either:

**(a)** Repair or replace any part to restore the value and condition of the pair or set to that immediately before the covered loss or damage; or

**(b)** Pay the difference between the value of the pair or set before and after the covered loss or damage.

**n.** Property of Others – our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**o.** We may elect to defend you against suits arising from claims of owners or property. We will do this at our expense.

**p.** Labor, materials and services that you furnish or arrange on personal property of others are valued based on the actual cost of the labor, materials and services.

**q.** Finished "stock" you manufactured at the selling price less discounts and expenses you otherwise would have had.

**r.** "Prototypes"

We will not pay more than the lesser of the following amounts:

**(1)** The replacement cost of such property used for the same product, but only if replacement cost is shown as applicable to Personal Property in the Declarations.

However, when replacement with identical property is impossible or unnecessary, the amount of loss will be based on the cost to replace with similar property used to perform the same functions. Property of others will be valued in the same manner, but we

will not pay more than the amount for which you are legally liable; or

**(2)** The amount you actually spend to repair or replace lost or damaged "prototypes" used for the same purpose.

**s.** "Research and development documentation":

We will not pay more than the least of the following amounts:

**(1)** Your cost actually spent to reproduce lost or damaged "research and development documentation" from back-up files or original source documents;

**(2)** The reasonable cost necessary to research, repair, restore, recreate, reconstitute, reproduce or replace "research and development documentation", used for the same product, to their condition immediately before the loss or damage;

**(3)** If identical "research and development documentation" cannot be purchased, the cost to purchase such documentation of comparable kind, functionality and quality; or

**(4)** The amount you actually spend to research, repair, restore, recreate, reconstitute, reproduce or replace "research and development documentation", used for the same product.

But we will not pay more than the cost to restore "research and development documentation" to its condition immediately prior to the loss.

**V. DEFINITIONS**

The following is added to Paragraph **H.** of Building and Personal Property Coverage Form CP 00 10:

**H. Definitions**

**1.** "Antiques" means an object having value because its:

**a.** Craftsmanship is in the style or fashion of former times; and

**b.** Age is 100 years or older.

**2.** "Banking premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**3.** "Communicable disease" means a bacterial micro-organism transmitted through human contact with food.

ZBY H215124 02 4108693

4. "Computer equipment" means:

   a. "Hardware" owned by you or in your care, custody or control;

   b. "Software"; or

   c. "Protection and control equipment".

5. "Computer hacking" means an unauthorized intrusion by an individual or group of individuals, whether employed by you or not, into "hardware" or "software", a Web site, or a computer network and that results in but is not limited to:

   a. Deletion, destruction, generation, or modification of "software";

   b. Alteration, contamination, corruption, degradation, or destruction of the integrity, quality or performance of "software;

   c. Observation, scanning, or copying of "electronic data", "programs and applications", and "proprietary programs";

   d. Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware'"; or

   e. Denial of access to or denial of services from "hardware", "software", computer network, or Web site including related "software".

6. "Computer Virus" means the introduction into "hardware", "software", computer network, or Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to:

   a. Deletion, destruction, generation, or modification of "software";

   b. Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

   c. Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

   d. Denial of access to or denial of services from "hardware", "software", computer network, or Web site including related "software".

7. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

8. "Denial of service attack" means the malicious direction or a high volume of worthless inquiries to Website or e-mail destinations, effectively denying or limiting legitimate access regardless of whether or not damage to "computer equipment" results.

9. "Dependent property" means property operated by others whom you depend on to:

   a. Deliver materials or services to you, or to others for your account. But any property which delivers any of the following services is not a dependent property with respect to such services:

     (1) Water supply services;

     (2) Power supply services; or

     (3) Communication supply services, including services relating to Internet access or access to any electronic network;

   b. Accept your products or services;

   c. Manufacture products for delivery to your customers under contract of sale; or

   d. Attract customers to your business.

10. "Dependent property period of restoration" means the period of time that:

   a. Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

   b. Ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Dependent property period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

   c. Regulates the construction, use or repair, or requires the tearing down, of any property; or

   d. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "dependent property period of restoration".

11. "Discover" or "Discovered" means:

a. The time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this policy has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details may not be known.

b. "Discover" or "Discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this policy.

12. "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

13. "Electronic data" means files, documents, information and "programs and applications" in an electronic format and that are stored on "media".

14. "Electronic vandalism" means "computer hacking", "computer virus" or a "denial of service attack". "Electronic vandalism" does not include the theft of any property or services.

15. "Employee" means:

a. Any natural person:

(1) While in your service and for the first 30 days immediately after termination of service;

(2) Who you compensate directly by salary, wages or commissions; and

(3) Who you have the right to direct and control while performing services for you;

b. Any natural person who is furnished temporarily to you:

(1) To substitute for a permanent "employee" as defined in paragraph **a.(1),** who is on leave; or

(2) To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the premises;

c. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in paragraph **a.(2)**;

d. Any natural person who is:

(1) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; and

(2) A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

e. Any natural person who is a former "employee", partner, "manager", director or trustee retained as a consultant while performing services for you;

f. Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the described premises;

g. Any "employee" of an entity merged or consolidated with you prior to the effective date of this policy; or

h. Any of your "managers", directors or trustees while:

(1) Performing acts within the scope of the usual duties of an "employee"; or

(2) Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

"Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **15.** of this section.

16. "Employee benefit plan" means any welfare or pension benefit plan shown that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

17. "Fine arts" means paintings, etchings, pictures, tapestries, rare art glass, art glass windows, valuable rugs, statuary, sculptures, "antique" jewelry, bric-a-brac, porcelains and similar property of rarity, historical value or artistic merit.

18. "Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas due to:

   **a.** The overflow of inland or tidal waters;

   **b.** The unusual or rapid accumulation of runoff of surface waters from any source; or

   **c.** Mudslides or mudflows which are caused by flooding as defined in **b.** above. For the purpose of this Covered Cause of Loss, a mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

19. "Food contamination" means an incidence of food poisoning to one or more of your customers as a result of:

   **a.** Tainted food you purchased;

   **b.** Food which has been improperly stored, handled or prepared; or

   **c.** A "communicable disease" transmitted through one or more of your "employees".

20. "Fraudulent instruction" means:

   **a.** An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

   **b.** A written instruction issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

   **c.** An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an employee but which was in fact fraudulently transmitted by someone else without your or the employee's knowledge or consent

21. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

22. "Funds" means "money" and "securities".

23. "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results. "Hardware" includes but is not limited to:

   **a.** Mainframe and mid-range computers and servers;

   **b.** Personal computers and workstations;

   **c.** Laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

   **d.** Peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

24. "Installation, tools and equipment property" means:

   **a.** Materials, supplies, machinery, fixtures and equipment that will become a permanent part of your installation while:

      **(1)** Located at the site of installation;

      **(2)** "In transit" by you to or from the described premises and the job site; or

      **(3)** While in temporary storage awaiting installation.

   **b.** Commercial tools and equipment usual to your business and used in your installation which are:

      **(1)** Your property; or

      **(2)** The property of others in your care, custody or control.

      Commercial tools and equipment does not include:

      **(3)** Aircraft or watercraft;

      **(4)** Any property while waterborne, airborne or underground;

      **(5)** Property you have loaned, rented or leased to others;

      **(6)** Property that is permanently mounted to a vehicle; or

      **(7)** Property held for sale.

25. "In transit" means in the course of shipment from or to the premises shown in the Declarations. It includes such shipments while temporarily stopped or delayed, incidental to the delivery.

26. "Manager" means a person serving in a directorial capacity for a limited liability company.

27. "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

28. "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

29. "Media" means an instrument that is used with "hardware" and on which "electronic data", "programs and applications", and "proprietary programs" can be recorded or stored. "Media" includes, but is not limited to, films, tapes, cards, discs, drums, cartridges, cells, DVDs, or CD-ROMs.

30. "Money" means:

   **a.** Currency, coins and bank notes in current use and having a face value; and

   **b.** Travelers checks, register checks and money orders held for sale to the public.

31. "Occurrence" means all loss or damage that is attributable to:

   **a.** An act, event, cause or series of similar, related acts, events or causes involving one or more persons; or

   **b.** An act, event, cause or series of similar, related acts, events or causes not involving any person.

32. "Operations" means your business activities occurring at the described premises.

33. "Other property" means tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this policy.

34. "Perishable goods" means personal property:

   **a.** Maintained under controlled temperature or humidity conditions for preservation; and

   **b.** Susceptible to loss or damage if the controlled temperature or humidity

conditions change.

35. "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

36. "Programs and applications" means operating programs and applications that you purchase and that are:

   **a.** Stored on "media"; or

   **b.** Pre-installed and stored in "hardware".

   Applications includes, but is not limited to, programs for word processing, spreadsheet calculations, and graphic design.

37. "Proprietary programs" means proprietary operating programs and applications that you developed or that you had developed specifically for use in your "operations" and that are:

   **a.** Stored on "media"; or

   **b.** Installed and stored in "hardware".

38. "Protection and control equipment" means:

   **a.** Air conditioning equipment used exclusively in the operation of the "hardware";

   **b.** Fire protection equipment used for the protection of the "hardware", including automatic and manual fire suppression equipment and smoke and heat detectors; and

   **c.** Uninterruptible power supply system, line conditioner, and voltage regulator.

39. "Prototype" means an original version of a newly designed product that is an outcome of your "research and development operations". A "prototype" includes sample designs, experimental models or displays that are associated with or integral to the manufacture of the original version of a newly designed product.

40. "Rental value" means Business Income that consists of:

   **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   **b.** Continuing normal operating expenses incurred in connection with that

premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**41.** "Research and development documentation" means written evidence of facts, information, processes, concepts or formulas that are directly related to the development of new products or enhancement of existing products. Written evidence includes written papers, plans, manuscripts, written or inscribed documents or plans.

"Research and development documentation" does not include "valuable papers and records", accounts receivable or "media", "software" or "data".

**42.** "Research and development operations" means your business activities that are directly related to the development of new products or the enhancement of existing products.

**43.** "Scientific and professional equipment" means medical, engineering, veterinary, measurement, recording, analyzing or similar equipment.

**44.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you.

but does not include "money".

**45.** "Soft cost expenses" means additional:

**a.** Realty taxes and other assessments that you incur for the period of time that construction has been extended beyond the projected completion date;

**b.** Interest on money borrowed to finance construction, remodeling, renovation or repair; and

**c.** Advertising, public relations and promotional expenses.

**46.** "Software" means:

**a.** "Media";

**b.** "Electronic data";

**c.** "Programs and applications"; and

**d.** "Proprietary programs".

**47.** "Spoilage" means any detrimental change in physical state of "perishable goods". Detrimental change includes, but is not limited to, thawing of frozen goods, warming of refrigerated goods, solidification of liquid or molten material, chemical reactions to material in process, and reduction in value of time sensitive materials.

**48.** "Theft" means the unlawful taking of property to the deprivation of the insured.

**49.** "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and "securities":

**a.** By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

**b.** By means of written instructions establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

**50.** "Valuable papers and records" means:

**a.** Inscribed, printed or written:

**(1)** Documents;

**(2)** Manuscripts; and

**(3)** Records

including abstracts, books, deeds, drawings, films, maps or mortgages; and

**b.** Similar items stored electronically.

But, "valuable papers and records" does not mean "money" or "securities".

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN COVERAGE (INCLUDING ELECTRONIC CIRCUITRY IMPAIRMENT)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

## A. COVERAGE

The following is added as an Additional Coverage to the Causes of Loss – Basic Form, Broad Form and Special Form:

**Additional Coverage – Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

1.  We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

2.  Unless otherwise shown in the "schedule", the following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage **2.i. Service Interruption** below and any Dependent Properties coverage provided by this coverage part, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

   **a. Business Income and Extra Expense**

   (1) Any insurance provided under the coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in the "schedule", then with respect to this endorsement only, the "period of restoration" will begin immediately after the "accident" or "electronic circuitry impairment", and

the deductible shown in the "schedule" will apply.

   (2) The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in the "schedule".

   **b. Data Restoration**

   (1) We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

   (2) The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in the "schedule".

   **c. Expediting Expenses**

   (1) With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

   (a) Make temporary repairs; and

   (b) Expedite permanent repairs or permanent replacement.

   (2) The most we will pay for loss or expense under this coverage is $100,000 unless otherwise shown in the "schedule".

   **d. Fungus, Wet Rot, Dry Rot and Bacteria**

   (1) We will pay your additional cost to repair or replace Covered Property because of contamination by "fungus", wet rot, dry rot or bacteria. This includes the additional costs to clean up or dispose of such property. This does not include spoilage of personal property that is "perishable goods" to

© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

the extent that such spoilage is covered under Spoilage coverage.

**(2)** As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "fungus", wet rot, dry rot or bacteria been involved.

**(3)** We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is reason to believe there is the presence of "fungus", wet rot, dry rot or bacteria.

**(4)** This coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $15,000 even if the "fungus", wet rot, dry rot or bacteria continues to be present or active or recurs in a later policy period.

**e. Hazardous Substances**

**(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

**(2)** This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.j.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

**(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in the "schedule".

**f. Off Premises Equipment Breakdown**

**(1)** We will pay for physical damage to transportable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. As respects this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur in any country except one in which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

**(2)** We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within "covered equipment" as described under **f.(1)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

**(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, and Data Restoration as described in **f.(2)** above is the limit for Property Off Premises Coverage Extension shown in your policy.

**g. Public Relations**

**(1)** This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

**(2)** We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

**(a)** The media;

**(b)** The public; or

**(c)** Your customers, clients or members.

**(3)** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

**(4)** The most we will pay for loss or expense under this coverage is $5,000.

**h. Scientific Animals**

We will pay for loss or damage to "scientific animals" resulting from an "accident" to "covered equipment" when the Life Science Property Broadening Endorsement is included in the policy. The most we will pay for loss, damage or expense under this coverage is the lesser of the limit shown in the Life Science Property Broadening Endorsement or $100,000, unless otherwise shown in the "schedule".

**i.  Service Interruption**

(1) Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) "Cloud computing services" must be provided by a professional provider with whom you have a contract.

(3) With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

(4) Unless otherwise shown in the "schedule", Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the disruption, and the applicable deductible will apply.

(5) The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense,

Data Restoration or Spoilage, except that if a limit is shown in the "schedule" for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

**j.  Spoilage**

(1) We will pay for:

(a) Physical damage to "perishable goods" due to spoilage;

(b) Physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

(c) Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

(3) The most we will pay for loss, damage or expense under this coverage is $100,000 unless otherwise shown in the "schedule".

**B.  EXCLUSIONS**

All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

**1.** The following exclusions are modified:

**a.** If the Causes of Loss – Basic Form or Causes of Loss – Broad Form apply, the following is added to **Exclusion B.2.**:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

b. If the Causes of Loss – Special Form applies, with respect to this endorsement only, the last paragraph of **Exclusion B.2.d.** is replaced by the following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

2. The following exclusions are added to the Building and Personal Property Coverage Form, the Condominium Association Coverage Form, the Condominium Commercial Unit-Owners Coverage Form, the Causes Of Loss – Basic Form, the Causes Of Loss – Broad Form, and the Causes Of Loss – Special Form:

a. We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

(1) Fire, including smoke from a fire;

(2) Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

(3) Any other explosion, except as specifically covered under this endorsement;

(4) Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action;

(5) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies; or

(6) Vandalism.

b. Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

(1) Lightning;

(2) Windstorm or hail. However this exclusion does not apply when:

(a) "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

(b) The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow or dust entered.

(3) Smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

(4) Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

(5) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

(6) Water or other means used to extinguish a fire.

c. With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

d. Except as specifically provided under **A.2.d. Fungus, Wet Rot, Dry Rot and Bacteria** coverage we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungus", wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus", wet rot, dry rot or bacteria. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that such spoilage is covered under Spoilage coverage.

e. Except as specifically provided under **A.2.h. Scientific Animals** coverage, we

will not pay for any loss or damage to animals.

3. **Exclusions 2.b.(1), 2.b.(2), 2.b(3),** and **2.b.(4)** above shall not apply if:

a. The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

b. Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

c. The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

4. Any cause of loss set forth in **Exclusion 2.b.(4)** above that is not a Covered Cause of Loss in this coverage part shall be excluded only as respects Service Interruption coverage.

## C. DEFINITIONS

For the purpose of this endorsement only, the following definitions are added:

1. "Accident"

a. "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

(1) Mechanical breakdown, including rupture or bursting caused by centrifugal force;

(2) Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

(3) Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

(4) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

(5) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

b. None of the following is an "accident":

(1) Defect, programming error, programming limitation, computer virus, malicious code, loss of "data",

loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

(2) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

2. "Boilers and vessels" means:

a. Any boiler, including attached steam, condensate and feedwater piping; and

b. Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

3. "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

4. "Covered equipment"

a. "Covered equipment" means, unless otherwise specified in the "schedule", Covered Property:

(1) That generates, transmits or utilizes energy; or

(2) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

b. None of the following is "covered equipment":

(1) Structure, foundation, cabinet or compartment;

(2) Insulating or refractory material;

(3) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) "Vehicle" or any equipment mounted on a "vehicle";

(6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7) Dragline, excavation or construction equipment; or

(8) Equipment manufactured by you for sale.

5. "Data" means information or instructions stored in digital code capable of being processed by machinery.

6. "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

7. "Electronic circuitry impairment"

   a. "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in **b.**, **c.** and **d.** below.

   b. We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

   c. The "covered equipment" must be owned or leased by you, or operated under your control.

   d. None of the following is "electronic circuitry impairment":

   (1) Any condition that can be reasonably remedied by:

      (a) Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

      (b) Rebooting, reloading or updating software or firmware; or

      (c) Providing necessary power or supply.

(2) Any condition caused by or related to:

   (a) Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days;

   (b) Insufficient size, capability or capacity of the "covered equipment"; or

   (c) Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

8. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

9. "Media" means material on which "data" is recorded, such as solid state drives, hard disks, optical disks, flash drives, magnetic tapes or floppy disks.

10. "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

11. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

12. "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

   This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

13. "Schedule" means the Equipment Breakdown Coverage Schedule.

© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

14. "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

## D. DEDUCTIBLE

The Building and Personal Property Coverage Form is modified as follows:

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the "schedule". If a separate Equipment Breakdown deductible is shown, the following applies.

Only in regards to Equipment Breakdown Coverage, provision **D. DEDUCTIBLE** in the Building and Personal Property Coverage Form, the Condominium Association Coverage Form, the Condominium Commercial Unit-Owners Coverage Form, the Causes Of Loss – Basic Form, the Causes Of Loss – Broad Form, and the Causes Of Loss – Special Form: is replaced by the following:

1. **Deductibles for Each Coverage**

   a. Unless the "schedule" indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".

   b. We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

   c. If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.

2. **Direct and Indirect Coverages**

   a. Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the "schedule".

   b. Unless more specifically indicated in the "schedule":

   (1) Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

   (2) Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

3. **Application of Deductibles**

   a. **Dollar Deductibles**

   We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable deductible shown in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible or deductibles, up to the applicable Limit of Insurance.

   b. **Time Deductible**

   If a time deductible is shown in the "schedule", we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

   c. **Multiple of Average Daily Value (ADV)**

   If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

   The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the "schedule" will be multiplied by the ADV as

determined above. The result shall be used as the applicable deductible.

**d. Percentage of Loss Deductibles**

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**E. CONDITIONS**

**1.** The following conditions are added to the Conditions in the Building and Personal Property Coverage Form, the Condominium Association Coverage Form, the Condominium Commercial Unit-Owners Coverage Form, the Commercial Property Conditions and the Common Policy Conditions:

**a. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**b. Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**c. Coinsurance**

If a coinsurance percentage is shown in the "schedule" for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**2.** For the purpose of this endorsement only, **E. Loss Conditions, 7. Valuation** in the Building and Personal Property Coverage Form is replaced by the following:

**7. Valuation**

We will determine the value of Covered Property as follows:

**a.** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

**(1)** The cost to repair the damaged property;

**(2)** The cost to replace the damaged property on the same site; or

**(3)** The amount you actually spend that is necessary to repair or replace the damaged property.

**b.** Except as described in **c.** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

**c. Environmental, Safety and Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with

© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

like kind and quality. This provision does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

**d.** The following property will be valued on an Actual Cash Value basis:

    **(1)** Any property that does not currently serve a useful or necessary function for you;

    **(2)** Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

    **(3)** Any Covered Property for which Actual Cash Value coverage is specified in a "schedule", Actual Cash Value includes deductions for depreciation.

**e.** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

    **(1)** The property was manufactured by you;

    **(2)** The sales price of the property is less than the replacement cost of the property; or

    **(3)** You are unable to replace the property before its anticipated sale.

**f.** Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

    **(1)** For mass-produced and commercially available software, at the replacement cost.

    **(2)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

The most we will pay for loss, damage or expense under this endorsement arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the "schedule". Coverage provided under this endorsement does not provide an additional amount of insurance.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

ZBYHZ15124 02 4108693

# COMMERCIAL PROPERTY COVERAGE PART EQUIPMENT BREAKDOWN COVERAGE SCHEDULE

*Equipment Breakdown is subject to the Limits of Insurance shown in the Declarations except as specifically shown below.*

*These coverages apply to all locations covered on the policy, unless otherwise specified.*

| Coverages | Limits |
|---|---|
| Equipment Breakdown Limit | $3,594,150 |
| Business Income | $1,000,000 |
| Extra Expense | $Included |
| Data Restoration | $100,000 |
| Expediting Expenses | $100,000 |
| Hazardous Substances | $100,000 |
| Scientific Animals | $0 |
| Service Interruption | $Included in Business Income, Extra Expense and/or Spoilage Limit |
| Spoilage | $100,000 |

| | Deductibles |
|---|---|
| Combined, All Coverages | $Not Applicable |
| Direct Coverages | $5,000 |
| Indirect Coverages | *72 hours* |
| Spoilage | $5,000 |

### Other Conditions

| |
|---|
| Service Interruption - 24 hour waiting period. |

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

### c. Personal Property Of Others that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

   This paragraph does not apply to:

     **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011

ZBYU215124 02 4108693

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

ZBYU215124 02 4108693

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

d. **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

e. **Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

© Insurance Services Office, Inc., 2011

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

### D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### Example 1

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
– 250
———
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### Example 2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

### E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

   © Insurance Services Office, Inc., 2011

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

 © Insurance Services Office, Inc., 2011

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:  The value of the property is:

Building at Location 1:  $ 75,000

Building at Location 2:  $100,000

Personal Property
at Location 2:  $ 75,000

$250,000

The Coinsurance percentage
for it is:  90%

The Limit of Insurance for
Buildings and Personal Property
at Locations 1 and 2 is:  $180,000

The Deductible is:  $ 1,000

The amount of loss is:

Building at Location 2:  $ 30,000

Personal Property
at Location 2:  $ 20,000

$ 50,000

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

   © Insurance Services Office, Inc., 2011

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

    **f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

    **a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

    **b.** With respect to replacement cost on the personal property of others, the following limitation applies:

    If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

    **1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

    **2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

    **3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011
**CP 00 10 10 12**

ZBYU215124 02 4108693

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

 © Insurance Services Office, Inc., 2011

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

d. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

a. **Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

© Insurance Services Office, Inc., 2011

ZBYU215124 02 4108693

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

© Insurance Services Office, Inc., 2011

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would have likely been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

© Insurance Services Office, Inc., 2011

Instead, we will determine the most we will pay using the following steps:

Step **(1):**   Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):**   Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3):**   Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

   **(1)** Prepaid freight – outgoing;

   **(2)** Returns and allowances;

   **(3)** Discounts;

   **(4)** Bad debts;

   **(5)** Collection expenses;

   **(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

   **(7)** Cost of merchandise sold (including transportation charges);

   **(8)** Cost of other supplies consumed (including transportation charges);

   **(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

   **(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

   **(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

   **(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When:   The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:   $ 400,000

The Coinsurance percentage is:   50%

The Limit of Insurance is:   $ 150,000

The amount of loss is:   $ 80,000

Step **(1):**   $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):**   $150,000 ÷ $200,000 = .75

Step **(3):**   $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

When:   The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:   $ 400,000

The Coinsurance percentage is:   50%

The Limit of Insurance is:   $ 200,000

The amount of loss is:   $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

   If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

   **1. Maximum Period Of Indemnity**

   **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

---

**CP 00 30 10 12**                    © Insurance Services Office, Inc., 2011                    **Page 7 of 9**

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |

($120,000 x 1/4 = $30,000)

If, in this example, the actual amount of loss is:

| Days 1–30: | $ 40,000 |
|---|---|
| Days 31–60: | $ 20,000 |
| Days 61–90: | $ 30,000 |
| | $ 90,000 |

We will pay:

| Days 1–30: | $ 30,000 |
|---|---|
| Days 31–60: | $ 20,000 |
| Days 61–90: | $ 30,000 |
| | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

 © Insurance Services Office, Inc., 2011

## F. Definitions

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** Your business activities occurring at the described premises; and

**b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

 © Insurance Services Office, Inc., 2011

ZBYU215124 02 4108693

**COMMERCIAL PROPERTY**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

ZBY H215124 02 4108693

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc.,  1983, 1987

**CP 00 90 07 88**   □

ZBYU215124 02 4108693

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

   © ISO Properties, Inc., 2006

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust or particulate matter; or

   **(c)** Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

© Insurance Services Office, Inc., 2011

c. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

f. **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

h. **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

© Insurance Services Office, Inc., 2011

ZBYU215124 02 4108693

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

ZBYU215124 02 4108693

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

© Insurance Services Office, Inc., 2011

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

   **(1)** A cause of loss listed in **2.a.** or **2.b.;**

   **(2)** One or more of the "specified causes of loss";

   **(3)** Breakage of building glass;

   **(4)** Weight of people or personal property; or

   **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   **b.** Loss or damage must be caused by or result from one of the following causes of loss:

   **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

   **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

   **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   **c.** The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   **(1)** The cost of filling sinkholes; or

   **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means:

   **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

   **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

   But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

   To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2011

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ASBESTOS LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any actual or alleged:

1.  Inhaling, ingesting or prolonged physical exposure by any person to asbestos or asbestos fibers or goods or products containing asbestos; or

2.  Use of asbestos in constructing or manufacturing any good, product or structure; or

3.  Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of asbestos or asbestos fibers from any good, product or structure; or

4.  Manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos; or

5.  Product manufactured, sold, handled or distributed by or on behalf of the insured which contain asbestos; or

6.  Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing or disposal of asbestos, asbestos fibers or products containing asbestos.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings or advice.

**421-0022      (ED 12-90)**

The following names applies to form CG2038:
C. Erickson & Sons Inc
Morgan Lewis & Bockius, LLP
McConnell Johnson Real Estate Company LLC
1201 North Market Street LLC
1313 Owner LLC

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL GENERAL LIABILITY BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SUMMARY OF COVERAGES

| | | |
|---|---|---|
| 1. | Additional Insured by Contract, Agreement or Permit | Included |
| 2. | Additional Insured – Primary and Non-Contributory | Included |
| 3. | Blanket Waiver of Subrogation | Included |
| 4. | Bodily Injury Redefined | Included |
| 5. | Broad Form Property Damage – Borrowed Equipment, Customers Goods & Use of Elevators | Included |
| 6. | Knowledge of Occurrence | Included |
| 7. | Liberalization Clause | Included |
| 8. | Medical Payments – Extended Reporting Period | Included |
| 9. | Newly Acquired or Formed Organizations - Covered until end of policy period | Included |
| 10. | Non-owned Watercraft | 51 ft. |
| 11. | Supplementary Payments Increased Limits | |
| | - Bail Bonds | $2,500 |
| | - Loss of Earnings | $1000 |
| 12. | Unintentional Failure to Disclose Hazards | Included |
| 13. | Unintentional Failure to Notify | Included |

This endorsement amends coverages provided under the Commercial General Liability Coverage Part through new coverages, higher limits and broader coverage grants.

**1. Additional Insured by Contract, Agreement or Permit**

The following is added to **SECTION II – WHO IS AN INSURED**:

**Additional Insured by Contract, Agreement or Permit**

**a.** Any person or organization with whom you agreed in a written contract, written agreement or permit that such person or organization to add an additional insured on your policy is an additional insured only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" caused, in whole or in part, by your acts or omissions, or the acts or omissions of those acting on your behalf, but only with respect to:

**(1)** "Your work" for the additional insured(s) designated in the contract, agreement or permit;

**(2)** Premises you own, rent, lease or occupy; or

**(3)** Your maintenance, operation or use of equipment leased to you.

**b.** The insurance afforded to such additional insured described above:

**(1)** Only applies to the extent permitted by law; and

**(2)** Will not be broader than the insurance which you are required by the contract, agreement or permit to provide for such additional insured.

**(3)** Applies on a primary basis if that is required by the written contract, written agreement or permit.

**(4)** Will not be broader than coverage provided to any other insured.

**(5)** Does not apply if the "bodily injury", "property damage" or "personal and advertising injury" is otherwise excluded from coverage under this Coverage Part, including any endorsements thereto.

**c.** This provision does not apply:

**(1)** Unless the written contract or written agreement was executed or permit was issued prior to the "bodily injury", "property damage", or "personal injury and advertising injury".

**(2)** To any person or organization included as an insured by another endorsement issued by us and made part of this Coverage Part.

**(3)** To any lessor of equipment:

    **(a)** After the equipment lease expires; or

    **(b)** If the "bodily injury", "property damage", "personal and advertising injury" arises out of sole negligence of the lessor

**(4)** To any:

    **(a)** Owners or other interests from. whom land has been leased which takes place after the lease for the land expires; or

    **(b)** Managers or lessors of premises if:

        **(i)** The occurrence takes place after you cease to be a tenant in that premises; or

        **(ii)** The "bodily injury", "property damage", "personal injury" or "advertising injury" arises out of structural alterations, new construction or demolition operations performed by or on behalf of the manager or lessor.

**(5)** To "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" or the offense which caused the "personal and advertising injury" involved the rendering of or failure to render any professional services by or for you.

**d.** With respect to the insurance afforded to these additional insureds, the following is added to **SECTION III – LIMITS OF INSURANCE**:

The most we will pay on behalf of the additional insured for a covered claim is the lesser of the amount of insurance:

**1.** Required by the contract, agreement or permit described in Paragraph **a.;** or

**2.** Available under the applicable Limits of Insurance shown in the Declarations.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**2.** **Additional Insured – Primary and Non-Contributory**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **4. Other insurance:**

**Additional Insured – Primary and Non-Contributory**

If you agree in a written contract, written agreement or permit that the insurance provided to any person or organization included as an Additional Insured under **SECTION II – WHO IS AN INSURED**, is primary and non-contributory, the following applies:

If other valid and collectible insurance is available to the Additional Insured for a loss covered under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.** **Primary Insurance**

This insurance is primary to other insurance that is available to the Additional Insured which covers the

Additional Insured as a Named Insured. We will not seek contribution from any other insurance available to the Additional Insured except:

**(1)** For the sole negligence of the Additional Insured;

**(2)** When the Additional Insured is an Additional Insured under another primary liability policy; or

**(3)** when **b.** below applies.

If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to the Additional Insured or temporarily occupied by the Additional Insured with permission of the owner;

**(c)** That is insurance purchased by the Additional Insured to cover the Additional Insured's liability as a tenant for "property damage" to premises rented to the Additional Insured or temporarily occupied by the Additional with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of **SECTION I – COVERAGE A – BODILY INURY AND PROPERTY DAMAGE LIABILITY**.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other Insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first. If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers

**3. Blanket Waiver of Subrogation**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us**:

We waive any right of recovery we may have against any person or organization with whom you have a written contract that requires such waiver because of payments we make for damage under this coverage form. The damage must arise out of your activities under a written contract with that person or organization. This waiver applies only to the extent that subrogation is waived under a written contract executed prior to the "occurrence" or offense giving rise to such payments.

**4. Bodily Injury Redefined**

**SECTION V – DEFINITIONS**, Definition **3.** "bodily injury" is replaced by the following:

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

**5. Broad Form Property Damage – Borrowed Equipment, Customers Goods, Use of Elevators**

**a. SECTION I – COVERAGES, COVERAGE A – BODILIY INJURY AND PROPERTY DAMAGE LIABILITY,** Paragraph **2. Exclusions** subparagraph **j.** is amended as follows:

Paragraph **(4)** does not apply to "property damage" to borrowed equipment while at a jobsite and not being used to perform operations.

Paragraphs **(3), (4)** and **(6)** do not apply to "property damage" to "customers goods" while on your premises nor do they apply to the use of elevators at premises you own, rent, lease or occupy.

**b.** The following is added to **SECTION V – DEFINTIONS:**

**24.** "Customers goods" means property of your customer on your premises for the purpose of being:

   a.  worked on; or

   b.  used in your manufacturing process.

**c.** The insurance afforded under this provision is excess over any other valid and collectible property insurance (including deductible) available to the insured whether primary, excess, contingent

**6. Knowledge of Occurrence**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **2. Duties in the Event of Occurrence, Offense, Claim or Suit:**

**e.** Notice of an "occurrence", offense, claim or "suit" will be considered knowledge of the insured if reported to an individual named insured, partner, executive officer or an "employee" designated by you to give us such a notice.

**7. Liberalization Clause**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:**

**Liberalization Clause**

If we adopt any revision that would broaden the coverage under this Coverage Form without additional premium, within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**8. Medical Payments – Extended Reporting Period**

**a.** **SECTION I – COVERAGES, COVERAGE C – MEDICAL PAYMENTS,** Paragraph **1. Insuring Agreement,** subparagraph **a.(3)(b)** is replaced by the following:

   **(b)** The expenses are incurred and reported to us within three years of the date of the accident; and

**b.** This coverage does not apply if **COVERAGE C – MEDICAL PAYMENTS** is excluded either by the provisions of the Coverage Part or by endorsement.

**9. Newly Acquired Or Formed Organizations**

**SECTION II – WHO IS AN INSURED,** Paragraph **3.a.** is replaced by the following:

**a.** Coverage under this provision is afforded until the end of the policy period.

**10. Non-Owned Watercraft**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Paragraph **2. Exclusions,** subparagraph **g.(2)** is replaced by the following:

**g. Aircraft, Auto Or Watercraft**

   **(2)** A watercraft you do not own that is:

      **(a)** Less than 51 feet long; and

      **(b)** Not being used to carry persons or property for a charge;

   This provision applies to any person who, with your consent, either uses or is responsible for the use of a watercraft.

**11. Supplementary Payments Increased Limits**

**SECTION I – SUPPLEMENTARY PAYMENTS COVERAGES A AND B,** Paragraphs **1.b.** and **1.d.** are replaced by the following:

**1.b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**1.d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $1000 a day because of time off from work.

**12. Unintentional Failure to Disclose Hazards**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **6. Representations:**

We will not disclaim coverage under this Coverage Part if you fail to disclose all hazards existing as of the inception date of the policy provided such failure is not intentional.

**13. Unintentional Failure to Notify**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **2. Duties in the Event of Occurrence, Offense, Claim or Suit:**

Your rights afforded under this policy shall not be prejudiced if you fail to give us notice of an "occurrence", offense, claim or "suit", solely due to your reasonable and documented belief that the "bodily injury" or "property damage" is not covered under this policy.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# COMMERCIAL GENERAL LIABILITY ENHANCEMENT ENDORSEMENT – CONTRACTORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SUMMARY OF COVERAGES

| | | |
|---|---|---|
| 1. | Aggregate Limit per Project | Included |
| 2. | Alienated Premises | Included |
| 3. | Broad Form Named Insured | Included |
| 4. | Contractual Liability – Railroads | Included |
| 5. | Extended Property Damage | Included |
| 6. | Incidental Malpractice (Employed nurses, EMT's & paramedics) | Included |
| 7. | Mobile Equipment Redefined | Included |
| 8. | Personal Injury – Broad Form | Included |
| 9. | Property Damage Legal Liability – Broad Form<br>   -  Fire, Lightning, Explosion, Smoke and Leakage from Fire Protective Systems Damage Limit | $1,000,000 |

This endorsement amends coverages provided under the Commercial General Liability Coverage Part through new coverages, higher limits and broader coverage grants.

**1    Aggregate Limit per Project**

   **a.** Under **SECTION III – LIMITS OF INSURANCE,** the General Aggregate Limit applies separately to each of **your** projects away from premises owned by or rented to you.

**2.    Alienated Premises**

**SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Paragraph **2. Exclusions,** subparagraph **j.(2)** is replaced by the following:

   **(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises and occurred from hazards that were known by you, or should have reasonably been known by you, at the time the property was transferred or abandoned.

**3.    Broad Form Named Insured**

If you are designated in the Declarations as anything other than an individual, then any organization:

   **a.** Over which you maintained a combined ownership interest of more than 50% on the effective date of this policy;

   **b.** That is not a partnership, joint venture or limited liability company; and

   **c.** That is not excluded by any endorsement to this policy, will qualify as a Named Insured if there is no other similar insurance available to that organization, or that would be available but for exhaustion of its limits.

Any such organization will cease to qualify as a Named Insured as of the date during the policy period when the combined ownership interest of the Named Insureds in the organization equals or falls below 50%.

**4.    Contractual Liability – Railroads**

With respect to operations performed for, or affecting, a railroad at your job site, of **SECTION V – DEFINITIONS,** Paragraph **9.** is replaced by the following:

   **9.** "Insured contract" means:

      **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**(2)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(1)** above and supervisory, inspection, architectural or engineering activities.

**5. Extended Property Damage**

**SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Paragraph **2. Exclusions,** subparagraph **a.** is replaced by the following:

**a. Expected or intended Injury**

Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**6. Incidental Malpractice – Employed Nurses, EMT's and Paramedics**

**SECTION II – WHO IS AN INSURED,** Paragraph **2.a.(1)(d)** does not apply to a nurse, emergency medical technician or paramedic employed by you if you are not engaged in the business or occupation of providing medical, paramedical, surgical, dental, x-ray or nursing services.

**7. Mobile Equipment Redefined**

**SECTION V – DEFINITIONS,** Definition **12.**, "Mobile equipment", paragraph **f.(1)** does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

**8. Personal Injury – Broad Form**

**a. SECTION I – COVERAGES, COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY,** Paragraph **2. Exclusions,** subparagraph **e.** is deleted.

**b. SECTION V – DEFINITIONS**, Definition **14**, "Personal and advertising injury" subparagraph **b.** is replaced by the following:

**b.** Malicious prosecution or abuse of process.

**c.** The following is added to **SECTION V – DEFINITIONS,** Definition **14.** "Personal and advertising injury":

"Discrimination" (unless insurance thereof is prohibited by law) that results in injury to the feelings or reputation of a natural person, but only if such "discrimination" is:

**(1)** Not done intentionally by or at the direction of:

**(a)** The insured;

**(b)** Any officer of the corporation, director, stockholder, partner or member of the insured; and

**(2)** Not directly or indirectly related to an "employee", not to the employment, prospective employment or termination of any person or persons by an insured.

**d.** The following is added to **SECTION V – DEFINITIONS**:

"Discrimination" means the unlawful treatment of individuals based upon race, color, ethnic origin, gender, religion, age, or sexual preference. "Discrimination" does not include the unlawful treatment of individuals based

ZBYU215124 02 4108693

upon developmental, physical, cognitive, mental, sensory or emotional impairment or any combination of these.

**e.** This coverage does not apply if **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY** is excluded either by the provisions of the Coverage Form or by endorsement

**9. Property Damage Legal Liability – Broad Form**

**a.** **SECTION I – COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, the last paragraph (after the exclusions) is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from fire protective systems to premises while rented to you or temporarily occupied by you with the permission of the owner. A separate limit of insurance applies to this coverage as described in **SECTION III – LIMITS OF INSURANCE**.

**b.** **SECTION III – LIMITS OF INSURANCE**, Paragraph **6.** is replaced by the following:

**6.** Subject to Paragraph **5.** above, The Damage to Premises Rented to You Limit is the most we will pay under **COVERAGE A** for damages because of "property damage" to any one premises from fire, lightning, explosion, smoke and leakage from fire protective systems to premises, while rented to you or temporarily occupied by you with permission of the owner.

The Damage to Premises Rented to You Limit is the higher of:

**a.** $1,000,000; or

**b.** The Damage to Premises Rented to You Limit shown in the Declarations.

This limit will apply to all damage caused by the same event, whether such damage results from fire, lightning, explosion, smoke, leakage from fire protective systems or any combination of any of these.

**c.** **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **4. Other Insurance,** subparagraph **b. Excess Insurance,** item **(a)(ii)** is replaced by the following:

**(ii)** That is fire, lightning, explosion, smoke or leakage from fire protective systems insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**d.** **SECTION V – DEFINITIONS,** Paragraph **9.** "Insured contract", subparagraph **a.** is replaced by the following:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke or leakage from fire protective systems to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract".

**e.** This coverage does not apply if Damage to Premises Rented to You is excluded either by the provisions of the Coverage Part or by endorsement.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

ZBYU215124 02 4108693

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

ZBYU215124 02 4108693

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i.  **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j.  **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k.  **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l.  **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m.  **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n.  **Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o.  **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p.  **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

**1. Insuring Agreement**

  **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

    **(1)** On premises you own or rent;

    **(2)** On ways next to premises you own or rent; or

    **(3)** Because of your operations;

    provided that:

      **(a)** The accident takes place in the "coverage territory" and during the policy period;

      **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

      **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

  **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

    **(1)** First aid administered at the time of an accident;

    **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

    **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

## 2. Exclusions

We will not pay expenses for "bodily injury":

  **a. Any Insured**

    To any insured, except "volunteer workers".

  **b. Hired Person**

    To a person hired to do work for or on behalf of any insured or a tenant of any insured.

  **c. Injury On Normally Occupied Premises**

    To a person injured on that part of premises you own or rent that the person normally occupies.

  **d. Workers' Compensation And Similar Laws**

    To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

  **e. Athletics Activities**

    To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

  **f. Products-Completed Operations Hazard**

    Included within the "products-completed operations hazard".

  **g. Coverage A Exclusions**

    Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

  **a.** All expenses we incur.

  **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

  **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

  **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

  **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

  **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

 © Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

© Insurance Services Office, Inc., 2012

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc., 2012

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9.  "Insured contract" means:

a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b.  A sidetrack agreement;

c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e.  An elevator maintenance agreement;

f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1)  That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a)  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b)  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10.  "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11.  "Loading or unloading" means the handling of property:

a.  After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b.  While it is in or on an aircraft, watercraft or "auto"; or

c.  While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12.  "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a.  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b.  Vehicles maintained for use solely on or next to premises you own or rent;

c.  Vehicles that travel on crawler treads;

d.  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1)  Power cranes, shovels, loaders, diggers or drills; or

(2)  Road construction or resurfacing equipment such as graders, scrapers or rollers;

e.  Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2)  Cherry pickers and similar devices used to raise or lower workers;

f.  Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   © Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

  **(a)** Snow removal;

  **(b)** Road maintenance, but not construction or resurfacing; or

  **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

  **(1)** Products that are still in your physical possession; or

  **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

  Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

  **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

  **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

  **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 04 35 12 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $1,000,000 | **each employee** | $1,000 | $294 |
| | $2,000,000 | **aggregate** | | |
| **Retroactive Date:** | 03/31/2020 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section III – Limits Of Insurance); and

   **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   **b.** This insurance applies to damages only if:

   **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

   **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

   **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

   **c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

   **(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

CG 04 35 12 07 © ISO Properties, Inc.,  2006 Page 1 of 6 ◻

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance   of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not    to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by   the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments – Coverages **A** and **B** are replaced by Supplementary Payments – Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **4.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

© ISO Properties, Inc.,  2006

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

1. **Limits Of Insurance**

a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

(1) Insureds;

(2) "Claims" made or "suits" brought;

(3) Persons or organizations making "claims" or bringing "suits";

(4) Acts, errors or omissions; or

(5) Benefits included in your "employee benefit program".

b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

(1) An act, error or omission; or

(2) A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

2. **Deductible**

a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

c. The terms of this insurance, including those with respect to:

(1) Our right and duty to defend any "suits" seeking those damages; and

(2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid**.**

E. For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability Conditions** are replaced by the following:

2. **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

  © ISO Properties, Inc.,  2006   □

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

    **a.** This endorsement is canceled or not renewed; or

    **b.** We renew or replace this endorsement with insurance that:

        **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

        **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

    **a.** The "employee benefit programs" insured;

    **b.** Previous types and amounts of insurance;

    **c.** Limits of insurance available under this endorsement for future payment of damages; and

    **d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

    **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

    **b.** Handling records in connection with the "employee benefit program"; or

    **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

© ISO Properties, Inc.,  2006

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**a.** Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc.,  2006

**CG 04 35 12 07**    ☐

COMMERCIAL GENERAL LIABILITY
CG 20 07 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# ENGINEERS, ARCHITECTS OR SURVEYORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured any architect, engineer, or surveyor engaged by you but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In connection with your premises; or

**2.** In the performance of your ongoing operations.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**2.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional services by or for you.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |

CG 20 10 04 13

© Insurance Services Office, Inc., 2012

| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

    © Insurance Services Office, Inc., 2012

ZBY-H215124 02 4108693

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012
**CG 20 10 04 13**

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| **IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876** | 1 |
| **L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec** | 1 |
| **CBCC Acquistions, LLC - see CG2010 for complete Name** | 1 |
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 1 |
| **IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876** | 1 |
| **L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec** | 1 |
| **CBCC Acquistions, LLC - see CG2010 for complete Name** | 1 |
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 1 |
| **IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876** | 1 |
| **L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec** | 1 |
| **CBCC Acquistions, LLC - see CG2010 for complete Name** | 1 |
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 1 |
| **IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876** | 1 |
| **L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec** | 1 |

ZBV H213124 02 4108693

| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
|---|---|
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

 © Insurance Services Office, Inc., 2012

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |

CG 20 10 04 13 © Insurance Services Office, Inc., 2012 Page 1 of 3

ZBYH 213124 02 4108693

| | |
|---|---|
| **CBCC Acquistions, LLC - see CG2010 for complete Name** | 1 |
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

ZBYH213124 02 4108693

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |

CG 20 10 04 13

© Insurance Services Office, Inc., 2012

Page 1 of 3

ZBVI H213124 02 4108693

| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
|---|---|
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© Insurance Services Office, Inc., 2012

ZBYH213124 02 4108693

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012    **CG 20 10 04 13**

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. DRISCOLL CO, LLC, C/O CERTFOCUS SWARTHMORE COLLEGE | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

ZBY H215124 02 4108693

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| **Structure Tone, LLC:  Philadelphia (160) c/o CertFocus PO Box 140528 Kansas City, MO  64114 and others as required by written contract** | **as per written contract and executed prior to loss.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners<br>1250 Route 28<br>Suite 201<br>Branchburg NJ 08876 | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 37 04 13

© Insurance Services Office, Inc., 2012

Page 1 of 1

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. Driscoll Co LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec; c/o CertFocus PO Box 140528 Kansas City, MO 64114 | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. Driscoll Company LLC - See change endt #221-0163 | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. DRISCOLL CO, LLC, C/O CERTFOCUS SWARTHMORE COLLEGE | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

---

**CG 20 37 04 13**
© Insurance Services Office, Inc., 2012
**Page 1 of 1**

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| Structure Tone, LLC:  Philadelphia (160) c/o CertFocus PO Box 140528 Kansas City, MO  64114 and others as required by written contract | as per written contract and executed prior to loss. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

ZBY H215124 02 4108693

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| **IMC Construction Inc C/O Construction Risk Partners**<br>**1250 Route 28**<br>**Suite 201**<br>**Branchburg NJ 08876** | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

ZBY U215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 20 38 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS FOR OTHER PARTIES WHEN REQUIRED IN WRITTEN CONSTRUCTION AGREEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured:

**1.** Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and

**2.** Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

    **a.** Your acts or omissions; or

    **b.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

    **a.** Only applies to the extent permitted by law; and

    **b.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph **1.** above are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

    **a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**2.** "Bodily injury" or "property damage" occurring after:

    **a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

CG 20 38 04 13          © Insurance Services Office, Inc., 2012          Page 1 of 2

ZBY H215124 02 4108693

**b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement described in Paragraph **A.1.;** or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

CG 20 38 04 13

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

ZBYH215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

ZBYH215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of,  "pollutants".

Copyright, Insurance Services Office, Inc.,  1998

☐

ZBY H215124 02 4108693

POLICY NUMBER:  ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 21 54 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED WRAP-UP INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of Operation(s):**

All operations at any location insured at any time under a consolidated (wrap up) insurance program under which you are or were enrolled or allowed to enroll.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

Copyright, Insurance Services Office, Inc.,  1994

ZBY H215124 02 4108693

POLICY NUMBER:  ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 21 54 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED WRAP-UP INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of Operation(s):**

All operations at any location insured at any time under a consolidated (wrap up) insurance program under which you are or were enrolled or allowed to enroll.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

**CG 21 54 01 96**              Copyright, Insurance Services Office, Inc.,  1994              **Page 1 of 1**              ☐

POLICY NUMBER:  ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 21 54 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED WRAP-UP INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of Operation(s):**

All operations at any location insured at any time under a consolidated (wrap up) insurance program under which you are or were enrolled or allowed to enroll.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

**CG 21 54 01 96**       Copyright, Insurance Services Office, Inc.,  1994       **Page 1 of 1**       □

ZBYU215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc.,  2003 ☐

ZBYU215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

© ISO Properties, Inc., 2003

ZB YU215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

---

CG 21 96 03 05            © ISO Properties, Inc., 2004            Page 1 of 1    □

ZBYU215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 22 34 04 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

2. Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

© Insurance Services Office, Inc., 2012

ZBYU215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

**a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

**b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

**2.** Subject to Paragraph **3.** below, professional services include:

**a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Name Of Person Or Organization:** |
| --- |
| Structure Tone LLC: Philadelphia (160)<br>c/o CertFocus<br>and any entity as required by written contract executed prior to loss<br>PO Box 140528<br>Kansas City MO 64114 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

Page 1 of 1

CG 24 04 05 09                © Insurance Services Office, Inc., 2008

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# AMENDATORY ENDORSEMENT
## PENNSYLVANIA

1.  The following provision applies to policies that do not include coverage for owner-occupied private residential structures with four or less household units or household personal property contained in a private residence.

    Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

    **Cancellation and Nonrenewal** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel or not renew this policy by written notice to "you" at the address shown on the "declarations". "Our" notice will include the specific reason for cancellation or nonrenewal. Proof of delivery or mailing is sufficient proof of notice.

    If this policy has been in effect less than 60 days, "we" may cancel for any reason. "We" will give "you" at least 30 days notice before cancellation is effective.

    After this policy has been in effect 60 days or more, or if it is a renewal of a policy issued by "us", "we" may cancel only if one or more of the following reasons apply:

    a.  a condition, factor, or loss experience material to insurability has changed substantially, or a substantial condition, factor, or loss experience material to insurability has become known during the policy term;

    b.  loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease will, at the time of cancellation, be certified to the Insurance Commissioner as directly affecting in-force policies;

    c.  "you" have made a material misrepresentation which affects the insurability of the risk;

    d.  the policy was obtained through fraudulent statements, omissions, or concealment of fact material to the acceptance of the risk or hazard assumed by "us";

    e.  "you" have failed to pay a premium when due, whether the premium is payable directly to "us" or "our" agents or indirectly under a premium finance plan or extension of credit;

    f.  material failure to comply with policy "terms", conditions, or contractual duties. This includes material failure to comply with safety standards and loss control recommendations if:

        1)  "we" have provided "you" with written notice of the failure to comply with safety standards and loss control recommendations;
        2)  "we" have provided "you" with a reasonable opportunity to cure deficiencies with respect to safety standards and loss control recommendations; and
        3)  the deficiencies with respect to safety standards and loss control recommendations have not been cured; or

    g.  other reasons that the Insurance Commissioner may approve.

    After this policy has been in effect 60 days or more: if "we" cancel or nonrenew for nonpayment of premium or material misrepresentation, "we" will give "you" at least 15 days notice before cancellation is effective; if "we" cancel or nonrenew for any other reason, "we" will give "you" at least 60 days notice before cancellation or nonrenewal is effective.

Copyright, American Association of Insurance Services, Inc., 2006

ZBYU215124 02 4108693

AAIS
CL 0124 10 06
Page 2 of 2

The policy may also be cancelled from inception upon discovery that it was obtained through fraudulent statements, omissions, or concealment of fact material to the acceptance of the risk or to the hazard assumed by "us".

The return premium, if any, will be refunded to "you" not later than ten business days after the effective date of the termination if "we" cancel this policy, or not later than 30 days after the effective date of the termination if "you" cancel this policy.

2. The following provision applies to policies that include coverage for owner-occupied private residential structures with four or less household units or household personal property contained in a private residence.

Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

**Cancellation and Nonrenewal** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

"We" may cancel or not renew this policy by written notice to "you" at the address shown on the "declarations". "Our" notice will include the specific reason for cancellation or nonrenewal. Proof of delivery or mailing is sufficient proof of notice.

If this policy has been in effect less than 60 days, "we" may cancel for any reason.

After this policy has been in effect for 60 days or more, or if it is a renewal of a policy issued by "us", "we" may cancel or not renew only for the following reasons:

a. the premium has not been paid when due;

b. the policy was obtained through fraud, material misrepresentation, or omission of fact which, if known by "us", would have caused "us" not to issue the policy;

c. there has been a substantial change or increase in hazard in the risk assumed by "us" subsequent to the date the policy was issued;

d. there is a substantial increase in the hazards insured against by reason of willful or negligent acts or omissions by "you"; or

e. any other reasons approved by the Insurance Commissioner pursuant to rules and regulations promulgated by the Insurance Commissioner.

"We" will give "you" notice at least 30 days in advance of cancellation or nonrenewal.

This policy terminates automatically on its expiration or anniversary if "you": surrender the policy to "us"; have notified "us" or "our" agent in writing of "your" intent not to renew; or have not paid the renewal or installment premium when due.

"Your" return premium, if any, will be refunded at the time of cancellation or as soon as practical. Payment or tender of the unearned premium is not a condition of cancellation.

3. Under Common Policy Conditions, the following condition is added:

**Notice Of Increased Premium** -- "We" will give "you" notice at least 30 days before the renewal date if "we" intend to increase the renewal premium.

---

CL 0124 10 06

Copyright, American Association of Insurance Services, Inc., 2006

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# CERTIFIED TERRORISM LOSS

1.  The following definitions are added.

    a.  "Certified act of terrorism" means an act
        that is certified by the Secretary of the
        Treasury, in consultation with the
        Secretary of Homeland Security, and the
        Attorney General of the United States:

        1)  to be an act of terrorism;
        2)  to be a violent act or an act that is
            dangerous to human life, property, or
            infrastructure;
        3)  to have resulted in damage:

            a)  within the United States; or
            b)  to an air carrier (as defined in
                section 40102 of title 49, United
                States Code); to a United States
                flag vessel (or a vessel based
                principally in the United States,
                on which United States income
                tax is paid and whose insurance
                coverage is subject to regulation
                in the United States), regardless
                of where the loss occurs; or at
                the premises of any United
                States mission;

        4)  to have been committed by an
            individual or individuals, as part of an
            effort to coerce the civilian population
            of the United States or to influence
            the policy or affect the conduct of the
            United States Government by
            coercion; and
        5)  to have resulted in insured losses in
            excess of five million dollars in the
            aggregate, attributable to all types of
            insurance subject to the Terrorism
            Risk Insurance Act, as amended.

    b.  "Certified terrorism loss" means loss that
        results from a "certified act of terrorism".

2.  The "terms" of any terrorism exclusion that is
    part of or that is attached to this Coverage
    Part are amended by the following provision:

    This exclusion does not apply to "certified
    terrorism loss".

3.  The following provision is added.

    If the Secretary of the Treasury determines
    that the aggregate amount of "certified
    terrorism loss" has exceeded one hundred
    billion dollars in a calendar year (January 1
    through December 31), and "we" have met
    "our" insurer deductible under the Terrorism
    Risk Insurance Act, as amended, "we" will
    not pay for any portion of "certified terrorism
    loss" that exceeds one hundred billion
    dollars. If the "certified terrorism loss"
    exceeds one hundred billion dollars in a
    calendar year (January 1 through December
    31), losses up to one hundred billion dollars
    are subject to pro rata allocation in
    accordance with procedures established by
    the Secretary of the Treasury under the
    Terrorism Risk Insurance Act, as amended.

4.  The following provisions are added.

    a.  Neither the "terms" of this endorsement
        nor the "terms" of any other terrorism
        endorsement attached to this Coverage
        Part provide coverage for any loss that
        would otherwise be excluded by this
        Coverage Part under:

        1)  exclusions that address war, military
            action, or nuclear hazard; or
        2)  any other exclusion; and

    b.  the absence of any other terrorism
        endorsement does not imply coverage
        for any loss that would otherwise be
        excluded by this Coverage Part under:

        1)  exclusions that address war, military
            action, or nuclear hazard; or
        2)  any other exclusion.

CL 0600 01 15

Copyright, American Association of Insurance Services, Inc., 2015

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended --**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1.  The following exclusion is added under Perils Excluded, item 1.:

    **Virus or Bacteria --**

    "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

a.  any contamination by any virus, bacterium, or other microorganism; or

b.  any denial of access to property because of any virus, bacterium, or other microorganism.

2.  **Superseded Exclusions** -- The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect --**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

CL 0700 10 06

Copyright, American Association of Insurance Services, Inc., 2006

**This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --**

# CONDITIONAL TERRORISM EXCLUSION
## (WITH LIMITED EXCEPTION)

### NOTICE

**The Terrorism Risk Insurance Program (the Program), as established under federal law, is scheduled to terminate while your policy is in effect.**

**The Terrorism Exclusion found in this endorsement will apply only if the federal government does not renew, extend, or otherwise replace the Program or if the conditions, definitions, or requirements of the Program are changed by the federal government and federal law no longer requires that we make Terrorism Coverage available to you.**

1. The Terrorism Exclusion set forth by this endorsement becomes effective on the earliest of the following:

   a. the date that the federal Terrorism Risk Insurance Program (the Program) established by the Terrorism Risk Insurance Act has terminated with respect to the type of insurance provided by the Coverage Part to which this endorsement applies; or

   b. the effective date of a renewal, extension, or replacement of the Program, if federal law no longer requires that "we" make terrorism coverage available to "you" and the Program has been renewed, extended, or replaced subject to changes that:

      1) redefine terrorism; or
      2) increase "our" financial exposure under the Program; or
      3) impose requirements on insurance coverage for terrorism that differ from the terms, amounts, or other limitations that otherwise govern coverage for loss or damage under the "terms" of the Coverage Part to which this endorsement applies.

   If a condition described above under items 1.a. and 1.b. occurs prior to the effective date of the policy period to which this endorsement applies, the Terrorism Exclusion set forth by this endorsement applies as of the effective date of that policy period.

2. If the Terrorism Exclusion set forth by this endorsement becomes effective, this Terrorism Exclusion:

   a. supersedes any other endorsements that address "certified acts of terrorism", "certified terrorism loss", "non-certified acts of terrorism", and or "non-certified terrorism loss" that also apply to the Coverage Part to which this endorsement applies, but only with respect to loss or damage caused by one or more incidents of terrorism that occur on or after the effective date of this Terrorism Exclusion; and

   b. remains in effect unless "we" notify "you" of changes to this Terrorism Exclusion.

Copyright, American Association of Insurance Services, Inc., 2006

3. If none of the conditions described above under items 1.a. and 1.b. occur, any other endorsements that address "certified acts of terrorism", "certified terrorism loss", "non-certified acts of terrorism", and or "non-certified terrorism loss" that also apply to the Coverage Part to which this endorsement applies continue to apply until "we" notify "you" of changes to such other endorsements.

4. The word terrorism, when shown in this endorsement in quotation marks, has the following meaning:

"Terrorism" means activities against persons, organizations, or property of any nature:

a. that involve the following or preparation for the following:

1) use or threat of force or violence; or
2) commission or threat of a dangerous act; or
3) commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. when one or both of the following applies:

1) the effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or
2) it appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social, or economic objectives, or to express (or express opposition to) a philosophy or ideology.

5. The following exclusion is added:

**TERRORISM EXCLUSION**

Subject to the Fire Exception, "we" will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

a. the "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation, or radioactive contamination; or

b. radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

c. the "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

d. pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

Copyright, American Association of Insurance Services, Inc., 2006

e. the total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico, and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, "we" will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

Item 5.e. above describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Terrorism Exclusion will apply to that incident. When this Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under the Coverage Part to which this endorsement applies.

**Fire Exception** -- If "terrorism" results in fire, "we" will pay for the loss or damage caused by that fire, subject to the "limit" and all "terms" that apply to the affected property. This Fire Exception applies only to direct loss or damage by fire to covered property. Therefore, for example, this Fire Exception does not apply to insurance provided under Income, Earnings, Extra Expense, or Legal Liability coverages, endorsements, coverage parts, or policy forms.

6. When the Terrorism Exclusion set forth by this endorsement applies due to an incident of "terrorism" described above under items 5.a. or 5.b., that Terrorism Exclusion supersedes the Nuclear Hazard Exclusion in the Coverage Part to which this endorsement applies.

7. The following provisions are added.

   a. Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to the Coverage Part to which this endorsement applies provide coverage for any loss or damage that would otherwise be excluded by that Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion.

   b. The absence of any other terrorism endorsement does not imply coverage for any loss or damage that would otherwise be excluded by the Coverage Part to which this endorsement applies under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion.

CL 1640 06 06

Copyright, American Association of Insurance Services, Inc., 2006

**IM 202  07 05**

This endorsement changes the
Contractors' Equipment Coverage

**Page 1 of 1**                          **-- PLEASE READ THIS CAREFULLY --**

# DEDUCTIBLE WAIVER FOR LOJACK BRAND PROTECTION SYSTEM

## HOW MUCH WE PAY

The following is added under How Much We Pay:

In the event of a theft "loss" we agree to waive your deductible amount up to $25,000 if any piece of stolen equipment is protected by an operational LoJack Stolen Vehicle Police Recovery System.

## WHAT MUST BE DONE IN CASE OF LOSS

The following two provisions are added to What Must Be Done In Case Of Loss:

You must work with the police (having jurisdiction in the area which the theft occurred) to ensure that the piece of equipment is entered as a vehicle into their computer system.

You must call LoJack toll free at (877) 775-6522 and provide the Corporate Construction Administrator with the same information you provided the local law enforcement agency (including the police report case number).

**IM202 07 05**

**AAIS**
**IM 2077 09 08**
**Page 1 of 2**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## PENNSYLVANIA

1.  In all coverage forms except the Builders'
    Risk - Rehabilitation Or Renovation Form,
    the "term" actual cash value throughout the
    policy means the cost to repair or replace
    property using materials of like kind and
    quality, to the extent practical, less a
    deduction for depreciation, however caused.

2.  In the Builders' Risk Coverage -
    Rehabilitation And Renovation Form, under
    Valuation, Existing Building, Actual Cash
    Value is deleted and replaced by the
    following:

    **Actual Cash Value** -- If Actual Cash Value is
    indicated on the "schedule of coverages" for
    Existing Building, the value of the part of an
    "existing building" that sustains direct
    physical loss or damage will be based on the
    actual cash value at the time of loss. Actual
    cash value means the cost to repair or
    replace property using materials of like kind
    and quality to the extent practical, less a
    deduction for depreciation, however caused.

3.  In the Builders' Risk Coverage -
    Rehabilitation And Renovation Form, under
    Valuation, Building Materials, is deleted and
    replaced by the following:

    **Building Materials** --

    a.  **Actual Cash Value** -- The value of
        "building materials" will be based on the
        actual cash value at the time of loss, less
        a deduction for depreciation, however
        caused.

    b.  **Actual Cash Value Means** -- The actual
        cash value of "building materials" means:

        1)  the necessary and reasonable costs
            of materials (using materials of like
            kind and quality to the extent
            practical, less a deduction for
            depreciation, however caused) and
            labor incurred to repair or replace the
            part of the covered "building
            materials" that sustains direct
            physical loss or damage;

        2)  the reasonable overhead and profit
            related to the covered "building
            materials" that sustains direct
            physical loss or damage but not to
            exceed the overhead and profit being
            charged for the "rehabilitation or
            renovation project" in accordance
            with the construction contracts; and

        3)  other related construction costs and
            expenses that are re-incurred to
            repair or replace the part of "building
            materials" that sustain direct physical
            loss or damage, but only if such
            costs have been included as part of
            the "limit" for a covered
            "rehabilitation or renovation project".

4.  What Must Be Done In Case Of Loss is
    amended to include the following provision:

    **Notice Of Our Intent** -- Unless "we" need
    more time to investigate "your" claim, "we"
    will give "you" notice of "our" intent to accept
    or deny "your" claim within 15 working days
    after receipt of a duly executed proof of loss.

    If "we" deny "your" claim, "we" give "you"
    written notice of "our" denial. "Our" notice will
    identify any provision of this policy on which
    the denial is based.

Copyright, American Association of Insurance Services, Inc., 2008

ZBYU215124 02 4108693

AAIS
IM 2077 09 08
Page 2 of 2

If "we" need more time to investigate "your" claim, "we" will give "you" notice of "our" need for more time within 15 working days after receipt of a duly executed proof of loss. "Our" notice will state why more time is needed.

If "our" investigation cannot be completed within 30 days of the date of "our" initial notice, "we" will give "you" written notice to state why more time is needed. "We" will give "you" such notice within 30 days of the date of "our" initial notice.

"We" will continue to give "you" written notice every 45 days thereafter to state why more time is needed until "we" give "you" notice of "our" intent to accept or deny "your" claim.

The requirements of this provision do not apply if there is a reasonable basis supported by specific information available for review by the insurance regulatory authority that "you" have fraudulently caused or contributed to the loss by arson or other illegal activity. Under such circumstances, "we" will give notice of "our" intent to accept or deny "your" claim within a reasonable period of time after receipt of a duly executed proof of loss.

**IM 2077 09 08**

Copyright, American Association of Insurance Services, Inc., 2008

AAIS
IM 7000 04 04
Page 1 of 13

# CONTRACTORS' EQUIPMENT COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1.  The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2.  The words "we", "us", and "our" mean the company providing this coverage.

3.  "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

    "Contractors' equipment" also means:

    a.  self-propelled vehicles designed and used primarily to carry mounted equipment; or

    b.  vehicles designed for highway use that are unlicensed and not operated on public roads.

4.  "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5.  "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6.  "Limit" means the amount of coverage that applies.

7.  "Pollutant" means:

    a.  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b.  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8.  "Schedule of coverages" means:

    a.  all pages labeled schedule of coverages or schedules which pertain to this coverage; and

    b.  declarations or supplemental declarations which pertain to this coverage.

9.  "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

Copyright, American Association of Insurance Services, Inc., 2004

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a. personal property in the open; or

b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Scheduled Equipment** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

1) "your" "contractors' equipment"; and

2) "contractors' equipment" of others in "your" care, custody, or control.

b. **Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

1) that are described on the "equipment schedule"; and

2) when Scheduled Equipment is indicated on the "schedule of coverages".

2. **Schedule On File** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

1) "your" "contractors' equipment"; and

2) "contractors' equipment" of others in "your" care, custody, or control.

b. **Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

1) that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and

2) when Schedule on File is indicated on the "schedule of coverages".

## PROPERTY NOT COVERED

1. **Aircraft Or Watercraft** -- "We" do not cover aircraft or watercraft.

2. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

3. **Leased Or Rented Property** -- "We" do not cover property that "you" lease or rent to others.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 3 of 13**

4. **Loaned Property** -- "We" do not cover property that "you" loan to others.

5. **Underground Mining Operations** -- "We" do not cover property while stored or operated underground in connection with any mining operations.

6. **Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use and used for over the road transportation of people or cargo. However, this does not include:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

# COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal** --

1. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2. **We Do Not Cover** -- This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

3. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 4 of 13

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

1.  **Employee Tools** --

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to tools owned by "your" employees.

    b.  **Coverage Limitation** -- "We" only cover tools owned by "your" employees while at a:

        1)  premises that "you" own or operate; or
        2)  "jobsite".

    c.  **Limit** -- The most "we" pay in any one occurrence for loss to employee tools is $5,000.

2.  **Equipment Leased Or Rented From Others** --

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to "contractors' equipment" that "you" have leased or rented from others.

    b.  **Limit** -- The most "we" pay in any one occurrence for equipment leased or rented from others is $25,000.

3.  **Newly Purchased Property** --

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

    b.  **Limit** -- The most that "we" pay for any loss under this supplemental coverage is the least of the:

        1)  actual cash value of the covered property; or
        2)  "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 5 of 13**

---

c. **Time Limitation** -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

This supplemental coverage will end when any of the following first occur:

1) this policy expires;
2) 60 days after "you" obtain the additional "contractors' equipment"; or
3) "you" report the additional "contractors' equipment" to "us".

d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

4. **Pollutant Cleanup And Removal** --

a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

d. **Limit** -- The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

5. **Rental Reimbursement** --

a. **Coverage** -- In the event of a direct physical loss by a covered peril to "your" "contractors' equipment", "we" reimburse "you" for "your" expense to rent similar equipment while "your" equipment is inoperable.

The deductible amount indicated on the "schedule of coverages" does not apply to a loss covered under this supplemental coverage.

b. **Waiting Period** -- "We" will not reimburse "you" for the rental of equipment until after the first 72-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss to "your" "contractors' equipment" caused by a covered peril.

c. **Incurred Rental Expenses** -- After the waiting period has passed, "we" will only reimburse "you" for the rental expenses that "you" actually incur.

d. **Coverage After Expiration Date** -- "We" will continue to reimburse "you" for the rental of equipment after the expiration date of this coverage, provided the loss occurred before the expiration date.

e. **Coverage Limitations** -- "We" will not reimburse "you":

1) if "you" can continue or resume "your" operations with similar equipment that is available to "you" at no additional expense to "you"; or
2) for the rental expense of any equipment unless "you" make every reasonable effort to repair, replace, or rebuild the inoperable equipment after the loss by a covered peril occurs.

f. **Limit** -- The most "we" reimburse "you" in any one occurrence for rental expenses is $5,000.

Copyright, American Association of Insurance Services, Inc., 2004

6. **Spare Parts And Fuel** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

      1) spare parts and accessories for "contractors' equipment"; and
      2) fluids for vehicles and "contractors' equipment"; fluids include gasoline, oil, and hydraulic fluid.

   b. **Limit** -- The most "we" pay in any one occurrence for loss to spare parts and accessories is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

   "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

   c. **War And Military Action** -- "We" do not pay for loss caused by:

      1) war, including undeclared war or civil war; or
      2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
      3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

   With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

   a. **Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

   But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

Copyright, American Association of Insurance Services, Inc., 2004

b. **Criminal, Fraudulent, Dishonest Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

d. **Mechanical Breakdown** -- "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

But if a mechanical, structural, or electrical breakdown or malfunction results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

e. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

f. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or
2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

g. **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

h. **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

Copyright, American Association of Insurance Services, Inc., 2004

i. **Wear And Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

Copyright, American Association of Insurance Services, Inc., 2004

## VALUATION

1. **Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) unless replacement cost is indicated on the "schedule of coverages".

2. **Replacement Cost** -- The value of covered property will be based on the replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

   a. **Replacement Cost Limitation** -- The replacement cost is limited to the cost of repair or replacement with similar materials and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

   b. **Replacement Cost Does Not Apply Until Repair Or Replacement** -- Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

   c. **Time Limitation** -- "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

3. **Pair Or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

4. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Flat Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence unless Percentage Deductible is indicated on the "schedule of coverages".

3. **Percentage Deductible** -- When a percentage deductible is indicated on the "schedule of coverages", "we" pay only that part of "your" loss over the deductible amount as determined below.

   a. **Determining The Deductible Amount** -- The deductible amount is determined by applying the percentage indicated on the "schedule of coverages" to the value of the covered property that is involved in the loss. The value is determined by the provisions described under the Valuation section of this policy.

   b. **Two Or More Items** -- If a loss involves two or more pieces of equipment, the percentage indicated on the "schedule of coverages" will apply only to the covered property with the highest value.

   c. **Minimum and Maximum Deductible** -- The percentage deductible will not exceed the Maximum Deductible amount and will not be less than the Minimum Deductible amount indicated on the "schedule of coverages".

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., 6., and 7. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 10 of 13**

b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

c. the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

5. **Coinsurance** --

a. **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

b. **How We Determine Our Part Of The Loss** -- "Our" part of the loss is determined using the following steps:

1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;
2) divide the "limit" for covered property by the result determined in b.1) above;
3) multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

c. **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

d. **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

e. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

6. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

7. **Insurance Under More Than One Policy** --

a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --

a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

1) pay the value of the lost or damaged property;
2) pay the cost of repairing or replacing the lost or damaged property;

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 11 of 13**

3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

4) take all or any part of the property at the agreed or appraised value.

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

a. **Adjustment And Payment Of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

b. **Conditions For Payment Of Loss** -- An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received, and

2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others** --

a. **Adjustment And Payment of Loss To Property of Others** -- Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or

2) the owner.

b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## REPORTING CONDITIONS

**Equipment Leased Or Rented From Others** -- If indicated on the "schedule of coverages", the following reporting conditions apply.

1. **Reports** --

a. **You Will Report To Us** -- Within 30 days after the end of the policy period, "you" will report to "us" the total amount of "your" expenditures for "contractors' equipment" that "you" lease or rent from others.

b. **Cancellation** -- If this policy is canceled, "you" will report the total amount of expenditures up to and including the date of cancellation.

2. **Premium Computation And Adjustment** --

a. The premium will be adjusted at the end of the policy period. The total computed premium will be determined by multiplying "your" total equipment expenditures by the reporting rate indicated on the "schedule of coverages" for Equipment Leased or Rented From Others.

b. "We" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the minimum premium indicated on the "schedule of coverages".

3. **Provisions That Affect How Much We Pay** -- The following provisions apply to reports that are submitted and may affect How Much We Pay:

a. **Failure To Submit Reports** -- If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 12 of 13**

---

b. **Reported Values Are Less Than The Full Value** -- If "your" last report before a loss shows less than the actual value of "your" expenditures for "contractors' equipment" that "you" lease or rent from others, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total expenditures "you" reported divided by "your" actual expenditures for "contractors' equipment" that "you" lease or rent from others during the reporting period.

c. **We Will Not Pay More Than The Limit** -- "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

---

## OTHER CONDITIONS

---

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit to Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 13 of 13

5. **Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

       If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

---

**IM 7000 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

ZBYH213124 02 4108693

**AAIS**
**IM 7005 04 04**
**Page 1 of 2**

# SCHEDULE OF COVERAGES
# CONTRACTORS EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**
(check one)

[X]  Scheduled Equipment (Refer to Equipment Schedule)

[ ]  Schedule On File   **(Schedule Dated : _____ )**

<table>
<tr><td></td><td>Limit</td></tr>
<tr><td><b>Catastrophe Limit</b> -- The most "we" pay<br>for loss in any one occurrence is:</td><td>$ 130,000</td></tr>
</table>

**COVERAGE EXTENSIONS**

| | |
|---|---|
| Additional Debris Removal Expenses | $ 5,000 |

**SUPPLEMENTAL COVERAGES**

| | |
|---|---|
| Employee Tools | $ 5,000 |
| Equipment Leased or Rented From Others | $ 750,000 |

Newly Purchased Equipment (check one)

    [X]  Percentage of Catastrophe Limit    30 %

    [ ]  Dollar Limit    $ _____

| | |
|---|---|
| Pollutant Cleanup and Removal<br>Rental Reimbursement | $ 25,000 |
|    -- Reimbursement Limit | $ 5,000 |
|    -- Waiting Period | 72 hrs. |
| Spare Parts and Fuel | $ 5,000 |

Copyright, American Association of Insurance Services, Inc., 2004

**COINSURANCE**
(check one)

☐ 80%     ☐ 90%     ☒ 100%     ☐ Other ___ %

**REPORTING CONDITIONS**
(check if applicable)

☐ **Equipment Leased or Rented From Others**

-- Reporting Rate                    $ _____

-- Deposit Premium                   $ _____

-- Minimum Premium                   $ _____

**VALUATION**
(check if applicable)

☒ Actual Cash Value          ☐ Replacement Cost

☒ Indicated on Equipment Schedule

**DEDUCTIBLE**
(check one)

☒ Flat Deductible Amount      $ 1,000 _____

                              $ _____

☐ Percentage Deductible       ___ %

Maximum Ded Amount            $ _____

                              $ _____

Minimum Ded Amount            $ _____

                              $ _____

**OPTIONAL COVERAGES AND ENDORSEMENTS**

IM 7005 04 04

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7031 04 04**
**Page 1 of 1**

# EQUIPMENT SCHEDULE
## CONTRACTORS EQUIPMENT
## VALUATION BASIS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**SCHEDULED EQUIPMENT**
ACV = Actual Cash Value          RP = Replacement Cost
AA = Agreed Amount

| Item # | Description of Equipment |
|---|---|
| 1 | Pallet Jack Serial # B827N55544L |

Limit $ 5,000          Valuation     ACV

| Item # | Description of Equipment |
|---|---|
| 2 | Komatsu FG30SHT Serial #218759A |

Limit $ 10,000          Valuation     ACV

| Item # | Description of Equipment |
|---|---|
| 3 | Komatsu FG30SG Serial #492375A |

Limit $ 10,000          Valuation     ACV

| Item # | Description of Equipment |
|---|---|
| 4 | Komatsu FG45ST Serial# 061096A |

Limit $ 10,000          Valuation     ACV

| Item # | Description of Equipment |
|---|---|
| 5 | Tusk 600CGH Serial #212020A |

Limit $ 10,000          Valuation     ACV

| Item # | Description of Equipment |
|---|---|
| 6 | Crown Pallet Jack Model# WP3035-45 Serial #10116186 |

Limit $ 5,000          Valuation     ACV

| Item # | Description of Equipment |
|---|---|
| 7 | Flat Edge Polisher, Park Industries Fastback II, Serial #686008 |

Limit $ 80,000          Valuation     ACV

**IM 7031 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7100 08 10
Page 1 of 16

# INSTALLATION FLOATER COVERAGE

In this coverage form, the words "you" and "your" mean the persons or organizations named as the insured on the declarations and the words "we", "us", and "our" mean the company providing this coverage.

Refer to the Definitions section at the end of this coverage form for additional words and phrases that have special meaning. These words and phrases are shown in quotation marks.

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Installation Floater Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

## PROPERTY COVERED

"We" cover only the following property and only to the extent the property is not otherwise excluded or subject to limitations.

1. **Coverage** -- "We" cover direct physical loss or damage caused by a covered peril to:

   a. "your" materials, supplies, fixtures, machinery, or equipment; and

   b. similar property of others that is in "your" care, custody, or control

while at "your" "jobsite" and that "you" are installing, constructing, or rigging as part of an "installation project".

2. **Coverage Limitations** --

   a. "We" only cover materials, supplies, machinery, fixtures, and equipment that will become a permanent part of "your" completed "installation project".

   b. If Scheduled Locations Coverage is indicated on the "schedule of coverages", "we" only cover an "installation project" at a "jobsite" that is described on the "schedule of coverages".

3. **We Do Not Cover** -- "We" do not cover materials, supplies, fixtures, machinery, or equipment that "you" are not or will not be installing, constructing, or rigging.

4. **We Do Not Pay** -- "We" do not pay for any penalties for:

   a. noncompletion or late completion of an "installation project" in accordance with the provisions or conditions in the installation or construction contract; or

   b. noncompliance with any provisions or conditions in the installation or construction contract.

5. **Limit** --

   a. If Blanket Coverage is indicated on the "schedule of coverages", the most "we" pay in any one occurrence for loss or damage to materials, supplies, machinery, fixtures, and equipment at any one "jobsite" is the Jobsite Limit indicated on the "schedule of coverages".

   b. If Scheduled Locations Coverage is indicated on the "schedule of coverages", the most "we" pay in any one occurrence for loss or damage to materials, supplies, machinery, fixtures, and equipment is the "limit" indicated on the "schedule of coverages" for that "jobsite".

Copyright, American Association of Insurance Services, Inc., 2010

ZBYU215124 02 4108693

AAIS
IM 7100 08 10
Page 2 of 16

## PROPERTY NOT COVERED

1. **Airborne Property** -- "We" do not cover property while airborne except while in transit on a regularly scheduled airline flight.

2. **Buildings, Structures, And Land** -- "We" do not cover buildings, structures, or land.

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Machinery, Tools, Or Equipment** -- "We" do not cover machinery, tools, equipment, or similar property that will not become a permanent part of "your" "installation project".

5. **Trees, Shrubs, And Plants** -- "We" do not cover trees, shrubs, plants, or lawns.

6. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension within this coverage form, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage, including a Coverage Extension, Supplemental Coverage, or other coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Debris Removal** --

   a. **Coverage** -- "We" pay the cost of debris removal. Debris removal means the costs for the demolition, clearing, and removal of debris of covered property if such debris results from a covered peril.

   b. **We Do Not Cover** -- This coverage does not include costs to:

      1) extract "pollutants" from land or water; or
      2) remove, restore, or replace polluted land or water.

   c. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss or damage exclusive of the costs for debris removal. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

   d. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

Copyright, American Association of Insurance Services, Inc., 2010

ZBY H215124 02 4108693

e. **You Must Report Your Expenses** --
"We" do not pay any expenses unless
they are reported to "us" in writing within
180 days from the date of direct physical
loss to covered property.

2. **Emergency Removal** --

   a. **Coverage** -- "We" cover any direct
   physical loss or damage to covered
   property while it is being moved or being
   stored to prevent a loss caused by a
   covered peril.

   b. **Time Limitation** -- This coverage applies
   for up to ten days after the property is
   first moved. Also, this coverage does not
   extend past the date on which this policy
   expires.

3. **Limited Fungus Coverage** --

   a. **Coverage** -- "We" pay for:

      1) costs and expenses arising out of the
      presence of "fungus" on covered
      property caused by or resulting from
      a covered peril; and
      2) direct physical loss or damage to
      covered property caused by or
      relating to the existence of or any
      activity of "fungus".

   b. **Coverage Limitation** -- "We" only
   provide the coverage described in item
   3.a. above:

      1) when the "fungus" is the result of:

         a) a "specified peril" other than fire
         or lightning; or
         b) "flood" (if Flood Coverage is
         provided under this policy);

         that occurs during the policy period;
         and

      2) only if all reasonable steps were
      taken to protect the property from
      additional damage at and after the
      time of the occurrence.

c. **Limited Fungus Coverage Limit** -- The
most "we" pay for all loss or damage
covered by this Coverage Extension at
all "jobsites" is $15,000, unless another
"limit" is indicated on the "schedule of
coverages". The Limited Fungus
Coverage Limit applies regardless of the
number of claims made, occurrences, or
"jobsites".

The Limited Fungus Coverage Limit
applies regardless of the number of
"jobsites" or "installation projects" insured
under this policy.

The Limited Fungus Coverage Limit is
the most that "we" pay for the total of all
loss or damage arising out of all
occurrences of "specified perils", other
than fire or lightning, or "flood" (if
applicable) during each separate
12-month period beginning with the
inception date of this policy.

d. **If The Policy Period Is Extended** -- If
the policy period is extended for an
additional period of less than 12 months,
this additional period will be considered
part of the preceding period for the
purpose of determining the Limited
Fungus Coverage Limit.

e. **Recurrence And Continuation Of
Fungus** -- The Limited Fungus Coverage
Limit is the most that "we" pay with
respect to a specific occurrence of a loss
that results in "fungus" even if such
"fungus" recurs or continues to exist
during this or any future policy period.

f. **Limited Fungus Coverage Limit
Applies To Other Costs Or Expenses**
-- The Limited Fungus Coverage Limit
also applies to any cost or expense to:

   1) clean up, contain, treat, detoxify, or
   neutralize "fungus" on covered
   property or remove "fungus" from
   covered property;
   2) remove and replace those parts of
   covered property necessary to gain
   access to "fungus"; and

Copyright, American Association of Insurance Services, Inc., 2010

3) test for the existence or level of "fungus" prior to or following the repair, replacement, restoration, or removal of damaged property if it is reasonable to believe that "fungus" is present.

g. **Loss Not Caused By Fungus** -- If there is a covered loss or damage to covered property not caused by "fungus", loss payment will not be limited by the "terms" of this coverage extension. However, to the extent that "fungus" causes an increase in the loss, that increase is subject to the "terms" of this Coverage Extension.

# SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage within this coverage form, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension, including a Supplemental Coverage, Coverage Extension, or other coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following Supplemental Coverages are not subject to and not considered in applying coinsurance conditions.

1. **Pollutant Cleanup And Removal** --

   a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

   b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

      However, "we" pay the cost of testing that is necessary for the extraction of "pollutants" from land or water.

   d. **Limit** -- The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

Copyright, American Association of Insurance Services, Inc., 2010

**AAIS**
**IM 7100 08 10**
**Page 5 of 16**

2. **Sewer Backup** --

a. **Coverage** -- "We" cover direct physical loss or damage to covered property caused by or resulting from:

1) water or waterborne material that backs up, overflows or is otherwise discharged through a sewer or drain, sump or septic tank; or
2) water or waterborne material below the surface of the ground, including but not limited to water or waterborne material that exerts pressure on or flows, seeps, or leaks through or into a covered "installation project", sidewalk, driveway, foundation, swimming pool, or other structure.

b. **Coverage Limitations** -- "We" do not cover loss or damage caused by or resulting from:

1) escape of water or waterborne material from a sump pit not equipped with a sump pump;
2) failure to perform routine maintenance and repair of all sump pumps and related equipment; and
3) failure to perform routine maintenance of sewers and drains including keeping sewers and drains free from obstructions. This limitation does not apply if "you" are not responsible for the maintenance of sewers or drains that results in loss or damage.

c. **Limit** -- The most "we" pay in any one occurrence under this Supplemental Coverage is $5,000.

3. **Temporary Storage Locations** --

a. **Coverage** -- "We" cover direct physical loss or damage caused by a covered peril to materials, supplies, fixtures, machinery, or equipment that will become a permanent part of a covered "installation project" while temporarily in storage at a location away from "your" "jobsite".

b. **We Do Not Cover** -- "We" do not cover property in a temporary storage location if the property has not been specifically allocated to or otherwise identified with a covered "installation project".

c. **Limit** -- The most "we" pay in any one occurrence for loss to property at a storage location is $5,000.

4. **Transit** --

a. **Coverage** -- "We" cover direct physical loss or damage caused by a covered peril to materials, supplies, machinery, fixtures, and equipment that will become a permanent part of a covered "installation project" while they are in transit.

b. **Limit** -- The most "we" pay in any one occurrence for loss to property in transit is $5,000.

---

## PERILS COVERED

---

"We" cover risks of direct physical loss or damage unless the loss is limited or caused by a peril that is excluded.

---

## PERILS EXCLUDED

---

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

a. **Civil Authority** -- Order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

Copyright, American Association of Insurance Services, Inc., 2010

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Earth Movement** -- Any "earth movement".

However, if eruption, explosion, or effusion of a volcano results in "volcanic action", "we" will pay for the loss or damage caused by that "volcanic action".

If "earth movement" results in fire, "we" will pay for the loss or damage caused by that fire. If "earth movement" (other than eruption, explosion, or effusion of a volcano) results in explosion, "we" will pay for the loss or damage caused by that explosion.

This exclusion does not apply to covered property while in transit.

c. **Flood** -- "Flood".

"We" also do not cover waterborne material carried or otherwise moved by "flood", whether or not driven by wind, including storm surge, or material carried or otherwise moved by mudslide or mudflow.

However, if "flood" results in fire, explosion, or sprinkler leakage, "we" will pay for the loss or damage caused by that fire, explosion, or sprinkler leakage.

This exclusion does not apply to covered property while in transit.

d. **Fungus** -- Except as provided under Coverage Extensions - Limited Fungus Coverage, the existence of or any activity of "fungus".

But if "fungus" results in a "specified peril", "we" cover loss or damage caused by that "specified peril".

This exclusion does not apply to:

1) loss that results from fire or lightning; or
2) collapse caused by hidden decay.

e. **Nuclear Hazard** -- Nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

f. **Ordinance Or Law** -- Enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

"We" do not pay for loss or increased cost regardless if the loss or increased cost is caused by or results from the:

1) enforcement of any code, ordinance, or law even if a building or structure has not been damaged; or
2) increased costs that "you" incur because of "your" compliance with a code, ordinance, or law during the construction, repair, rehabilitation, remodeling, or razing of a building or structure, including the removal of debris, following direct physical loss or damage to the property.

g. **Sewer, Septic Tank, Sump, Or Drain Backup And Water Below The Surface** -- Except as provided under Supplemental Coverages - Sewer Backup:

1) water or waterborne material that backs up, overflows or is otherwise discharged through a sewer or drain, sump or septic tank, eaves trough or downspout; or

Copyright, American Association of Insurance Services, Inc., 2010

2) water or waterborne material below the surface of the ground, whether naturally or artificially occurring, including but not limited to water or waterborne material that exerts pressure on or flows, seeps, or leaks through or into a covered "installation project", sidewalk, driveway, foundation, swimming pool, or other structure.

But if sewer, drain, sump, septic tank, eaves trough, or downspout backup and water or waterborne material below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

This exclusion does not apply to covered property while in transit.

h. **War And Military Action** --

1) War, including undeclared war or civil war; or
2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War And Military Action exclusion will apply in place of the Nuclear Hazard exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

a. **Contamination Or Deterioration** -- "We" do not pay for loss or damage caused by or resulting from contamination or deterioration, including but not limited to corrosion, decay, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

b. **Criminal, Fraudulent, Dishonest, Or Illegal Acts** -- "We" do not pay for loss or damage caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Defect, Weakness, Or Inadequacy In Materials** -- "We" do not pay for loss or damage caused by or resulting from a defect, weakness, inadequacy, fault, or unsoundness in materials.

But if a defect, weakness, inadequacy, fault, or unsoundness as described above results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

Copyright, American Association of Insurance Services, Inc., 2010

AAIS
IM 7100 08 10
Page 8 of 16

d. **Defects, Errors, Or Omissions In Property** -- "We" do not pay for loss or damage caused by or resulting from inherent defects, errors, or omissions in covered property (whether negligent or not) relating to:

1) design or specifications;
2) workmanship or construction; or
3) repair, renovation, or remodeling.

But if a defect, error or omission as described above results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

e. **Delay In Completion And Increased Installation Costs** --

1) "We" do not pay for loss or damage caused directly or indirectly by a:

   a) delay in the completion of installation, construction, or rigging of an "installation project" or any portion of a building or "installation project"; or
   b) change in the sequence of installation, construction, or rigging of an "installation project" or any portion of a building or "installation project"

   regardless of the cause of the delay in completion or change in sequence.

2) "We" also do not pay for increased installation or construction costs caused by or resulting from a delay in completion or change in sequence as described above under items e.1), a) and b). Increased installation or construction costs include, but are not limited to:

   a) general conditions;
   b) increased installation or construction costs and additional installation or construction expenses;

c) increased overhead, increased material costs, and increased labor costs;
d) soft costs; and
e) loss of earnings and loss of rental income.

3) General conditions means general conditions and extended general conditions including, but not limited to, costs of additional:

   a) utility charges;
   b) maintenance;
   c) facilities;
   d) communications; and
   e) administrative personnel.

f. **Electrical Currents** -- "We" do not pay for loss or damage caused by or resulting from arcing or by electrical currents other than lightning.

   But if arcing or electrical currents other than lightning result in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

g. **Loss Of Use And Consequential Loss** -- "We" do not pay for loss or damage caused by or resulting from loss of use, delay, or loss of market. "We" also do not pay for any consequential loss or damage of any nature.

h. **Mechanical Breakdown** -- "We" do not pay for loss or damage caused by or resulting from:

1) mechanical breakdown; or
2) rupturing or bursting of moving parts of machinery caused by centrifugal force.

   But if a mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force results in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

Copyright, American Association of Insurance Services, Inc., 2010

i.   **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

j.   **Pollutants** -- "We" do not pay for loss or damage caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1)   unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

2)   except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

k.   **Steam Boiler Explosion** -- "We" do not pay for loss or damage caused by or resulting from an explosion of steam boilers, steam pipes, steam turbines, or steam engines.

But if an explosion of steam boilers, steam pipes, steam turbines, or steam engines results in a fire or combustion explosion, "we" cover the loss or damage caused by that fire or combustion explosion. "We" also cover loss or damage caused by or resulting from the explosion of gas or fuel in a firebox, combustion chamber, or flue.

l.   **Temperature/Humidity** -- "We" do not pay for loss or damage caused by or resulting from dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

m.   **Voluntary Parting** -- "We" do not pay for loss or damage caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

n.   **Wear And Tear** -- "We" do not pay for loss or damage caused by or resulting from wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

1.   **Notice** -- In case of a loss, "you" must:

a.   give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

b.   give notice to the police when the act that causes the loss is a crime.

2.   **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

Copyright, American Association of Insurance Services, Inc., 2010

AAIS
IM 7100 08 10
Page 10 of 16

a. **Payment Of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property that has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

a. the time, place, and circumstances of the loss;

b. other policies of insurance that may cover the loss;

c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

d. changes in title of the covered property during the policy period; and

e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Cost To Repair, Replace, Or Rebuild** --

a. **If Property Is Repaired, Replaced, Or Rebuilt** -- If covered property is repaired, replaced, or rebuilt, the value of covered property will be based on the reasonable and necessary costs and expenses "you" incur to repair, replace, or rebuild the covered property with materials of like kind and quality. The reasonable and necessary costs and expenses may include material, labor, reasonable overhead and profit, and delivery charges.

b. **If Property Is Not Repaired, Replaced, Or Rebuilt** -- If covered property is not repaired, replaced, or rebuilt, the value of covered property will be based on the estimated reasonable and necessary costs that would have been incurred to repair, replace, or rebuild the covered property with material of like kind and quality.

However, the value of covered property does not include any unincurred or estimated costs for overhead, profit, or delivery charges.

Copyright, American Association of Insurance Services, Inc., 2010

c. **Payment Limitation** -- In no event will "we" pay more than the "limit" indicated on the "schedule of coverages".

2. **Pair Or Set** -- The value of a lost or damaged article that is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not pay for more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 4., 5., 6., and 7. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property.

4. **Coinsurance** --

   a. **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

b. **How We Determine Our Part Of The Loss** -- "Our" part of the loss is determined using the following steps:

   1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;
   2) divide the "limit" for covered property by the result determined in b.1) above;
   3) multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

   The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

c. **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

d. **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

e. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

5. **Catastrophe Limit** -- The most "we" pay in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages" regardless if an occurrence or loss involves:

   a. one or more "installation projects";

   b. one or more "jobsites"; or

   c. any combination of "installation projects", "jobsites", or coverages described under Coverage Extensions or Supplemental Coverages.

Copyright, American Association of Insurance Services, Inc., 2010

ZBYU215124 02 4108693

**AAIS**
**IM 7100 08 10**
**Page 12 of 16**

6. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

7. **Insurance Under More Than One Policy --**

   a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options --**

   a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

      1) pay the value of the lost or damaged property;
      2) pay the cost of repairing or replacing the lost or damaged property;
      3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
      4) take all or any part of the property at the agreed or appraised value.

   b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses --**

   a. **Adjustment And Payment Of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

   b. **Conditions For Payment Of Loss** -- An insured loss will be payable 30 days after:

      1) a satisfactory proof of loss is received; and
      2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others --**

   a. **Adjustment And Payment Of Loss To Property Of Others** -- Losses to property of others may be adjusted with and paid to:

      1) "you" on behalf of the owner; or
      2) the owner.

   b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

Copyright, American Association of Insurance Services, Inc., 2010

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
      2) "your" legal representative.

This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

Copyright, American Association of Insurance Services, Inc., 2010

AAIS
IM 7100 08 10
Page 14 of 16

8. **Restoration Of Limits** -- Except as indicated under Coverage Extensions - Limited Fungus Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

       If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

12. **Carriers For Hire** -- "You" may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the actual cash value of the covered property.

## ADDITIONAL COVERAGE LIMITATIONS

**When Coverage Ceases** -- Coverage ends when one of the following occurs:

1. this policy expires or is canceled;

2. the covered "installation project" is accepted by the purchaser;

3. "your" insurable interest in the covered property ceases;

4. "you" abandon the "installation project" with no intent to complete it;

5. the "installation project" has been completed for more than 30 days; or

6. the covered property has been put to its intended use. However, this does not apply to roofs or walls.

## DEFINITIONS

1. "Earth movement" means:

   a. earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

   b. landslide, mudslide, or mudflow;

   c. mine subsidence whether or not the non-natural mine is currently in use;

   d. any other movement of earth, including sinking (other than "sinkhole collapse"), shifting, or rising of earth including, but not limited to, erosion, expansion, shrinking, freezing, thawing, improper soil compaction, and movement of water under the surface of the ground that cause cracking, settling, or shifting of foundations, buildings, or structures; or

   e. eruption, explosion, or effusion of a volcano.

Copyright, American Association of Insurance Services, Inc., 2010

2.  "Flood" means an overflowing or inundation by water of an area that was previously and normally dry or not covered by water, whether caused artificially or naturally, by human or animal forces or by an act of nature. "Flood" includes, but is not limited to:

    a.  overflow of inland or tidal waters, waves, tidal waves, or tsunamis, or spray that results from any of these, all whether driven by wind or not, including but not limited to storm surge;

    b.  unusual and rapid accumulation or runoff of surface waters from any source; or

    c.  mudslides or mudflows if caused by:

        1)  unusual and rapid accumulation or runoff of surface waters or waves; or
        2)  currents of water exceeding anticipated cyclical levels.

3.  "Fungus" means:

    a.  a fungus, including but not limited to mildew and mold;

    b.  a protist, including but not limited to algae and slime mold;

    c.  wet rot and dry rot;

    d.  a bacterium; or

    e.  a chemical, matter, or compound produced or released by a fungus, a protist, wet rot, dry rot, or a bacterium, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

4.  "Installation project" means an installation or construction project including, but not limited to, a repair or maintenance project that involves the installation, construction, or rigging of materials, supplies, fixtures, machinery, or equipment.

5.  "Jobsite" means any location, project, or work site where "you" are involved in the installation, construction, or rigging of materials, supplies, fixtures, machinery, or equipment.

6.  "Limit" means the amount of coverage that applies.

7.  "Pollutant" means:

    a.  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b.  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8.  "Schedule of coverages" means:

    a.  all pages labeled "schedule of coverages" or schedules that pertain to this coverage; and

    b.  declarations or supplemental declarations that pertain to this coverage.

9.  "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10.  "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

     Falling objects does not include loss to:

     a.  personal property in the open; or

     b.  the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Copyright, American Association of Insurance Services, Inc., 2010

ZBY H215124 02 4108693

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

"Volcanic action" does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

**IM 7100 08 10**

Copyright, American Association of Insurance Services, Inc., 2010

# SCHEDULE OF COVERAGES
## INSTALLATION FLOATER COVERAGE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

### PROPERTY COVERED

(check one)

☒ **Blanket Coverage**

| | |
|---|---|
| Jobsite Limit | $1000000 |
| Catastrophe Limit | $1000000 |

☐ **Scheduled Locations Coverage**

Loc.
No.                    "Jobsite"                    "Limit"

Catastrophe Limit                    $_____

### COVERAGE EXTENSIONS                    "Limit"

| | |
|---|---|
| Additional Debris Removal Expenses | $_____ |
| Emergency Removal | _____days |
| Limited Fungus Coverage | $_____ |

### SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Pollutant Cleanup And Removal | $_____ |
| Sewer Backup | $_____ |
| Temporary Storage Locations | $_____ |
| Transit | $_____ |

Copyright, American Association of Insurance Services, Inc., 2010

ZBYH213124 02 4108693

**DEDUCTIBLE**

Deductible Amount                                        $5000

**COINSURANCE**

(check one)

☐  Waived

☒ 80%        ☐ 90%        ☐ 100%        ☐ Other _____ %

**OPTIONAL COVERAGES AND ENDORSEMENTS**

Copyright, American Association of Insurance Services, Inc., 2010



Policy Change # 1    Effective   03/31/2022

This supersedes any previous declarations bearing the same policy number for this policy period

**Citizens Insurance Company of America (A Stock Company)**
**808 North Highlander Way,  Howell, MI 48843-1070**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ZBY H215124 02 | 03/31/2022 | 03/31/2023 | Citizens Insurance Company of America | 4108693 |

| Named Insured and Address : | Agent : |
|---|---|
| BELFI BROS & CO., INC.<br>4310 JOSEPHINE STREET<br>PO BOX 9582<br>PHILADELPHIA PA 19124 | BROWN & BROWN OF<br>PENNSYLVANIA, LP<br>125 E ELM ST STE 210<br>CONSHOHOCKEN PA 19428 |

Branch :  Piscataway Branch Office
Policy Period :  From    03/31/2022   To    03/31/2023
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description :  Marble, Tile, Granite Contractor
Legal Entity :  Corporation

In Consideration of the premium, insurance is provided the Name Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,973.00 |
| **Commercial General Liability Coverage** | $45,971.00 |
| **Commercial Inland Marine Coverage** | $3,362.00 |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharge Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **** Total** | $58,306.00 |
| **Additional/Return Premium for Endorsement** : | $201.00 |

**INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____   By _____

10 Pay - 20% Down

Group Number  ZBF

401-0154                                    Page 1                                    Issued  04/06/2022



BELFI BROS & CO., INC.                    ZBY H215124 02

**BROWN & BROWN OF**

This supersedes any previous declaration bearing
the same policy number for this policy period

Endorsement Recap

Endorsement Number:        1                    Effective:            03/31/2022

**Reason for Endorsement:**

Multiple Changes

1. Add Equipment

## Forms And Endorsement Added / Deleted / Amended

| Form Number | Edition Date | Detail | Chg Type | Value |
|---|---|---|---|---|
| 401-1374 | 12/20 | Common | Amended | Disclosure Pursuant To Terrorism Risk Insurance Act |
| IM 70 31 | 04/04 | Inland Marine | Amended | Equipment Schedule - Contractors' Equipment - Valuation Basis |

## Inland Marine Changes

### Policy Level

| LOC | BLDG | Coverage | Detail | Chg Type | Value |
|---|---|---|---|---|---|
| | | Contractors' Equipment Coverage (Including Tools and Equipment Leased or Rented From Others) | **Premium** | Amended | $2,124.00 |
| | | Terrorism Premium | **Premium** | Amended | $126.00 |

## Inland Marine Schedule Declarations

| Schedule Item | Coverage | Detail | Chg Type | Value |
|---|---|---|---|---|
| 8 | Contractors' Equipment Coverage (Including Tools and Equipment Leased or Rented From Others) | Description | Added | Heavy Duty Sink Bowl Cutter/Edger, Fab King |
| | | Limit of Insurance | | $19,900 |
| | | Valuation Type | | ACV |

**AAIS**
**IM 7031 04 04**
**Page 1 of 2**

# EQUIPMENT SCHEDULE
# CONTRACTORS EQUIPMENT
# VALUATION BASIS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**SCHEDULED EQUIPMENT**
ACV = Actual Cash Value          RP = Replacement Cost
AA = Agreed Amount

| Item # | Description of Equipment |
|---|---|
| 1 | Pallet Jack Serial # B827N55544L |

Limit $ 5,000                              Valuation    ACV

| Item # | Description of Equipment |
|---|---|
| 2 | Komatsu FG30SHT Serial #218759A |

Limit $ 10,000                            Valuation    ACV

| Item # | Description of Equipment |
|---|---|
| 3 | Komatsu FG30SG Serial #492375A |

Limit $ 10,000                            Valuation    ACV

| Item # | Description of Equipment |
|---|---|
| 4 | Komatsu FG45ST Serial# 061096A |

Limit $ 10,000                            Valuation    ACV

| Item # | Description of Equipment |
|---|---|
| 5 | Tusk 600CGH Serial #212020A |

Limit $ 10,000                            Valuation    ACV

| Item # | Description of Equipment |
|---|---|
| 6 | Crown Pallet Jack Model# WP3035-45 Serial #10116186 |

Limit $ 5,000                              Valuation    ACV

| Item # | Description of Equipment |
|---|---|
| 7 | Flat Edge Polisher, Park Industries Fastback II, Serial #686008 |

Limit $ 80,000                            Valuation    ACV

**IM 7031 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

ZBY H215124 02 4108693

**AAIS**
**IM 7031 04 04**

| Item # | Description of Equipment |
|---|---|
|  | Heavy Duty Sink Bowl Cutter/Edger, Fab King |

Limit $ 19,900                           Valuation    ACV

**IM 7031 04 04**

Copyright, American Association of Insurance Services, Inc., 2004



Policy Change # 2    Effective   04/04/2022

This supersedes any previous declarations bearing the same policy number for this policy period

**Citizens Insurance Company of America (A Stock Company)**
**808 North Highlander Way,  Howell, MI 48843-1070**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | **From** | **To** | | |
| ZBY H215124 02 | 03/31/2022 | 03/31/2023 | Citizens Insurance Company of America | 4108693 |

**Named Insured and Address :**             **Agent :**

| | |
|---|---|
| BELFI BROS & CO., INC.<br>4310 JOSEPHINE STREET<br>PO BOX 9582<br>PHILADELPHIA PA 19124 | BROWN & BROWN OF<br>PENNSYLVANIA, LP<br>125 E ELM ST STE 210<br>CONSHOHOCKEN PA 19428 |

Branch :  Piscataway Branch Office
Policy Period :  From   03/31/2022   To   03/31/2023
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description :  Marble, Tile, Granite Contractor
Legal Entity :  Corporation

In Consideration of the premium, insurance is provided the Name Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,973.00 |
| **Commercial General Liability Coverage** | $45,971.00 |
| **Commercial Inland Marine Coverage** | $3,362.00 |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharge Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **** Total** | $58,306.00 |

**Additional/Return Premium for Endorsement** :                          N/A

**INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____  By _____

10 Pay - 20% Down

Group Number  ZBF

401-0154                                    Page 1                                    Issued  04/08/2022
Original Insured



BELFI BROS & CO., INC.                          ZBY H215124 02

**BROWN & BROWN OF**

This supersedes any previous declaration bearing
the same policy number for this policy period

Endorsement Recap

<u>Endorsement Number:</u>          2               <u>Effective:</u>          04/04/2022

**Reason for Endorsement:**

Multiple Changes

1. ADD LLP

## Forms And Endorsement Added / Deleted / Amended

| <u>Form Number</u> | <u>Edition Date</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|
| 221-0163 | 04/90 | Common | Amended | Change Endorsement Form |
| CP 12 18 | 10/12 | Property | Added | Loss Payable Provisions |

## Schedule of Additional Interest Changes

| <u>Level</u> | <u>LOC</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|
| Prop | 1 | Type | Added | Lenders Loss Payable |
| | | Name | | WILMINGTON SAVINGS FUND |
| | | Address 1 | | See change endt #221-0163 |
| | | Address 2 | | PO BOX 3098 |
| | | City | | CARMEL |
| | | State | | IN |
| | | Zip Code | | 46082 |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.

Effective 10/21/2021 Add Forms CG2010 and CG2037 should read as follows-
L.F. Driscoll Company, LLC: The Trustees of Princeton University, its officers, employees and agents as well as any and all listed in written contract
c/o Certfocus
PO Box 140528
Kansas City, Mo 64114

EFF. 04/04/2022 ADD LLP, SHOULD BE READ AS FOLLOWS:
WILMINGTON SAVINGS FUND SOCIETY, FSB ISAOA/ATIMA
PO BOX 3098, CARMEL, IN 46082

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective       03/31/2022                              this endorsement forms a part of Policy No. ZBY H215124 02

Issued to

By     Citizens Insurance Company Of America

Date of Issue                    Countersigned by

                                                      Authorized Representative of the Company

_____

221-0163 (4-90)

POLICY NUMBER:ZBY H215124 02                                    **COMMERCIAL PROPERTY**
                                                                       **CP 12 18 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

        BUILDERS' RISK COVERAGE FORM
        BUILDING AND PERSONAL PROPERTY COVERAGE FORM
        CONDOMINIUM ASSOCIATION COVERAGE FORM
        CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
        STANDARD PROPERTY POLICY

**SCHEDULE**

| Location Number: | Building Number: | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
|---|---|---|
| **Description Of Property:** | | |
| **Loss Payee Name:** | | |
| **Loss Payee Address:** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

ZBY
 H215124 02 4108693

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

 © Insurance Services Office, Inc., 2011 **CP 12 18 10 12**

**3. Contract Of Sale Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

    **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

        **(1)** Adjust losses with you; and

        **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

    **c.** The following is added to the **Other Insurance** Condition:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

    **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

    **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.



Policy Change # 3    Effective   04/07/2022

This supersedes any previous declarations bearing the same policy number for this policy period

**Citizens Insurance Company of America (A Stock Company)**
**808 North Highlander Way,  Howell, MI 48843-1070**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ZBY H215124 02 | 03/31/2022 | 03/31/2023 | Citizens Insurance Company of America | 4108693 |

**Named Insured and Address :**                    **Agent :**

| | |
|---|---|
| BELFI BROS & CO., INC.<br>4310 JOSEPHINE STREET<br>PO BOX 9582<br>PHILADELPHIA PA 19124 | BROWN & BROWN OF<br>PENNSYLVANIA, LP<br>125 E ELM ST STE 210<br>CONSHOHOCKEN PA 19428 |

Branch :   Piscataway Branch Office
Policy Period :   From    03/31/2022   To    03/31/2023
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description :   Marble, Tile, Granite Contractor
Legal Entity :   Corporation

In Consideration of the premium, insurance is provided the Name Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,973.00 |
| **Commercial General Liability Coverage** | $45,971.00 |
| **Commercial Inland Marine Coverage** | $3,362.00 |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharge Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **** Total** | $58,306.00 |

**Additional/Return Premium for Endorsement** :                    N/A

**INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____  By _____

10 Pay - 20% Down

Group Number  ZBF

401-0154                                     Page 1                                     Issued   04/14/2022
Original Insured



BELFI BROS & CO., INC.                              ZBY H215124 02

**BROWN & BROWN OF**

This supersedes any previous declaration bearing
the same policy number for this policy period

Endorsement Recap

<u>Endorsement Number:</u>       3                    <u>Effective:</u>             04/07/2022

**Reason for Endorsement:**

Multiple Changes

1. Amend Additional Insured Form CG2037 for IMC Construction

## Forms And Endorsement Added / Deleted / Amended

| <u>Form Number</u> | <u>Edition Date</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|
| CG 20 37 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees or Contractors - Completed Operations |

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. DRISCOLL CO, LLC, C/O CERTFOCUS SWARTHMORE COLLEGE | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| **Structure Tone, LLC:  Philadelphia (160) c/o CertFocus PO Box 140528 Kansas City, MO  64114 and others as required by written contract** | **as per written contract and executed prior to loss.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners, Market West Associates, LP; Delphi CRE Funding, LLC, ISAOA ATIMA c/o Acore Capital Mortgage, LP,;<br>Delphi CRE Funding LLC ISAOA ATIMA c/o Berkadia Commercial Mortgage and Reliance Standard Life<br>Insurance Company; Santander Bank, N.A., Citizens Bank<br>1250 Route 28<br>Suite 201<br>Branchburg NJ 08876 | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. Driscoll Co LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec; c/o CertFocus PO Box 140528 Kansas City, MO 64114 | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

Policy Change # 4    Effective   04/21/2022

This supersedes any previous declarations bearing the same policy number for this policy period

**Citizens Insurance Company of America (A Stock Company)**
**808 North Highlander Way,  Howell, MI 48843-1070**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ZBY H215124 02 | 03/31/2022 | 03/31/2023 | Citizens Insurance Company of America | 4108693 |

**Named Insured and Address :**

BELFI BROS & CO., INC.
4310 JOSEPHINE STREET
PO BOX 9582
PHILADELPHIA PA 19124

**Agent :**

BROWN & BROWN OF
PENNSYLVANIA, LP
125 E ELM ST STE 210
CONSHOHOCKEN PA 19428

Branch :  Piscataway Branch Office
Policy Period :  From   03/31/2022   To   03/31/2023
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description :  Marble, Tile, Granite Contractor
Legal Entity :  Corporation

In Consideration of the premium, insurance is provided the Name Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,973.00 |
| **Commercial General Liability Coverage** | $46,271.00 |
| **Commercial Inland Marine Coverage** | $3,362.00 |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharge Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **\*\* Total** | $58,606.00 |

**Additional/Return Premium for Endorsement** :                     $300.00

\*\*INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____   By _____

10 Pay - 20% Down

Group Number  ZBF



BELFI BROS & CO., INC.                        ZBY H215124 02

**BROWN & BROWN OF**

This supersedes any previous declaration bearing
the same policy number for this policy period

Endorsement Recap

<u>Endorsement Number:</u>        4                  <u>Effective:</u>              04/21/2022

**Reason for Endorsement:**

Multiple Changes

1. Add CG 2010 & CG 2037

## Forms And Endorsement Added / Deleted / Amended

| <u>Form Number</u> | <u>Edition Date</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|
| 221-0163 | 04/90 | Common | Amended | Change Endorsement Form |
| CG 20 10 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 37 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees or Contractors - Completed Operations |

## Schedule of Additional Interest Changes

| <u>Level</u> | <u>LOC</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|
| GL | 1 | Type | Added | Owners Lessees Or Contr CG2010 |
| | | Name | | L.F. DRISCOLL COMPANY LLC |
| | | Address 1 | | SEE CHANGE ENDT#221-0163 |
| | | Address 2 | | PO BOX 140528 |
| | | City | | KANSAS CITY |
| | | State | | MO |
| | | Zip Code | | 64114 |
| GL | 1 | Type | Added | Owners Lessees Or Contr CG2037 |
| | | Name | | L.F. DRISCOLL COMPANY LLC |
| | | Address 1 | | SEE CHANGE ENDT#221-0163 |
| | | Address 2 | | PO BOX 140528 |
| | | City | | KANSAS CITY |



BELFI BROS & CO., INC.                    ZBY H215124 02

                                          BROWN & BROWN OF

State                    MO
Zip Code                 64114

## Commercial General Liability Changes

| LOC | Class Code - DESC | Coverage | Detail | Chg Type | Value |
|-----|-------------------|----------|--------|----------|-------|
| | | Owners Lessees Or Cont CG2037 | | Added | |
| | | | Premium | | $150.00 |
| | | Owners Lessees Or Contr CG2010 | | Added | |
| | | | Premium | | $150.00 |

ZBY H215124 02 4108693

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.

Effective 10/21/2021 Add Forms CG2010 and CG2037 should read as follows-
L.F. Driscoll Company, LLC: The Trustees of Princeton University, its officers, employees and agents as well as any and all listed in written contract
c/o Certfocus
PO Box 140528
Kansas City, Mo 64114

EFF. 04/04/2022 ADD LLP, SHOULD BE READ AS FOLLOWS:
WILMINGTON SAVINGS FUND SOCIETY, FSB ISAOA/ATIMA
PO BOX 3098, CARMEL, IN 46082

Effective 04/21/2022 Form CG 2010 & CG 2037 Should be read as follow
L.F. Driscoll Company LLC; Thomas Jefferson University and its Controlled Affiliates Girard Estate Leasehold; A Pennsylvania nonprofit Corp. Girard Estate Fee, a Pennsylvania nonprofit Corp. Kennedy- Wilson Properties, ldt Kennedy- Wilson Pennsylvania Management, Inc. and their respective partners, members, agents and employees
L.F. Driscoll Co. LLC
C/o CertFocus
PO Box 140528
Kansa City, MO 64114

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)


Effective        03/31/2022                              this endorsement forms a part of Policy No. ZBY H215124 02


Issued to


By    Citizens Insurance Company Of America


Date of Issue                         Countersigned by

                                                    Authorized Representative of the Company

_____

**221-0163 (4-90)**

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |

© Insurance Services Office, Inc., 2012

| | |
|---|---|
| **IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876** | 1 |
| **L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec** | 1 |
| **CBCC Acquistions, LLC - see CG2010 for complete Name** | 1 |
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 1 |
| **L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163)** | **PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. DRISCOLL CO, LLC, C/O CERTFOCUS SWARTHMORE COLLEGE | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

ZBY H215124 02 4108693

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| **Structure Tone, LLC:  Philadelphia (160) c/o CertFocus PO Box 140528 Kansas City, MO  64114 and others as required by written contract** | **as per written contract and executed prior to loss.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners, Market West Associates, LP; Delphi CRE Funding, LLC, ISAOA ATIMA c/o Acore Capital Mortgage, LP,; Delphi CRE Funding LLC ISAOA ATIMA c/o Berkadia Commercial Mortgage and Reliance Standard Life Insurance Company; Santander Bank, N.A., Citizens Bank 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. Driscoll Co LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec; c/o CertFocus PO Box 140528 Kansas City, MO 64114 | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. Driscoll Company LLC - See change endt #221-0163 | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.



Policy Change # 5    Effective   04/21/2022

This supersedes any previous declarations bearing the same policy number for this policy period

**Citizens Insurance Company of America (A Stock Company)**
**808 North Highlander Way,  Howell, MI 48843-1070**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ZBY H215124 02 | 03/31/2022 | 03/31/2023 | Citizens Insurance Company of America | 4108693 |

| **Named Insured and Address :** | **Agent :** |
|---|---|
| BELFI BROS & CO., INC.<br>4310 JOSEPHINE STREET<br>PO BOX 9582<br>PHILADELPHIA PA 19124 | BROWN & BROWN OF<br>PENNSYLVANIA, LP<br>125 E ELM ST STE 210<br>CONSHOHOCKEN PA 19428 |

Branch :  Piscataway Branch Office
Policy Period :  From    03/31/2022   To    03/31/2023
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description :  Marble, Tile, Granite Contractor
Legal Entity :  Corporation

In Consideration of the premium, insurance is provided the Name Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,973.00 |
| **Commercial General Liability Coverage** | $46,271.00 |
| **Commercial Inland Marine Coverage** | $3,362.00 |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharge Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **\*\* Total** | $58,606.00 |

**Additional/Return Premium for Endorsement** :                                              N/A

\*\*INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____  By _____

10 Pay - 20% Down

Group Number  ZBF



BELFI BROS & CO., INC.                          ZBY H215124 02

### BROWN & BROWN OF

This supersedes any previous declaration bearing
the same policy number for this policy period

Endorsement Recap

Endorsement Number:          5                    Effective:              04/21/2022

**Reason for Endorsement:**

Multiple Changes

1. Endt #5 - See Policy Change Form 221-0163.


## Forms And Endorsement Added / Deleted / Amended

| Form Number | Edition Date | Detail | Chg Type | Value |
|---|---|---|---|---|
| 221-0163 | 04/90 | Common | Amended | Change Endorsement Form |
| CG 21 54 | 01/96 | General Liability | Amended | Exclusion - Designated Operations Covered by a Consolidated (Wrap - Up ) Insurance Program |
| IM 70 05 | 04/04 | Inland Marine | Amended | Schedule of Coverages - Contractors Equipment Coverage |
| IM 70 31 | 04/04 | Inland Marine | Amended | Equipment Schedule - Contractors' Equipment - Valuation Basis |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.

Effective 10/21/2021 Add Forms CG2010 and CG2037 should read as follows-
L.F. Driscoll Company, LLC: The Trustees of Princeton University, its officers, employees and agents as well as any and all listed in written contract
c/o Certfocus
PO Box 140528
Kansas City, Mo 64114

EFF. 04/04/2022 ADD LLP, SHOULD BE READ AS FOLLOWS:
WILMINGTON SAVINGS FUND SOCIETY, FSB ISAOA/ATIMA
PO BOX 3098, CARMEL, IN 46082

Effective 04/21/2022 Form CG 2010 & CG 2037 Should be read as follow
L.F. Driscoll Company LLC; Thomas Jefferson University and its Controlled Affiliates Girard Estate Leasehold; A Pennsylvania nonprofit Corp. Girard Estate Fee, a Pennsylvania nonprofit Corp. Kennedy- Wilson Properties, Idt Kennedy- Wilson Pennsylvania Management, Inc. and their respective partners, members, agents and employees
L.F. Driscoll Co. LLC
C/o CertFocus
PO Box 140528
Kansa City, MO 64114

It is hereby agreed to and understood that the true effective date of endorsement #5, amending wording on form CG2154 is 03/31/2022.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective     03/31/2022                              this endorsement forms a part of Policy No. ZBY H215124 02

Issued to

By    Citizens Insurance Company Of America

Date of Issue                     Countersigned by

                                                    Authorized Representative of the Company

**221-0163 (4-90)**

POLICY NUMBER:  ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 21 54 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED WRAP-UP INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of Operation(s):**

All operations at any location insured at any time under a consolidated (wrap up) insurance program under which you are or were enrolled.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

ZBY H215124 02 4108693

POLICY NUMBER:  ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 21 54 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED WRAP-UP INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of Operation(s):**

All operations at any location insured at any time under a consolidated (wrap up) insurance program under which you are or were enrolled.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

Copyright, Insurance Services Office, Inc.,  1994
☐

POLICY NUMBER:  ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 21 54 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED WRAP-UP INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of Operation(s):**

All operations at any location insured at any time under a consolidated (wrap up) insurance program under which you are or were enrolled.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

Copyright, Insurance Services Office, Inc.,  1994   ☐

ZBYH213124 02 4108693

**AAIS**
**IM 7005 04 04**
**Page 1 of 2**

# SCHEDULE OF COVERAGES
# CONTRACTORS EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**
(check one)

☒ Scheduled Equipment (Refer to Equipment Schedule)

☐ Schedule On File   **(Schedule Dated : _____ )**

Limit

**Catastrophe Limit** -- The most "we" pay
for loss in any one occurrence is:                    $  149,900

**COVERAGE EXTENSIONS**

Additional Debris Removal Expenses          $  5,000

**SUPPLEMENTAL COVERAGES**

Employee Tools                              $  5,000


Equipment Leased or Rented From Others      $  750,000


Newly Purchased Equipment (check one)

    ☒ Percentage of Catastrophe Limit          30  %
    ☐ Dollar Limit                             $

Pollutant Cleanup and Removal               $  25,000
Rental Reimbursement

    -- Reimbursement Limit                      $  5,000

    -- Waiting Period                           72 hrs.

Spare Parts and Fuel                        $  5,000

Copyright, American Association of Insurance Services, Inc., 2004

**COINSURANCE**
(check one)

☐ 80%      ☐ 90%      ☒ 100%      ☐ Other _____ %

**REPORTING CONDITIONS**
(check if applicable)

☐ **Equipment Leased or Rented From Others**

-- Reporting Rate                    $ _____

-- Deposit Premium                   $ _____

-- Minimum Premium                   $ _____

**VALUATION**
(check if applicable)

☒ Actual Cash Value          ☐ Replacement Cost

☒ Indicated on Equipment Schedule

**DEDUCTIBLE**
(check one)

☒ Flat Deductible Amount     $ 1,000 _____

                             $ _____

☐ Percentage Deductible          _____ %

Maximum Ded Amount           $ _____

                             $ _____

Minimum Ded Amount           $ _____

                             $ _____

_____

_____

**OPTIONAL COVERAGES AND ENDORSEMENTS**

_____

**IM 7005 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

ZBYH213124 02 4108693

# EQUIPMENT SCHEDULE
## CONTRACTORS EQUIPMENT
## VALUATION BASIS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**SCHEDULED EQUIPMENT**

ACV = Actual Cash Value          RP = Replacement Cost
AA = Agreed Amount

| Item # | Description of Equipment |
|--------|--------------------------|
| 1 | Pallet Jack Serial # B827N55544L |

Limit $ 5,000                          Valuation     ACV

| Item # | Description of Equipment |
|--------|--------------------------|
| 2 | Komatsu FG30SHT Serial #218759A |

Limit $ 10,000                          Valuation     ACV

| Item # | Description of Equipment |
|--------|--------------------------|
| 3 | Komatsu FG30SG Serial #492375A |

Limit $ 10,000                          Valuation     ACV

| Item # | Description of Equipment |
|--------|--------------------------|
| 4 | Komatsu FG45ST Serial# 061096A |

Limit $ 10,000                          Valuation     ACV

| Item # | Description of Equipment |
|--------|--------------------------|
| 5 | Tusk 600CGH Serial #212020A |

Limit $ 10,000                          Valuation     ACV

| Item # | Description of Equipment |
|--------|--------------------------|
| 6 | Crown Pallet Jack Model# WP3035-45 Serial #10116186 |

Limit $ 5,000                          Valuation     ACV

| Item # | Description of Equipment |
|--------|--------------------------|
| 7 | Flat Edge Polisher, Park Industries Fastback II, Serial #686008 |

Limit $ 80,000                          Valuation     ACV

**IM 7031 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

ZBY-H215124 02 4108693

**AAIS**
**IM 7031 04 04**

| Item # | Description of Equipment |
|--------|--------------------------|
| 8 | Heavy Duty Sink Bowl Cutter/Edger, Fab King |

Limit $ 19,900            Valuation    ACV

Copyright, American Association of Insurance Services, Inc., 2004



Policy Change # 6    Effective   06/08/2022

This supersedes any previous declarations bearing the same policy number for this policy period

**Citizens Insurance Company of America (A Stock Company)**
**808 North Highlander Way,  Howell, MI 48843-1070**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ZBY H215124 02 | 03/31/2022 | 03/31/2023 | Citizens Insurance Company of America | 4108693 |

**Named Insured and Address :**   **Agent :**

| | |
|---|---|
| BELFI BROS & CO., INC.<br>4310 JOSEPHINE STREET<br>PO BOX 9582<br>PHILADELPHIA PA 19124 | BROWN & BROWN OF<br>PENNSYLVANIA, LP<br>125 E ELM ST STE 210<br>CONSHOHOCKEN PA 19428 |

Branch :   Piscataway Branch Office
Policy Period :   From    03/31/2022    To    03/31/2023
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description :   Marble, Tile, Granite Contractor
Legal Entity :   Corporation

In Consideration of the premium, insurance is provided the Name Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,973.00 |
| **Commercial General Liability Coverage** | $46,571.00 |
| **Commercial Inland Marine Coverage** | $3,362.00 |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharge Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **** Total** | $58,906.00 |
| **Additional/Return Premium for Endorsement** : | $244.00 |

**INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____   By _____

10 Pay - 20% Down

Group Number  ZBF



BELFI BROS & CO., INC.                           ZBY H215124 02

**BROWN & BROWN OF**

This supersedes any previous declaration bearing
the same policy number for this policy period

Endorsement Recap

<u>Endorsement Number:</u>        6                    <u>Effective:</u>          06/08/2022

**Reason for Endorsement:**

Multiple Changes

1. Add Forms CG2010 & CG2037 with $150 charge for each.

## Forms And Endorsement Added / Deleted / Amended

| <u>Form Number</u> | <u>Edition Date</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|
| 221-0163 | 04/90 | Common | Amended | Change Endorsement Form |
| 221-0163 | 10/03 | Common | Amended | Change Endorsement Form |
| CG 20 10 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 10 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 10 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 10 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 37 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees or Contractors - Completed Operations |
| CG 20 37 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees or Contractors - Completed Operations |
| CG 20 37 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees or Contractors - Completed Operations |
| CG 20 37 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees or Contractors - Completed Operations |

## Schedule of Additional Interest Changes

| <u>Level</u> | <u>LOC</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|
| GL | 1 | Type | Added | Owners Lessees Or Contr CG2010 |
| GL | 1 | Type | Added | Owners Lessees Or Contr CG2037 |



BELFI BROS & CO., INC.                    ZBY H215124 02

                                          BROWN & BROWN OF

| | | |
|---|---|---|
| Name | | IMC Construction Inc |
| Address 1 | | C/O Construction Risk Partners |
| Address 2 | | 1250 Route 28  Suite 201 |
| City | | Branchburg |
| State | | NJ |
| Zip Code | | 08876 |

## Commercial General Liability Changes

| LOC | Class Code - DESC | Coverage | Detail | Chg Type | Value |
|---|---|---|---|---|---|
| | | Owners Lessees Or Cont CG2037 | | Added | |
| | | | **Premium** | | $150.00 |
| | | Owners Lessees Or Contr CG2010 | | Added | |
| | | | **Premium** | | $150.00 |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.

Effective 10/21/2021 Add Forms CG2010 and CG2037 should read as follows-
L.F. Driscoll Company, LLC: The Trustees of Princeton University, its officers, employees and agents as well as any and all listed in written contract
c/o Certfocus
PO Box 140528
Kansas City, Mo 64114

EFF. 04/04/2022 ADD LLP, SHOULD BE READ AS FOLLOWS:
WILMINGTON SAVINGS FUND SOCIETY, FSB ISAOA/ATIMA
PO BOX 3098, CARMEL, IN 46082

Effective 04/21/2022 Form CG 2010 & CG 2037 Should be read as follows:
L.F. Driscoll Company LLC; Thomas Jefferson University and its Controlled Affiliates Girard Estate Leasehold; A Pennsylvania nonprofit Corp. Girard Estate Fee, a Pennsylvania nonprofit Corp. Kennedy- Wilson Properties, ldt Kennedy- Wilson Pennsylvania Management, Inc. and their respective partners, members, agents and employees
L.F. Driscoll Co. LLC
C/o CertFocus
PO Box 140528
Kansa City, MO 64114

It is hereby agreed to and understood that the true effective date of endorsement #5, amending wording on form CG2154 is 03/31/2022.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective      03/31/2022                          this endorsement forms a part of Policy No. ZBY H215124 02

Issued to

By    Citizens Insurance Company Of America

Date of Issue                      Countersigned by

                                                        Authorized Representative of the Company

**221-0163 (4-90)**



ZBY H215124 02 4108693

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.

It is hereby understood and agreed that Endorsement #2 effective 03/31/2021 adding Forms CG2010 & CG2037 shall read as follows in their entirety:
L.F. Driscoll Co., LLC c/o CertFocus, The Trustees of the Hospital of the University of Pennsylvania as well as any and all listed in written contract.
For any and all work as per written contract and executed prior to loss.

It is hereby understood and agreed that Endorsement #5 adding forms CG2010, CG2037, CG2404 shall read as follows in their entirety:
CBCC Acquisitions, LLC [Property Owner ("CBCC Owner")] CBCC-Lee Road Acquisitions, LLC [Property Owner ("CBCC-Lee Road Owner")]; CBCC Parent, LLC [CBCC Owner's parent ("CBCC Parent")]; CBCC-Lee Road Parent, LLC [CBCC-Lee Road Owner's parent ("CBCC-Lee Road Parent")]; CBCC Managing Member, LLC [CBCC Owner's Managing Member]; CBCC-Lee Road Managing Member, LLC [CBCC-Lee Road Owner's Managing Member]; CBCC Investors, LLC [CBCC & CBCC-Lee Road Parent's Managing Member]; RP CBCC Member, LLC [indirect parent of CBCC & CBCC-Lee Road Owners]; RPO Property Management, LLC [Owner's Property Manager]; Rubenstein Properties Fund lll, L.P. (the "Fund") [indirect parent of Owner]; Rubenstein Partners, L.P. (fund manager of the Fund); PNC Bank, National Association [Owner's mortgagee]; Each lender secured by the Property; Each entity controlled by, under the control of, under common control with and/or majority owned by, any of the foregoing; BNP Paribas; BNP Paribas RCC Inc.; BNP Paribas North America, Inc.; Gardiner & Theobald Ind.; J.T. Magen & Company Inc.

It is hereby understood and agreed that Endorsement #8 adding Form CG2037 shall read as follows in its entirety:
Turner Construction Company and all other parties as required by written agreement

It is hereby understood and agreed that Endorsement #9 adding Forms CG2037 and CG2010 shall read as follows in its entirety:
James G. Davis Construction Corporation; Four Penn Center Owner, LLC; Stream Realty Partners-DC, L.P.; JP Morgan Chase Bank, N.A.; AthenianRazak LLC; South Eastern Transportation Authority (SEPTA). Location & description of completed operations 19279 - EPA Philadelphia (Region 3 HQ) - 19279-020.

It is hereby understood and agreed that Endt #6 adding forms CG2010 & CG2037 shall read as follows:
IMC Construction, Inc. c/o Construction Risk Partners
1250 Route 28, Suite 201
Branchburg,  NJ 08876
Re: Work performed at the IMC Construction, Inc.  Lower Merion Middle School CCIP.
International Management Consultants, Inc (IMC), Lower Merion School District, The Board of School Directors, The construction manager and design professional.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective        03/31/2022                                         this endorsement forms a part of Policy No. ZBY H215124 02

Issued to

By    Citizens Insurance Company Of America

Date of Issue                              Countersigned by

                                                        Authorized Representative of the Company

_____

221-0163 (10-03)

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |

| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
|---|---|
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163 | 1 |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163 | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

ZBY H213124 02 4108693

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

ZBY H215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 20 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| | |
| Information required to complete this Schedule, if not shown above,  will be shown in the Declarations. | |

**A.  Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

 **1.** Your acts or omissions; or

 **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

 **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

 **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.**  With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

 **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

 **2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**Page 1 of 2**

© Insurance Services Office, Inc., 2012

ZBY H215124 02 4108693

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**Page 2 of 2**

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

ZBYU215124 02 4108693

COMMERCIAL GENERAL LIABILITY
CG 20 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
|  |  |
| Information required to complete this Schedule, if not shown above,  will be shown in the Declarations. ||

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**Page 1 of 2**

             © Insurance Services Office, Inc., 2012

ZBY H215124 02 4108693

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**Page 2 of 2**

© Insurance Services Office, Inc., 2012                                    **CG 20 10 04 13**

COMMERCIAL GENERAL LIABILITY
CG 20 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**Page 1 of 2**

© Insurance Services Office, Inc., 2012

ZBY H215124 02 4108693

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**Page 2 of 2**

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

ZBY H215124 02 4108693

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. DRISCOLL CO, LLC, C/O CERTFOCUS SWARTHMORE COLLEGE | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

ZBY H215124 02 4108693

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| **Structure Tone, LLC:  Philadelphia (160) c/o CertFocus PO Box 140528 Kansas City, MO  64114 and others as required by written contract** | **as per written contract and executed prior to loss.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 37 04 13

© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners, Market West Associates, LP; Delphi CRE Funding, LLC, ISAOA ATIMA c/o Acore Capital Mortgage, LP,; Delphi CRE Funding LLC ISAOA ATIMA c/o Berkadia Commercial Mortgage and Reliance Standard Life Insurance Company; Santander Bank, N.A., Citizens Bank 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| **L.F. Driscoll Co LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec; c/o CertFocus**<br>**PO Box 140528**<br>**Kansas City, MO 64114** | **01** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

 © Insurance Services Office, Inc., 2012

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. Driscoll Company LLC - See change endt #221-0163 | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

ZBY H215124 02 4108693

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

ZBY H215124 02 4108693

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| **IMC Construction, Inc. c/o Construction Risk Partners**<br>**1250 Route 28, Suite 201**<br>**Branchburg, NJ 08876**<br>**Re: Work performed at the IMC Construction, Inc. Lower Merion Middle School CCIP.**<br>**International Management Consultants, Inc (IMC), Lower Merion School District, The Board of School Directors, The construction manager and design professional.** | 01 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**CG 20 37 04 13**                         © Insurance Services Office, Inc., 2012                         **Page 1 of 1**

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER:                                             **COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

 © Insurance Services Office, Inc., 2012

ZBY H215124 02 4108693

POLICY NUMBER:                                          **COMMERCIAL GENERAL LIABILITY**
                                                        **CG 20 37 04 13**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE PART
   PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.



Policy Change # 7    Effective   08/19/2022

This supersedes any previous declarations bearing the same policy number for this policy period

**Citizens Insurance Company of America (A Stock Company)**
**808 North Highlander Way,  Howell, MI 48843-1070**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ZBY H215124 02 | 03/31/2022 | 03/31/2023 | Citizens Insurance Company of America | 4108693 |

| Named Insured and Address : | Agent : |
|---|---|
| BELFI BROS & CO., INC.<br>4310 JOSEPHINE STREET<br>PO BOX 9582<br>PHILADELPHIA PA 19124 | BROWN & BROWN OF<br>PENNSYLVANIA, LP<br>125 E ELM ST STE 210<br>CONSHOHOCKEN PA 19428 |

Branch :  Piscataway Branch Office
Policy Period : From    03/31/2022   To    03/31/2023
                12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description :  Marble, Tile, Granite Contractor
Legal Entity :  Corporation

In Consideration of the premium, insurance is provided the Name Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,973.00 |
| **Commercial General Liability Coverage** | $46,696.00 |
| **Commercial Inland Marine Coverage** | $3,362.00 |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharge Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **\*\* Total** | $59,031.00 |

**Additional/Return Premium for Endorsement** :                       $77.00

\*\*INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____   By _____

10 Pay - 20% Down

Group Number  ZBF



BELFI BROS & CO., INC.                    ZBY H215124 02

**BROWN & BROWN OF**

This supersedes any previous declaration bearing
the same policy number for this policy period

Endorsement Recap

<u>Endorsement Number:</u>        7                  <u>Effective:</u>            08/19/2022

**Reason for Endorsement:**

Multiple Changes

1. add CG 20 10

## Forms And Endorsement Added / Deleted / Amended

| <u>Form Number</u> | <u>Edition Date</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|
| CG 20 10 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |

## Schedule of Additional Interest Changes

| <u>Level</u> | <u>LOC</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|
| GL | 1 | Type | Added | Owners Lessees Or Contr CG2010 |
| | | Name | | STRUCTURE TONE, LLC: |
| | | Address 1 | | PHILADELPHIA (160) C/O |
| | | Address 2 | | CERTFOCUS. PO BOX 140528 |
| | | City | | KANSAS CITY |
| | | State | | MO |
| | | Zip Code | | 64114 |

## Commercial General Liability Changes

| <u>LOC</u> | <u>Class Code - DESC</u> | <u>Coverage</u> | <u>Detail</u> | <u>Chg Type</u> | <u>Value</u> |
|---|---|---|---|---|---|
| | | Owners Lessees Or Contr CG2010 | | Added | |
| | | | **Premium** | | $125.00 |

POLICY NUMBER: ZBY H215124 02

COMMERCIAL GENERAL LIABILITY
CG 20 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163 | 1 |
| STRUCTURE TONE, LLC: PHILADELPHIA (160) C/O CERTFOCUS. | AS PER WRITTEN CONTACT AND EXECUTED PRIOR TO LOSS |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163 | 1 |
| STRUCTURE TONE, LLC: PHILADELPHIA (160) C/O CERTFOCUS. | AS PER WRITTEN CONTACT AND EXECUTED PRIOR TO LOSS |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |

CG 20 10 04 13
© Insurance Services Office, Inc., 2012
Page 1 of 3

ZBVLH213124 02 4108693

| | |
|---|---|
| **L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec** | 1 |
| **CBCC Acquistions, LLC - see CG2010 for complete Name** | 1 |
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 1 |
| **L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163)** | **PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER** |
| **IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163** | 1 |
| **STRUCTURE TONE, LLC: PHILADELPHIA (160) C/O CERTFOCUS.** | **AS PER WRITTEN CONTACT AND EXECUTED PRIOR TO LOSS** |
| **IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876** | 1 |
| **L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec** | 1 |
| **CBCC Acquistions, LLC - see CG2010 for complete Name** | 1 |
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 1 |
| **L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163)** | **PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER** |
| **IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163** | 1 |
| **STRUCTURE TONE, LLC: PHILADELPHIA (160) C/O CERTFOCUS.** | **AS PER WRITTEN CONTACT AND EXECUTED PRIOR TO LOSS** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

 © Insurance Services Office, Inc., 2012

ZBYH213124 02 4108693

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012
**CG 20 10 04 13**



Policy Change # 8    Effective   08/19/2022

This supersedes any previous declarations bearing the same policy number for this policy period

**Citizens Insurance Company of America (A Stock Company)**
**808 North Highlander Way,  Howell, MI 48843-1070**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | **From** | **To** | | |
| ZBY H215124 02 | 03/31/2022 | 03/31/2023 | Citizens Insurance Company of America | 4108693 |

**Named Insured and Address :**

**Agent :**

| | |
|---|---|
| BELFI BROS & CO., INC.<br>4310 JOSEPHINE STREET<br>PO BOX 9582<br>PHILADELPHIA PA 19124 | BROWN & BROWN OF<br>PENNSYLVANIA, LP<br>125 E ELM ST STE 210<br>CONSHOHOCKEN PA 19428 |

Branch :  Piscataway Branch Office
Policy Period : From    03/31/2022   To    03/31/2023
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description :  Marble, Tile, Granite Contractor
Legal Entity :  Corporation

In Consideration of the premium, insurance is provided the Name Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,973.00 |
| **Commercial General Liability Coverage** | $46,696.00 |
| **Commercial Inland Marine Coverage** | $3,362.00 |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharge Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **\*\* Total** | $59,031.00 |

**Additional/Return Premium for Endorsement** :                                           N/A

\*\*INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____   By _____

10 Pay - 20% Down

Group Number  ZBF



BELFI BROS & CO., INC.                          ZBY H215124 02

**BROWN & BROWN OF**

This supersedes any previous declaration bearing
the same policy number for this policy period

Endorsement Recap

Endorsement Number:        8                    Effective:              08/19/2022

**Reason for Endorsement:**

Multiple Changes

1. Amend CG2010 wording to include "and others as required by written contract"

## Forms And Endorsement Added / Deleted / Amended

| Form Number | Edition Date | Detail | Chg Type | Value |
|---|---|---|---|---|
| CG 20 10 | 04/13 | General Liability | Amended | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |

ZBY H215124 02 4108693

POLICY NUMBER: ZBY H215124 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163 | 1 |
| STRUCTURE TONE, LLC: PHILADELPHIA (160) C/O CERTFOCUS. AND OTHERS AS REQUIRED BY WRITTEN CONTRACT | AS PER WRITTEN CONTACT AND EXECUTED PRIOR TO LOSS |
| IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876 | 1 |
| L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec | 1 |
| CBCC Acquistions, LLC - see CG2010 for complete Name | 1 |
| L.F. Driscoll Company LLC - See change endt #221-0163 | 1 |
| L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163) | PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER |
| IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163 | 1 |
| STRUCTURE TONE, LLC: PHILADELPHIA (160) C/O CERTFOCUS. AND OTHERS AS REQUIRED BY WRITTEN CONTRACT | AS PER WRITTEN CONTACT AND EXECUTED PRIOR TO LOSS |

© Insurance Services Office, Inc., 2012

| | |
|---|---|
| **IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876** | 1 |
| **L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec** | 1 |
| **CBCC Acquistions, LLC - see CG2010 for complete Name** | 1 |
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 1 |
| **L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163)** | **PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER** |
| **IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163** | 1 |
| **STRUCTURE TONE, LLC: PHILADELPHIA (160) C/O CERTFOCUS. AND OTHERS AS REQUIRED BY WRITTEN CONTRACT** | **AS PER WRITTEN CONTACT AND EXECUTED PRIOR TO LOSS** |
| **IMC Construction Inc C/O Construction Risk Partners 1250 Route 28 Suite 201 Branchburg NJ 08876** | 1 |
| **L.F. Driscoll Co. LLC, The Children's Hospital of Philadelphia and all of its affiliates and subsidiaries Stantec** | 1 |
| **CBCC Acquistions, LLC - see CG2010 for complete Name** | 1 |
| **L.F. Driscoll Company LLC - See change endt #221-0163** | 1 |
| **L.F. DRISCOLL COMPANY LLC (SEE CHANGE ENDT#221-0163)** | **PROJECT NO. 52001678 JEFFERSON SCP-EXPERIENCE CENTER** |
| **IMC Construction, Inc. c/o Construction Risk Partners - See change Endt #221-0163** | 1 |
| **STRUCTURE TONE, LLC: PHILADELPHIA (160) C/O CERTFOCUS. AND OTHERS AS REQUIRED BY WRITTEN CONTRACT** | **AS PER WRITTEN CONTACT AND EXECUTED PRIOR TO LOSS** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

ZBYYH213124 02 4108693

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

 © Insurance Services Office, Inc., 2012

ZBYH213124 02 4108693

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

   © Insurance Services Office, Inc., 2012   **CG 20 10 04 13**